UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CASE NO.:

PEDRO GARCIA ARRIAGA, and all others )
similarly situated under 29 U.S.C. 216(B),   )
                                              )
                  Plaintiff,                  )
        vs.                                   )
                                              )
                                              )
CALIFCO, LLC, JESS ENTERPRISES, LLC,  )
SEJ PROPERTIES, L.P., ELIAS SHOKRIAN )
A/K/A ELIAS SHAKRIAN,                  )
                                              )
                  Defendants.

_____

## COMPLAINT UNDER 29 U.S.C. 201- 216
## OVERTIME VIOLATION

Plaintiff, PEDRO GARCIA ARRIAGA, through undersigned counsel, files this

Complaint against Defendants, CALIFCO, LLC, JESS ENTERPRISES, LLC, SEJ

PROPERTIES, L.P., and ELIAS SHOKRIAN A/K/A ELIAS SHAKRIAN, and alleges:

1.  This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-216.

2.  Plaintiff was a resident of Dallas County, Texas at the time that this dispute arose.

3.  Defendant, CALIFCO, LLC, is a Limited Liability Company that regularly transacts business

    within Dallas County, Texas. Upon information and belief, Defendant Company was the

    FLSA employer for Plaintiff's respective period of employment ("the relevant time period").

4.  Defendant, SEJ PROPERTIES, L.P., is a Foreign Limited Partnership that regularly transacts

    business within Dallas County, Texas. Upon information and belief, Defendant Company

    was the FLSA employer for Plaintiff's respective period of employment ("the relevant time

    period").

5.  Defendant, JESS ENTERPRISES, LLC, is a Limited Liability Company that regularly

transacts business within Dallas County, Texas. Upon information and belief, Defendant Company was the FLSA employer for Plaintiff's respective period of employment ("the relevant time period").

6. The individual Defendant, ELIAS SHOKRIAN A/K/A ELIAS SHAKRIAN, is the corporate officer and/or owner and/or managing partner of the Defendant Companies, CALIFCO, LLC, SEJ PROPERTIES, L.P., and JESS ENTERPRISES, LLC, ran their daily operations for the relevant time period, was responsible for paying Plaintiff's wages for the relevant time period, and controlled Plaintiff's work and schedule and was therefore Plaintiff's employer as defined by 29 U.S.C. 203 (d).

7. During the relevant time period, Plaintiff was financially dependent on, paid by, and issued checks by, both CALIFCO, LLC and SEJ PROPERTIES, L.P.

8. Defendant, JESS ENTERPRISES, LLC, is identified on the Texas Secretary of State website as the General Partner of SEJ PROPERTIES, L.P.

9. Defendant, ELIAS SHOKRIAN A/K/A ELIAS SHAKRIAN, is identified on the Texas Secretary of State website as the Manager of both Defendants, CALIFCO, LLC and JESS ENTERPRISES, LLC.

10. Defendants, CALIFCO, LLC, SEJ PROPERTIES, L.P., and JESS ENTERPRISES, LLC, are joint enterprises as defined by 29 U.S.C. 203(r) as the related activities between the Companies, performed through unified operation and/or common control, are done for a common business purpose.

11. Defendants, CALIFCO, LLC, SEJ PROPERTIES, L.P., and JESS ENTERPRISES, LLC, were Plaintiff's joint employers during Plaintiff's employment with the Defendant Companies as the work performed by Plaintiff simultaneously benefited all companies who

were responsible for controlling Plaintiff's hours, determining Plaintiff's pay and which were operated by the same corporate officers and/or managing partners and/or owners for a common business purpose.

12. All acts or omissions giving rise to this dispute took place in Texas County.

**COUNT I**
**FEDERAL OVERTIME WAGE VIOLATION**

13. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as this case is brought pursuant to The Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (section #216 for jurisdictional placement).

14. This action arises under the laws of the United States.  This case is brought as a collective action under 29 USC 216(B). It is believed that the Defendants have employed several other similarly situated employees like Plaintiff who have not been paid the proper wages under the Fair Labor Standards Act.

15. 29 U.S.C. § 207 (a) (1) states, " if an employer employs an employee for more than forty hours in any work week, the employer must compensate the employee for hours in excess of forty at the rate of at least one and one half times the employee's regular rate…."

16. Plaintiff, PEDRO GARCIA ARRIAGA, worked as a property maintenance man from about 7/15/2005 through about 1/7/2012.

17. Defendants' business activities involve those to which the Fair Labor Standards Act applies. Both the Defendants' business and the Plaintiff's work for the Defendants affected interstate commerce for the relevant time period. Plaintiff's work for the Defendants affected interstate commerce for the relevant time period because the materials and goods that Plaintiff used and transported on a constant and/or continual basis and/or that were supplied to Plaintiff by the Defendants to use on the job moved through interstate commerce before and/or after

Plaintiff's use of the same. Plaintiff's work for Defendants was actually in and/or so closely related to the movement of commerce while Plaintiff worked for Defendants that the Fair Labor Standards Act applies to Plaintiff's work for the Defendants. Defendants' business is property management.

18. Upon information and belief, the Defendant Companies had gross sales or business done in excess of $500,000 annually for the years 2006 through 2011.

19. Upon information and belief, the Defendant Companies are expected to exceed $500,000 in gross sales or business done during the year 2012.

20. Furthermore, Defendants regularly employed two or more employees for the relevant time period who handled goods or materials that travelled through interstate commerce, or used instrumentalities of interstate commerce, thus making Defendants' business an enterprise covered under the Fair Labor Standards Act.

21. From about 7/15/2005 through about 1/7/2012, Plaintiff, PEDRO GARCIA ARRIAGA, worked an average of 62 hours per week and was paid an average of $8.50 per hour, but was never paid the extra half-time rate for weekly hours worked over 40 as required by the Fair Labor Standards Act and Plaintiff therefore claims the unpaid half-time for each overtime hour worked above 40 in a workweek.

22. Defendants willfully and intentionally refused to pay Plaintiff's overtime wages as required by the Fair Labor Standards Act as Defendants knew of the overtime requirements of the Fair Labor Standards Act and recklessly failed to investigate whether Defendants' payroll practices were in accordance with the Fair Labor Standards Act. Defendants remain owing Plaintiff these wages since the commencement of Plaintiff's employment with Defendants for the time period specified above.

WHEREFORE, Plaintiff requests double damages and reasonable attorneys' fees from Defendants, jointly and severally, pursuant to the Fair Labor Standards Act as cited above, to be proven at the time of trial for all overtime wages still owing from Plaintiff's entire employment period with Defendants or as much as allowed by the Fair Labor Standards Act along with court costs, interest, and any other relief that this Court finds reasonable under the circumstances. The Plaintiff requests a trial by jury.

Respectfully Submitted,

J.H. ZIDELL, P.C.
6310 LBJ Freeway
Suite 112
Dallas, Texas 75240
Tel: (972) 233-2264
Fax: (972) 386-7610

By:__/s/ J.H. Zidell_____
  J.H. Zidell, Esq.
  Texas Bar No. 24012877