UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CASE NO.:

PEDRO GARCIA ARRIAGA, and all others )
similarly situated under 29 U.S.C. 216(B), )
                                          )
            Plaintiff,                    )
                                          )
    vs.                                   )
                                          )
                                          )
CALIFCO, LLC, JESS ENTERPRISES, LLC, )
SEJ PROPERTIES, L.P., ELIAS SHOKRIAN )
A/K/A ELIAS SHAKRIAN,                      )
                                          )
            Defendants.                   )

_____

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

**COMES NOW** Plaintiff, by and through his undersigned counsel, and hereby lists the

following entities and/or persons who may have financial interest in the outcome of this action:

1.    Plaintiff, PEDRO GARCIA ARRIAGA;

2.    Defendant, CALIFCO, LLC;

3.    Defendant, JESS ENTERPRISES, LLC;

4.    Defendant, SEJ PROPERTIES, L.P.;

5.    Defendant, ELIAS SHOKRIAN A/K/A ELIAS SHAKRIAN;

6.    Plaintiffs' counsel, J.H. ZIDELL, ESQ. and his firm J.H. ZIDELL P.C.;

7.    Any persons or entities that will be listed in Defendants' Certificate of Interested

      Parties or Corporate Disclosure Statement.

**1** of **2**

Respectfully submitted,

**J.H. ZIDELL, ESQ.**
**J.H. ZIDELL, P.C.**
**6310 LBJ FREEWAY**
**SUITE 112**
**DALLAS, TEXAS 75240**
**TEL: (972) 233-2264**
**FAX: (972) 386-7610**
**EMAIL: ZABOGADO@AOL.COM**
**FBN: 24012877**

BY:____/s/ J.H. Zidell, Esq._____
        **J.H. ZIDELL, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 1/3/12 TO:**

**ALL CM/ECF RECIPIENTS**

**DEFENDANTS HAVE NOT YET APPEARED**

BY:____/s/ J.H. Zidell, Esq._____
        **J.H. ZIDELL, ESQ.**