IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA, and all others similarly situated under 29 U.S.C. 216(B),<br><br>     Plaintiff<br><br>V.<br><br>CALIFCO, LLC, JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., ELIAS SHOKRIAN A/K/A ELIAS SHAKRIAN.<br><br>     Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 3:12-CV-00094-D |

## DEFENDANTS' ORIGINAL ANSWER

COME NOW, CALIFCO, LLC ("CALIFCO"), JESS ENTERPRISES, LLC, ("JESS") SEJ PROPERTIES, L.P. ("SEJ") and ELIAS SHOKRIAN a/k/a ELIAS SHAKRIAN ("SHOKRIAN"), collectively referred herein as "Defendants" in the above-styled and numbered cause, and file this, their Original Answer as follows:

### I. Nature of Suit

1.      Defendants admit the statements in Paragraph 1 of the Complaint.

2.      Defendants lack knowledge and information sufficient to admit or deny the allegations in Paragraph 2.

3.      Defendant CALIFCO, LLC admits the statements in Paragraph 3 of the Complaint.

4.       Defendant SEJ Properties, L.P. admits the first sentence of Paragraph 4 and denies the second sentence of Paragraph 4 of the Complaint.

5.      Defendant JESS ENTERPRISES, LLC admits the first sentence of Paragraph 5 and denies the second sentence of Paragraph 5 of the Complaint.

6.    Defendant ELIAS SHOKRIAN admits he is a manager for Defendants CALIFCO, LLC, JESS ENTERPRISES, LLC and JESS ENTERPRISES, LLC is the general partner of SEJ PROPERTIES, L.P. Defendants deny the remaining allegations in Paragraph 6 of the Complaint.

7.    Defendants admit that Plaintiff was issued checks by both CALIFCO, LLC and SEJ PROPERTIES, L.P., but deny the remaining allegations in Paragraph 7 of the Complaint.

8.    Defendants admit the statement in Paragraph 8 of the Complaint.

9.    Defendants admit the statement in Paragraph 9 of the Complaint.

10.    Defendants deny the allegations in Paragraph 10 of the Complaint.

11.    Defendants deny the allegations in Paragraph 11 of the Complaint.

12.    Defendants deny the allegations in Paragraph 12 of the Complaint.

## II.    Count 1

13.    Defendants admit the statement in Paragraph 13 of the Complaint and do not challenge this court's jurisdiction at this time.

14.    Defendants deny the allegations in Paragraph 14 of the Complaint.

15.    Defendants admit the statement in Paragraph 15 of the Complaint.

16.    Defendants deny the allegations in Paragraph 16 of the Complaint.

17.    Defendants deny the allegations in Paragraph 17 of the Complaint.

18.    Defendants admit the statement in Paragraph 18 of the Complaint.

19.    Defendants admit the statement in Paragraph 19 of the Complaint.

20.    Defendants admit the statement in Paragraph 20 of the Complaint.

21.    Defendants deny the allegations in Paragraph 21 of the Complaint.

22.    Defendants deny the allegations in Paragraph 22 of the Complaint.

### III.    Prayer

For these reasons, Defendants request that Plaintiff's Complaint be dismissed with prejudice and that they be awarded their costs, attorneys' fees, and such other relief as may be just and proper.

Respectfully submitted,

CARSE LAW FIRM

By:    _/s/ Tom Carse_____
Tom Carse
State Bar No. 00796310
6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone:    972/503-6338
Facsimile:    972/503-6348

**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

This is to certify that on February 2, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following counsel for Plaintiff, an ECF registrant:

J.H. Zidell, Esq.
6310 LBJ Freeway, Suite 112
Dallas, Texas 75240
972-233-2264 (Telephone)
972-386-7610 (Facsimile)
COUNSEL FOR PLAINTIFF

By:    _/s/ Tom Carse_____
Tom Carse