IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO GARCIA ARRIAGA, and all others §
similarly situated under 29 U.S.C. 216(B), §
                                        §
      **Plaintiff** §
                                          §
**V.** §
                                          §   **CIVIL ACTION NO.: 3:12-CV-00094-D**
CALIFCO, LLC, JESS ENTERPRISES, §
LLC, SEJ PROPERTIES, L.P., ELIAS §
SHOKRIAN A/K/A ELIAS SHAKRIAN. §
                                          §
      **Defendants** §

---

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

---

Pursuant to Fed. R. Civ. P. 71 and LR 7.4, CALIFCO, LLC, JESS ENTERPRISES, LLC,

SEJ PROPERTIES, L.P., and ELIAS SHOKRIAN a/k/a ELIAS SHAKRIAN ("Defendants")

provide the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None

**A complete list o all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:**

Pedro Garcia Arriaga
by and through his attorneys of record:
J.H. Zidell, Esq.

CALIFCO, LLC
JESS ENTERPRISES, LLC
SEJ PROPERTIES, L.P.
ELIAS SHOKRIAN a/k/a ELIAS SHAKRIAN
by an through their attorney of record:
Tom Carse
Carse Law Firm

---

Respectfully submitted,


By:     _____*/s/ Tom Carse*_____

**CARSE LAW FIRM**
Tom Carse
State Bar No. 00796310
6220 Campbell Road, Ste. 401
Dallas, Texas, 75248
(972) 503-6338
(972) 503-6348 Facsimile

**COUNSEL FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

This is to certify that on February 2, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following counsel for Plaintiff, an ECF registrant:


J.H. Zidell, Esq.
6310 LBJ Freeway, Suite 112
Dallas, Texas 75240
972-233-2264 (Telephone)
972-386-7610 (Facsimile)
COUNSEL FOR PLAINTIFF


By:  */s/ Tom Carse*_____
     Tom Carse