**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and**<br>**all others similarly situated**<br>**under 29 U.S.C. 216(b),**<br>**Plaintiff,**<br><br>**v.**<br><br>**JESS ENTERPRISES, LLC,**<br>**SEJ PROPERTIES, L.P,**<br>**CALIFCO, LLC, and ELIAS SHOKRIAN**<br>*also known as*<br>**ELIAS SHAKRIAN,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Cause No. 3:12-cv-00094-D** |

**JOINT STATUS REPORT**

Plaintiffs and Defendants, pursuant to the Federal Rules of Civil Procedure and the Court's Order, hereby file this Joint Scheduling Report as follows.

**1.    BRIEF STATEMENT OF THE CLAIMS AND DEFENSES**

**PLAINTIFF**: These claims sound under the Fair Labor Standards Act (FLSA) as set forth in the Complaint, and seek damages for unpaid overtime wages, along with liquidated damages as well as attorney fees, costs and interest.

**DEFENDANTS**:    Defendants deny that they are liable to Plaintiff in that one or more of the named Defendants did not employ, nor did they pay Plaintiff.

**2.    ANY CHALLENGE TO JURISDICTION OR VENUE, INCLUDING ANY PROCEDURAL DEFECTS IN THE REMOVAL, IF CASE WAS REMOVED**

**PLAINTIFF:** None.

**DEFENDANTS:**  None.

**JOINT STATUS REPORT**                                                                                     **Page 1**

3.      **ANY PENDING MOTIONS**

      **PLAINTIFF:** None**.**

      **DEFENDANTS:**  None.

4.      **ANY MATTERS WHICH REQUIRE CONFERENCE WITH THE COURT**

      **PLAINTIFF:** None.

      **DEFENDANTS:**  None.

5.      **LIKELIHOOD THAT OTHER PARTIES WILL BE JOINED OR THE PLEADINGS AMENDED**

      **PLAINTIFF:**

There is a substantial likelihood, but Plaintiff's counsel is waiting on return of client to further discuss this issue.

      **DEFENDANTS:**  None.

6.      **(A) TIME NEEDED FOR DISCOVERY, WITH REASONS, (B) SPECIFICATION OF THE SUBJECTS WHICH DISCOVERY MAY BE NEEDED AND (C) WHETHER DISCOVERY SHOULD BE CONDUCTED IN PHASES OR BE LIMITED TO OR FOCUSED UPON PARTICULAR ISSUES**

      **PLAINTIFF:**

Eight months of un-phased discovery after entry of the Court's Scheduling Order. Plaintiff states that he intends to take discovery on the Plaintiff's job duties, working hours, the Defendants' payroll practices, the job responsibilities of the individual defendant in relation to his status as an employer under the FLSA, the Defendants' knowledge of the requirements of the FLSA, the identity of witnesses, co-workers, with knowledge of the above matters, and FLSA coverage if the Defendants do not stipulate to same.

      **DEFENDANTS:**

**JOINT STATUS REPORT**                                      **Page 2**

(a)      Six months for completion of discovery

(b)      Plaintiff's claims

**7.      ANY ISSUES RELATED TO DISCLOSURE OR DISCOVERY OF ELECTRONICALLY STORED INFORMATION, INCLUDING THE FORM OR FORMS IN WHICH IT SHOULD BE PRODUCED**

**PLAINTIFF:** None.

**DEFENDANTS:**  None.

**8.      ANY ISSUES RELATING TO CLAIMS OF PRIVILEDGE OR OF PROECTION AS TRIAL PREPERATION MATERIAL**

**PLAINTIFF:** None.

**DEFENDANTS:**      None.

**9.      WHAT CHANGES SHOULD BE MADE IN THE LIMITATIONS ON DISCOVERY IMPOSED UNDER THESE RULES OR BY LOCAL RULE, AND WHAT OTHER LIMITATIONS SHOULD BE IMPOSED.**

**PLAINTIFF:** None**.**

**DEFENDANTS:**  None.

**10.     ANY OTHER ORDERS THAT SHOULD BE ENTERED BY THE COURT UNDER RULE 26(C) OR RULE 16(B) AND (C)**

**PLAINTIFF: None**

**DEFENDANTS:**  None.

**11.     PROPOSED DEADLINES WITH SPECIFIC DATES THAT LIMIT THE TIME TO**

**JOINT STATUS REPORT**                                             **Page 3**

**PLAINTIFF:**

(A) FILE MOTIONS FOR CONDITIONAL CERTIFICATION AND DECERTIFICATION; Five months after entry of the Court's Scheduling Order.

(B) JOIN OTHER PARTIES; Five months after entry of the Court's Scheduling Order.

(C) AMEND THE PLEADINGS; Six months after entry of the Court's Scheduling Order.

(D) FILE SUMMARY JUDGMENT AND OTHER DISPOSITIVE MOTIONS; One month after the conclusion of the discovery period set out in the Court's Scheduling Order.

(E) COMPLETE DISCOVERY; Eight months after entry of the Court's Scheduling Order.

(F) DESIGNATE EXPERT WITNESSES AND MAKE EXPERT DISCLOSURES; For party with the burden of proof, Ninety days before the conclusion of the discovery period set out in the Court's Scheduling Order.  For opposing party, Sixty days before the conclusion of the discovery period set out in the Court's Scheduling Order.

(F) FILE DAUBERT MOTIONS; Thirty days before the conclusion of the discovery period set out in the Court's Scheduling Order.

**DEFENDANTS:**

(A) FILE MOTIONS FOR CONDITIONAL CERTIFICATION AND DECERTIFICATION;

(B) JOIN OTHER PARTIES

(C) AMEND THE PLEADINGS;

(D) FILE SUMMARY JUDGMENT AND OTHER DISPOSITIVE MOTIONS;

(E)) COMPLETE DISCOVERY;

(F) DESIGNATE EXPERT WITNESSES AND MAKE EXPERT DISCLOSURES

(F) FILE DAUBERT MOTIONS

**12.   REQUESTED TRIAL DATE, ESTIMATED LENGTH OF TRIAL, AND WHETHER JURY HAS BEEN DEMANDED**

**JOINT STATUS REPORT**                                                  **Page 4**

**PLAINTIFF:**

A. **REQUESTED TRIAL DATE;** September 30, 2013.

B. **ESTIMATED LENGTH OF TRIAL;** five days.

C. **WHETHER JURY HAS BEEN DEMANDED;** Yes.

**DEFENDANTS:**

A.    **REQUESTED TRIAL DATE:**    January 2013.

B.    **ESTIMATED LENGTH OF TRIAL:**    Two days.

**13.    WHETHER THE PARTIES WILL CONSENT TO TRIAL (JURY OR NON-JURY) BEFORE U.S. MAGISTRATE JUDGE**

**PLAINTIFF:** Plaintiff will not consent to a Magistrate Judge.

**DEFENDANTS:**  Defendants will not consent to a Magistrate Judge.

**14.    PROGRESS MADE TOWARD SETTLEMENT, AND THE PRESENT STATUS OF SETTLEMENT NEGOTIATIONS. DO NOT SUBMIT GENERIC RECITATION THAT SETTLEMENT WAS DISCUSSED BUT UNSUCCESSFUL.**

**PLAINTIFF:** The parties have not begun settlement negotiations at this time.

**DEFENDANTS:**    None attempted as of this filing.

**15.    WHAT FORM OF ALTERNATIVE DISPUTE RESOLUTION WOULD BE MOST APPROPRIATE FOR RESOLVING THE CASE AND WHEN IT WOULD BE MOST EFFECTIVE.**

**PLAINTIFF:**

Plaintiff feels mediation would be most effective during the early stages of discovery.

**JOINT STATUS REPORT**                                                                                     **Page 5**

**DEFENDANTS:**  After discovery is complete, mediation will be appropriate.

**16.   ANY OTHER MATTERS RELEVANT TO THE STATUS AND DISPOSITION OF THE CASE.**

**PLAINTIFF:** None.

**DEFENDANTS:**     None.

Respectfully submitted,

By:     /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
Attorneys for Plaintiffs

Z.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:   972-233-2264
Fax:   972-386-7610
E-mail address: rlmanteuffel@sbcglobal.net

And

/s/  Tom A. Carse
Tom A. Carse
Carse Law Firm
6220 Campbell Rd
Building 4 Suite 401
Dallas, TX 75248
972/503-6338
Fax: 972/503-6348
Email: tom@carselaw.com

**JOINT STATUS REPORT**                                      **Page 6**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 6th day of March, 2012.

/s/ Robert L. Manteuffel
Robert L. Manteuffel
Counsel for the Plaintiff(s)
