AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-00094-D

*Pedro Garcia Arriaga vs. Califco, Jeff Enterprises, LLC, SEJ Properties*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) **Jess Enterprises**
was received by me on (*date*) **1-12-12** .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) **GARY Lacey** , who is designated
by law to accept service of process on behalf of (*name of organization*) **Jess Enterprises**
_____ on (*date*) **1-12-12 at 12:15pm** or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ **60⁰⁰** for travel and $ **0** for services, for a total of $ **60⁰⁰**

I declare under penalty of perjury that this information is true.

Date: **1-12-12**

**Vikki Acord-Sch 6812-Exp 5/31/13**
Server's signature

**Vikki Acord-Certified Process Server**
Printed name and title

**5628 Belfast W, NRH, Tx 76180**
Server's address

Additional information regarding attempted service, etc: