AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-00094-D

*Pedro Garcia Arriaga vs. Califco, Jeff Enterprises, LLC, SEJ Properties*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Califco, LLC
was received by me on (*date*) 1-12-12.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) Gary Lacey _____, who is designated
by law to accept service of process on behalf of (*name of organization*) Califco, LLC
_____ on (*date*) 1-12-12 _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ 60⁰⁰ for travel and $ 0 for services, for a total of $ 60⁰⁰

I declare under penalty of perjury that this information is true.

Date: 1-12-12

Vikki Acord - sch 6812 - exp 5/31/13
Server's signature

Vikki Acord - Certified Process Server
Printed name and title

5628 Belfast LN, NRH, Tx 76180
Server's address

Additional information regarding attempted service, etc: