AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:12-cv-00094-D

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*)  SEJ Properties, L.P.
was received by me on (*date*)  1-12-12  .

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on (*name of individual*)  Amanda Cano , who is designated
by law to accept service of process on behalf of (*name of organization*)  SEJ Properties, L.P.
_____ on (*date*)  1-24-12  ; or

☐  I returned the summons unexecuted because  _____ ;  or

☐  other (*specify*) _____
_____

My fees are $  60⁰⁰  for travel and $  0  for services, for a total of $  60⁰⁰

I declare under penalty of perjury that this information is true.

Date:  1-24-12

Vikki Acord·sch 6812-Exp 5/31/13
Server's signature

Vikki Acord-certified Process Serve
Printed name and title

5628 Belfast W, NRH, TX 76180
Server's address

Additional information regarding attempted service, etc: