IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P,<br>CALIFCO, LLC, and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br><br>    Defendants. | § § § § § § § § § § § § § § | CAUSE NO. 3:12-cv-00094-D |

---

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF AND BRIEF IN SUPPORT**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian also known as Elias Shakrian, Defendants herein, and file this Motion to Compel Plaintiff and Brief in Support, and would respectfully show the Court the following:

## I.    NATURE OF THE DISPUTE

1.0    On September 14, 2012, Defendants' counsel received the following:

- *Objections and Responses to Defendant Califco, LLC's First Set of Interrogatories to Plaintiff Pedro Garcia Arriaga.* (**Exhibit 1**)

- *Objections and Responses to Defendants' First Request for Production to Plaintiff Pedro Garcia Arriaga.* (**Exhibit 2**)

- *Plaintiff's Objections and Responses to Defendant Califco, LLC's First Request for Admissions to Plaintiff Pedro Garcia Arriaga.* (**Exhibit 3**)

1.1    **First Set of Interrogatories:**

1.2    On September 18, 2012, Defendants' counsel wrote to opposing counsel requesting Plaintiff's counsel's availability for a telephone conference to discuss Plaintiff's objections to interrogatory No.'s 1-6 and the need for a verification to Plaintiff's Interrogatory Responses. (**Exhibit 4**)

1.3    On September 24, 2012 Defendants' counsel again wrote to Plaintiff's counsel requesting that Plaintiff's counsel take a second look at the objections/responses at issue. (**Exhibit 5**)

1.4    As of the date of this motion, no agreement has been reached. Plaintiff's objections to Interrogatory No.'s 1-6 are unmeritorious and should be overruled and the Plaintiff ordered to fully answer the interrogatories at issue and provide a Verification to his interrogatory answers.

1.5    **First Request for Production:**

1.6    The requests at issue are request no.'s 8, 15, 16 and 17. (**Exhibit 2**) The objections are unmeritorious and should be overruled and the Plaintiff ordered to produce responsive documents.

1.7    **First Request for Admissions:**

1.8    The requests at issue are requests no.'s 1, 3, 10, 11, and 16. (**Exhibit 3**) Plaintiff's objections are designed to obfuscate the truth in an effort to provide the plaintiff some wiggle room in avoiding giving direct and truthful answers to discovery. The objections are without merit and should be stricken.

## II.    ARGUMENTS AND AUTHORITIES

2.0    If a party does not provide adequate responses to discovery requests, the

DEFENDANTS' MOTION TO COMPEL AND BRIEF IN SUPPORT                    2

requesting party may move for an order compelling adequate responses. *See GMAC Bank v. HTFC Corp.,* 248 F.R.D. 182, 193 (E.D.Pa.2008). Further, the FRCP provide that Interrogatory answers "…must be made under oath, with a sworn affidavit." FRCP 33(b)(3); *Sempier*, 45 F.3d at 736; *Rayman v. American Charter Fed. S&L Ass'n*, 148 F.R.D. 647, 651 (D.Neb.1993).

2.1    This motion is the proper means by which to address the Plaintiff's failure to produce all relevant and discoverable documents as well as to permit the Court to rule on the numerous unmeritorious objections and evasive responses.

2.2    The requests made the subject of this motion are relevant to the defendants' case in chief. The responsive answers may also lead to the discovery of other relevant admissible evidence.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Honorable Court set this motion for hearing on the merits and Order Plaintiff to fully respond to the discovery request complained of herein within 7 days of the hearing on this motion and for all other relief, at law or in equity that defendants may show themselves entitled.

Respectfully submitted,

CARSE LAW FIRM

By: *Isl Tom Carse*
Tom Carse
State Bar No. 00796310
6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone:    972/503-6338
Facsimile:    972/503-6348

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

Defendants' counsel attempted to confer with Plaintiff's counsel regarding the merits of this motion and no agreement could be reached to resolve this dispute. Therefore this motion is presented to the Court for determination of the merits.

/s/ *Tom Carse*
TOM CARSE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument and each attachment thereto was served upon the attorney of record for the party said instrument is directed, and a copy of the foregoing was served upon attorneys for all other parties to the above cause (and upon each party who is not represented by an attorney of record in said cause) in accordance with Rule 5 of the FRCP, on this the 9th day of October, 2012.

/s/ *Tom Carse*
TOM CARSE