## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **PEDRO GARCIA ARRIAGA**, and all others similarly situated under 29 U.S.C. 216(B),<br><br>    Plaintiff<br><br>V.<br><br>**CALIFCO, LLC, JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., ELIAS SHOKRIAN A/K/A ELIAS SHAKRIAN.**<br><br>    Defendants | § § § § § § § § § § § §<br><br>**CIVIL ACTION NO.: 3:12-CV-00094-D** |

## OBJECTIONS AND RESPONSES TO DEFENDANT CALIFCO, LLC'S FIRST SET OF INTERROGATORIES TO PLAINTIFF PEDRO GARCIA ARRIAGA

**TO:    Defendants, by and through their attorneys of record, Tom Carse, Carse Law Firm, 6220 Campbell Rd., Suite 401, Dallas, Texas 75248, Fax: (972) 503-6348:**

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff, Pedro Garcia Arriaga ("Arriaga" or "Plaintiff") serves these objections and responses to Defendant Califco, LLC's First Set of Interrogatories to Plaintiff, Pedro Garcia Arriaga, as follows:

## INTERROGATORIES

**INTERROGATORY NO. 1:**    For each named Defendant identify your immediate supervisor during the entire period of your employment, the start and end dates of your employment with each named Defendant.

**ANSWER:**

Plaintiff objects to this interrogatory as it is overbroad and unduly burdensome, and seeks a narrative response that is more properly given in a deposition. Subject to and without waiving the foregoing objections Plaintiff answers as follows: During my entire employment with the Defendant from 2005 until 2012, My Supervisor was Mr. Albino Villanueva, employee of Mr. Elias Shokrian.

**INTERROGATORY NO. 2:**    If you contend you were employed by and not paid

OBJECTIONS AND RESPONSES TO DEFENDANT CALIFCO, LLC'S
FIRST SET OF INTERROGATORIES TO PLAINTIFF-PEDRO GARCIA ARRIAGA                PAGE 1


EXHIBIT 1

PENGAD 800-631-6989

overtime wages by each of the named Defendants, state the basis for your contention and include your rate of pay for each named Defendant you have sued, the number of regular and overtime hours worked for each named Defendant and include the dates you allegedly worked for each, the number of hours worked each day and the total amount of money you claim is owed you for each of the Defendants you have sued.

**ANSWER:**

Plaintiff objects to this interrogatory as it is overbroad and unduly burdensome, and seeks a narrative response that is more properly given in a deposition. Subject to and without waiving the foregoing objections Plaintiff answers as follows: Please refer to enclosed paystubs copies.

**INTERROGATORY NO. 3:**    If you contend you were employed by and not paid overtime wages by Defendant Elias Shokrian, individually, state the factual basis for your contention and identify all documents in your possession that you contend contain admissible evidence in support of your contention.

**ANSWER:**

Plaintiff objects to this interrogatory as it is overbroad and unduly burdensome, and seeks a narrative response that is more properly given in a deposition. Subject to and without waiving the foregoing objections Plaintiff answers as follows: Please refer to Timesheets and Paystubs copies in my possession.

**INTERROGATORY NO. 4:**    Identify your current employer, current supervisor's name, your current rate of pay, number of days worked each week and number of hours worked each day and include the same information for all other employers and supervisors for whom you have worked since leaving the employ of any named Defendant.

**ANSWER:**

Plaintiff objects to this request as it seeks information that is neither relevant nor likely to lead to the discovery of relevant information.

**INTERROGATORY NO. 5:**    For the 5 years preceding your employment with any named Defendant, Identify your former employers by including their names and business addresses, last supervisor's name, your rate of pay, and your job title.

**ANSWER:**

Plaintiff objects to this request as it seeks information that is neither relevant nor likely to lead to the discovery of relevant information.

**INTERROGATORY NO. 6:**    Since filing this lawsuit, identify each person other than

OBJECTIONS AND RESPONSES TO DEFENDANT CALIFCO, LLC'S
FIRST SET OF INTERROGATORIES TO PLAINTIFF-PEDRO GARCIA ARRIAGA                    PAGE 2

your lawyers, with whom you spoken to about the allegations in the lawsuit including all persons you believe are employed by any of the named defendants. For each such person you identify, include their work and home address if known and their telephone number, as well as the approximate dates you spoke with each person identified.

## ANSWER:

Plaintiff objects to this request based upon spousal privilege. Subject to and without waiving that objection: None.

STATE OF TEXAS            §
DALLAS COUNTY            §

## VERIFICATION

Before me, the undersigned notary, on this day personally appeared Pedro Garcia Arriaga , the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Pedro Garcia Arriaga, I have read the foregoing interrogatory answers. The facts stated in it are within my personal knowledge and are true and correct."

_____
Pedro Garcia Arriaga

**SWORN TO and SUBSCRIBED** before me by Pedro Garcia Arriaga  on _____, 20___.

_____
Notary Public in and for
the State of Texas

## INTERPRETER'S AFFIRMATION:

On _____, Rosa Owens, personally known to me, affirmed that the foregoing was translated for Pedro Garcia Arriaga and that he fully understood and affirmed the contents of the foregoing.

_____
Rosa Owens

**SWORN TO and SUBSCRIBED** before me by Rosa Owens on _____, 20___.

_____
Notary Public in and for
the State of Texas

OBJECTIONS AND RESPONSES TO DEFENDANT CALIFCO, LLC'S
FIRST SET OF INTERROGATORIES TO PLAINTIFF-PEDRO GARCIA ARRIAGA

Respectfully submitted,

by: /s/ Robert L. Manteuffel

Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address: rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via certified mail and facsimile, this 14th day of September, 2012, upon the counsel of record listed below:

**Tom Carse**
Carse Law Firm
Texas Bar No. 00796310
6220 Campbell Rd., Suite 401
Dallas, Texas 75248

Facsimile    (972) 503-6348

/s/ Robert L. Manteuffel
Robert L. Manteuffel

OBJECTIONS AND RESPONSES TO DEFENDANT CALIFCO, LLC'S
FIRST SET OF INTERROGATORIES TO PLAINTIFF-PEDRO GARCIA ARRIAGA                    PAGE 5