## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA, and all others similarly situated under 29 U.S.C. 216(B),<br><br>Plaintiff<br><br>V.<br><br>CALIFCO, LLC, JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., ELIAS SHOKRIAN A/K/A ELIAS SHAKRIAN.<br><br>Defendants | § § § § § § § § § § § § | CIVIL ACTION NO.: 3:12-CV-00094-D |

## PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT CALIFCO, LLC'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF PEDRO GARCIA ARRIAGA

TO:   Defendants, by and through their attorneys of record, Tom Carse,  Carse Law Firm, 6220 Campbell Rd., Suite 401, Dallas, Texas 75248, Fax: (972) 503-6348:

Pursuant to Federal Rule of Civil Procedure 36, Plaintiff, Pedro Garcia Arriaga ("Arriaga" or "Plaintiff") serves these objections and responses to Defendant Califco, LLC's Request for Admissions to Plaintiff, Pedro Garcia Arriaga, as follows:

## OBJECTIONS AND RESPONSES TO REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**   Admit that Defendant Elias Shokrian a/k/a Elias Shakrian did not hire you.

**ANSWER:**

Plaintiff objects to this request as it is vague.  Subject to this objection, Plaintiff cannot admit or deny bases upon reasonable inquiry at this time; therefore denied.  Plaintiff will supplement this response.

**REQUEST FOR ADMISSION NO. 2:**   Admit that no one employed by Defendant Jess Enterprises, LLC hired you.

PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT CALIFCO, LLC'S
FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF PEDRO GARCIA ARRIAGA-          PAGE 1

EXHIBIT
3

PENGAD 800-631-6989

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 3:**    Admit that Defendant Elias Shokrian a/k/a Elias Shakrian did not supervise you.

**ANSWER:**

Plaintiff objects to this request as it is vague.  Subject to this objection, Plaintiff cannot admit or deny bases upon reasonable inquiry at this time; therefore denied.  Plaintiff will supplement this response.

**REQUEST FOR ADMISSION NO. 4:**    Admit that no employee of Defendant Jess Enterprises, LLC supervised you.
**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 5:**    Admit that Defendant Elias Shokrian a/k/a Elias Shakrian did not pay your wages.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 6:**    Admit that Defendant Jess Enterprises, LLC did not pay your wages.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 7:**    Admit that you did not perform work for Elias Shokrian a/k/a Elias Shakrian.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 8:**  Admit you worked for SEJ Properties, LP.

**ANSWER:**

Admitted.

**REQUEST FOR ADMISSION NO. 9:**  Admit that you worked for Califco, LLC.

**ANSWER:**

Admitted.

**REQUEST FOR ADMISSION NO. 10:** Admit you used a false Social Security number when you applied for employment with SEJ Properties, LP.

**ANSWER:**

Plaintiff objects to this request as it seeks information that is neither relevant nor likely to lead to the discovery of relevant information.

**REQUEST FOR ADMISSION NO. 11:** Admit you used a false Social Security number when you applied for employment with Califco, LLC.

**ANSWER:**

Plaintiff objects to this request as it seeks information that is neither relevant nor likely to lead to the discovery of relevant information.

**REQUEST FOR ADMISSION NO. 12:** Admit that you asked Raul Rodriguez to clock you in and out when you were not at the time clock.

**ANSWER:**

Admitted.

**REQUEST FOR ADMISSION NO. 13:** Admit that Raul Rodriguez clocked you in and out when you were not at the time clock.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 14:** Admit that Defendant Elias Shokrian a/k/a Elias Shakrian owes you no money for unpaid wages.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 15:**    Admit that Defendant Jess Enterprises, LLC owes you no money for unpaid wages.

**ANSWER:**

Denied.

**REQUEST FOR ADMISSION NO. 16:**    Admit that the answers to these Requests are yours and not the answers of your attorney.

**ANSWER:**

Plaintiff objects to this request as it is vague.  Subject to this objection:  Admitted as to the answers only.  The objections are made by my attorney.

Respectfully submitted,

by:    /s/ Robert L. Manteuffel

Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address: rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via certified mail and facsimile, this 14th day of September, 2012, upon the counsel of record listed below:

**Tom Carse**
Carse Law Firm
Texas Bar No. 00796310
6220 Campbell Rd., Suite 401
Dallas, Texas 75248

Facsimile    (972) 503-6348

/s/ Robert L. Manteuffel
Robert L. Manteuffel

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT CALIFCO, LLC'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF PEDRO GARCIA ARRIAGA-**