

# Carse
## LAW FIRM

6220 Campbell Road, Suite 401,
Dallas, Texas 75248
Office 972.503.6338
Fax 972.503.6348
Tollfree 877.865.2580
www.carselaw.com

September 18, 2012

**VIA FACSIMILE 972/386-7610**

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, Texas 75240

Re:    Pedro Garcia Arriaga v. Califco, LLC et al.
Civil Action No. 3:12-CV-00094-D

Dear Counsel:

I am in receipt of Plaintiff's responses to Defendant's First Set of Interrogatories, First Request for Admissions and First Request for Production. I suggest we have a telephone conference to discuss Plaintiff's objections/responses. I am available this afternoon and tomorrow, September 19th. Specifically, I would like to address the following:

**First Set of Interrogatories:**

1.    The answers are not verified; and

2.    Your objections to Interrogatories numbers: 1-6

**First Request for Production:**

1.    Your objections to Requests numbers: 8, 15, 16 and 17

**First Request for Admissions:**

1.    Your objections to Requests numbers: 1, 3, 10, 11 and 16

Please allow this letter to serve as my attempt to confer on a Motion to Compel should one be needed.

Thank you for your attention to this matter.



EXHIBIT
4
PENGAD 800-631-6989

Sincerely,

Tom Carse

```
                    *********************
                  ***   TX REPORT   ***
                    *********************

      TRANSMISSION OK

      TX/RX NO                3651
      RECIPIENT ADDRESS       9723867610
      DESTINATION ID
      ST. TIME                09/18 13:42
      TIME USE                00'27
      PAGES SENT              3
      RESULT                  OK
```

# Carse
## LAW FIRM

6220 Campbell Road, Suite 401,
Dallas, Texas 75248
Office 972.503.6338
Fax 972.503.6348
Tollfree 877.865.2580
www.carselaw.com

## FACSIMILE TRANSMISSION COVER LETTER

DATE        :    September 18, 2012

TO          :    Robert L. Manteuffel

FAX NO.     :    972/386-7610

FROM        :    Carse Law Firm

RE          :    Pedro Garcia Arriaga v. Califco, LLC et al.
                 Civil Action No. 3:12-CV-00094-D

## NUMBER OF PAGES (INCLUDING THIS COVER SHEET): __3__

**MEMO:**     Letter to follow.

☐  ORIGINAL WITH ATTACHMENTS WILL FOLLOW IN THE MAIL.

☒XXXXX  ORIGINAL WILL **NOT** FOLLOW IN THE MAIL.

## IMPORTANT

THE DOCUMENT(S) ACCOMPANYING THIS FACSIMILE CONTAIN(S) INFORMATION FROM THE LAW OFFICE OF TOM CARSE, P.C. WHICH IS CONFIDENTIAL AND/OR PRIVILEGED. THE INFORMATION IS INTENDED TO BE FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OF USE OF THE CONTENTS OF THIS FAXED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE ORIGINAL DOCUMENTS AT NO COST TO YOU.