

# Carse
## LAW FIRM

6220 Campbell Road, Suite 401,
Dallas, Texas 75248
Office 972.503.6338
Fax 972.503.6348
Tollfree 877.865.2580
www.carselaw.com

September 24, 2012

**VIA FACSIMILE 972/386-7610**

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, Texas 75240

Re:    Pedro Garcia Arriaga v. Califco, LLC et al.
       Civil Action No. 3:12-CV-00094-D

Dear Counsel:

Please allow this to serve as a follow up to my letter of September 18th. I would ask that you take a second look at your objections/responses to the discovery requests at issue and let me know if you are willing to withdraw any of them without a hearing.

May I have a response by the close of business Thursday, September 27th?

Thank you for your attention to this matter.

Sincerely,

Tom Carse

**EXHIBIT**

5

PENGAD 800-631-6989

```
************************
***   TX REPORT   ***
************************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3696 |
| RECIPIENT ADDRESS | 9723867610 |
| DESTINATION ID | |
| ST. TIME | 09/24 15:31 |
| TIME USE | 00'24 |
| PAGES SENT | 2 |
| RESULT | OK |

# Carse
## LAW FIRM

6220 Campbell Road, Suite 401,
Dallas, Texas 75248
Office 972.503.6338
Fax 972.503.6348
Tollfree 877.865.2580
www.carselaw.com

## **FACSIMILE TRANSMISSION COVER LETTER**

DATE : September 24, 2012

TO : Robert L. Manteuffel

FAX NO. : 972/386-7610

FROM : Carse Law Firm

RE : Pedro Garcia Arriaga v. Califco, LLC et al.
Civil Action No. 3:12-CV-00094-D

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): __2__

**MEMO:**   Letter to follow.

☐ ORIGINAL WITH ATTACHMENTS WILL FOLLOW IN THE MAIL.

☒ ORIGINAL WILL **NOT** FOLLOW IN THE MAIL.

## **IMPORTANT**

THE DOCUMENT(S) ACCOMPANYING THIS FACSIMILE CONTAIN(S) INFORMATION FROM THE LAW OFFICE OF TOM CARSE, P.C. WHICH IS CONFIDENTIAL AND/OR PRIVILEGED. THE INFORMATION IS INTENDED TO BE FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OF USE OF THE CONTENTS OF THIS FAXED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE ORIGINAL DOCUMENTS AT NO COST TO YOU.