IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO GARCIA ARRIAGA, and all          §
others similarly situated under 29 U.S.C. §
§ 216(B),                              §
                                       §
                        Plaintiff,     §
                                       §  Civil Action No. 3:12-CV-0094-D
VS.                                    §
                                       §
CALIFCO, LLC, et al.,                  §
                                       §
                        Defendants.    §

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(1)(A), defendants' October 9, 2012 motion to compel

plaintiff is REFERRED to United States Magistrate Judge Renée Harris Toliver for determination.

She may conduct a hearing if she determines that a hearing is necessary.

This order of reference also prospectively refers all procedural motions (*e.g.*, to modify

briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party

who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's

resolution of the motion.

**SO ORDERED**.

October 16, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE