IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br><br>vs.<br><br>JESS ENTERPRISES, LLC;<br>SEJ PROPERTIES, L.P;<br>CALIFCO, LLC, and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:12-cv-00094-D |

## JOINT ESTIMATE OF LENGTH OF TRIAL AND JOINT STATUS REPORT

**TO THE HONORABLE SIDNEY A. FITZWATER, UNITED STATES DISTRICT JUDGE**

COME NOW, Pedro Garcia Arriaga and all others similarly situated under 29 U.S.C. 216(b), ("Plaintiff"), and Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian a/k/a Elias Shakrian, ("Defendants") and hereby submit this, their Joint Estimate of Length of Trial and Joint Status Report, pursuant to the Court's Scheduling Order of March 9, 2012, and respectfully submit to the Court the following:

1.0    The Defendants anticipate the estimate length of trial to be two (2) days. Plaintiff estimates the length of trial to be three (3) to five (5) days.

1.1    The parties have not conducted mediation and no settlement negotiations have been exchanged between the parties.

1.2    Discovery is ongoing. The parties have engaged in initial written discovery and are

currently scheduling depositions.

Respectfully submitted,


By: _____ /s/ Robert L. Manteuffel_____
     **ROBERT L. MANTEUFFEL**
     State Bar No. 12957529

**J.H. ZIDELL, P.C.**
6310 LBJ Freeway, Suite 112
Dallas, Texas 75240
Telephone:  972.233.2264
Facsimile:  972.386.7610
E-mail:  rlmanteuffel@sbcglobal.net

**COUNSEL FOR THE PLAINTIFF(S)**

and

**CARSE LAW FIRM**


By:____ /s Tom Carse_____
     **TOM CARSE**
     State Bar No. 00796310
     tom@carselaw.com

6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone:  972.503.6338
Facsimile:  972.503.6348

**COUNSEL FOR DEFENDANTS**