### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and | § | |
| all others similarly situated | § | |
| under 29 U.S.C. 216(b), | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:12-cv-00094-D-BK |
| | § | |
| JESS ENTERPRISES, LLC, | § | |
| SEJ PROPERTIES, L.P, | § | |
| CALIFCO, LLC, and ELIAS SHOKRIAN | § | |
| *also known as* | § | |
| ELIAS SHAKRIAN, | § | |
| Defendants. | § | |

### PLAINTIFF'S PRETRIAL DISCLOSURES

To:  Defendants, Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian *also known as* Elias Shakrian by and through their attorney of record, Tom Carse, Carse Law Firm, 6220 Campbell Rd., Suite 401, Dallas, Texas 75248.

Plaintiff, Pedro Garcia Arriaga, makes these pretrial disclosures as required by Federal Rule of Civil Procedure 26(a)(3) and the Scheduling Order of the Court.

### A.  Witnesses

1.  **Plaintiff expects to call the following witnesses at trial:**

a.  Pedro Garcia Arriaga, c/o J.H. Zidell, J.H. Zidell, P.C., 6310 LBJ Freeway, Ste. 112, Dallas, Texas 75240 ("Plaintiff's Counsel")

b.  Corporate Representative(s) of  Jess Enterprises, LLC, c/o Tom Carse, Carse Law Firm, 6220 Campbell Rd., Suite 401, Dallas, Texas 75248 ("Defendants' Counsel")

c.  Corporate Representative(s) of  SEJ Properties, L.P., c/o Defendants' Counsel

d.  Corporate Representative(s) of  Califco, LLC, c/o Defendants' Counsel

e.  Custodians of records for  Defendant Jess Enterprises, LLC, c/o Defendants' Counsel

f.  Custodians of records for  Defendant SEJ Properties, L.P., c/o Defendants' Counsel

**PLAINTIFF'S PRETRIAL DISCLOSURES**                              **PAGE 1 OF 5**

g.  Custodians of records for  Defendant Califco, LLC, c/o Defendants' Counsel

h.  Employees of Defendant Jess Enterprises, LLC, c/o Defendants' Counsel

i.  Employees of Defendant SEJ Properties, L.P., c/o Defendants' Counsel

j.  Employees of  Defendant Califco, LLC, c/o Defendants' Counsel

k.  Defendant Elias Shokrian *also known as* Elias Shakrian, c/o Defendants' Counsel

l.  Albino Villanueva, c/o Defendants' Counsel

**2.  Plaintiff may call the following witnesses if the need arises:**

a.   Gary Lacey, last own address and telephone number known to Defendants, c/o Defendants' Counsel

b.  Neri Joson, last own address and telephone number known to Defendants, c/o Defendants' Counsel

c.   Daniel Jonathan Cano-Aguillon, last own address and telephone number known to Defendants, c/o Defendants' Counsel

d.  Mrs. Daniel Jonathan Cano-Aguillon, last own address and telephone number known to Defendants, c/o Defendants' Counsel

e.   Raul Rodriguez, MacArthur, Irving, Texas, 469-359-3063, last own address and telephone number known to Defendants, c/o Defendants' Counsel

f.  Jonathan Shokrian, last own address and telephone number known to Defendants, c/o Defendants' Counsel

g.  Alejandro _____, name, last own address and telephone number known to defendants, c/o Defendants' Counsel

h.  Jesus _____, name, last own address and telephone number known to defendants, c/o Defendants' Counsel

**PLAINTIFF'S PRETRIAL DISCLOSURES**                               **PAGE 2 OF 5**

i.  Martin _____, name, last own address and telephone number known to defendants, c/o Defendants' Counsel

j.  Celestro Tapia, name, last own address and telephone number known to defendants, c/o Defendants' Counsel

k.  Carlos _____, name, last own address and telephone number known to defendants, c/o Defendants' Counsel

l.  Maribel Mendoza, c/o Plaintiff's Counsel

Plaintiff reserves the right to call any of the witnesses identified in the preceding paragraph, i.e. paragraph No.1, if the need arises.

## B.  Depositions

3.  **Plaintiff expects to call the following witnesses by deposition**:

None at this time.

## C.  Exhibits

4.  **Plaintiff expects to offer the following exhibits:**

a.  2005 W-2 from CalifCo LLC

b.  2008 W-2 from CalifCo LLC

c.  Earnings Statements from SEJ Properties, LP, 2010 and 2011

d.  Earnings Statements from CalifCo LLC, 2005, 2006, 2007, 2008 and 2009

e.  Time Card Reports

f.  Time Cards

5.  **Plaintiff may offer the following exhibits if the need arises:**

a.  The documents making up Exhibit 4 to the deposition of Albino Villanueva

b.  The documents making up Exhibit 5 to the deposition of Albino Villanueva

c.  The documents making up Exhibit 6 to the deposition of Albino Villanueva

d.  The documents making up Exhibit 7 to the deposition of Albino Villanueva

e.  The documents making up Exhibit 8 to the deposition of Albino Villanueva

f.  The documents making up Exhibit 9 to the deposition of Albino Villanueva

g.  The documents making up Exhibit 10 to the deposition of Albino Villanueva

h.  The documents making up Exhibit 11 to the deposition of Albino Villanueva

i.  The documents making up Exhibit 12 to the deposition of Albino Villanueva

j.  The documents making up Exhibit 14 to the deposition of Albino Villanueva

k.  The documents making up Exhibit 15 to the deposition of Albino Villanueva

Plaintiff reserves the right to introduce any of the documents identified in the preceding paragraph, i.e. paragraph No.4, if the need arises.

Respectfully submitted,

By:    /s/ Robert L. Manteuffel
       Robert L. Manteuffel
       Texas Bar No. 12957529
       J.H. Zidell
       Texas Bar No. 24071840
       Attorneys for Plaintiffs

       J.H. Zidell, P.C.
       6310 LBJ Freeway, Ste. 112
       Dallas, Texas 75240
       Tel:    972-233-2264
       Fax:    972-386-7610
       E-mail address:  rlmanteuffel@sbcglobal.net

**PLAINTIFF'S PRETRIAL DISCLOSURES**                    **PAGE 4 OF 5**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 5th day of July, 2013.

<u>/s/ Robert L. Manteuffel</u>
Robert L. Manteuffel
Counsel for the Plaintiff(s)