IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br><br>vs.<br><br>JESS ENTERPRISES, LLC;<br>SEJ PROPERTIES, L.P;<br>CALIFCO, LLC, and ELIAS SHOKRIAN *also known as* ELIAS SHAKRIAN,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:12-cv-00094-D |

---

## DEFENDANTS' PRETRIAL DISCLOSURES

---

To:    Plaintiff, Pedro Garcia Arriaga, by and through his attorney of record, Robert L. Manteuffel, J.H. Zidell, P.C., 6310 LBJ Freeway, Suite 112, Dallas, Texas 75240.

Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian a/k/a Elias Shakrian make these pretrial disclosures as required by Federal Rule of Civil Procedure 26(a)(3) and the Scheduling Order of the Court.

### A. <u>Witnesses</u>

1. **Defendants expect to call the following witnesses at trial:**

   a. **Pedro Garcia Arriaga** (Plaintiff), c/o J.H. Zidell, P.C. 6310 LBJ Freeway, Suite 112, Dallas, Texas 75240.
   b. **Albino Villanueva** (Corporate Representative of Califco, LLC) c/o Tom Carse, Carse Law Firm, 6220 Campbell Rd., Suite 401, Dallas, Texas 75248.
   c. **Daniel Jonathan Cano-Aguillon** (Employee of Califco, LLC) c/o Tom Carse, Carse Law Firm, 6220 Campbell Rd., Suite 401, Dallas, Texas 75248.

2. **Defendants expect to call the following witnesses if the need arises.**

   None at this time.

**B.    Depositions**

3.  **Defendants expect to call the following witnesses by deposition.**

None at this time.

## C.    Exhibits

4.  **Defendants expect to offer the following exhibits.**

a.  Pedro Garcia Arriaga's Form W-4 (2004)
b.  Pedro Garcia Arriaga's Wells Fargo ExpressPay form
c.  Direct Deposit Authorization Wells Fargo ExpressPay dated April 27, 2005
d.  Pedro Garcia Arriaga's Employment Application [Califco, LLC]
e.  Copy of Pedro Garcia Arriaga's Identification Card issued by the State of Texas
f.  Copy of Pedro Garcia Arriaga's Social Security Card
g.  Pedro Garcia Arriaga's Form W-2 for 2009
h.  Pedro Garcia Arriaga's Earning Statements from Califco, LLC for 2009
i.  Pedro Garcia Arriaga's Earning Statements from SEJ Properties, LP for 2010 and 2011
j.  Pedro Garcia Arriaga's Time Cards for 2009, 2010 and 2011
k.  Pedro Garcia Arriaga's Time Card Reports for 2009, 2010 and 2011
l.  Pedro Garcia Arriaga's Payroll Register reports for 2009, 2010 and 2011
m.  Pedro Garcia Arriaga's Quarterly Reconciliation Reports for 2009, 2010 and 2011

Defendants hereby reserve the right to amend, supplement or modify their List of Exhibits in light of further listings or designations, further proceedings in this action, or such other reasons as may make amendment, supplementation or modification appropriate. Defendants also reserve the right to designate as an exhibit in this cause any exhibit designated by any other party.

Respectfully submitted,

CARSE LAW FIRM

Tom Carse
State Bar No. 00796310
6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone  972/503-6338
Facsimile  972/503-6348

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was provided to all counsel of record, via automated Notice of Electronic Filing to Filing Users and/or certified mail and/or facsimile, in accordance with the Federal Rules of Civil Procedure, on this 17th day of July, 2013.

*/s/ Tom Carse*
**Tom Carse**