IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and | § | |
| all others similarly situated | § | |
| under 29 U.S.C. 216(b), | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:12-cv-00094-D-BK |
| | § | |
| JESS ENTERPRISES, LLC, | § | |
| SEJ PROPERTIES, L.P, | § | |
| CALIFCO, LLC, and ELIAS SHOKRIAN | § | |
| *also known as* | § | |
| ELIAS SHAKRIAN, | § | |
| Defendants. | § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PRETRIAL DISCLOSURES

**TO THE HONORABLE COURT:**

Plaintiff, Pedro Garcia Arriaga files these objections to Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian *also known as* Elias Shakrian's pretrial disclosures, as authorized by Federal Rule of Civil Procedure 26(a)(3) and the Scheduling Order of the Court.

### Objections Based on Untimeliness

1.     Plaintiff filed and served his Pretrial Disclosures on July 5, 2013 in conformity with the Court's Scheduling Order.

2.     Defendants filed and served Defendants' Pretrial Disclosures on July 17, 2013.  This filing was untimely.

3.     Plaintiff serves and files these, his objections within 14 days after the deadline established by the Court's Scheduling Order to file pretrial disclosures.

4.     Plaintiff objects to all of the witnesses and exhibits set out in Defendants' Pretrial Disclosures, filed July 17, 2013 as they were untimely filed, and should be stricken for that reason.

Respectfully submitted,

By: /s/ Robert L. Manteuffel
   Robert L. Manteuffel
   Texas Bar No. 12957529
   J.H. Zidell
   Texas Bar No. 24071840
   Attorneys For Plaintiffs

   J.H. Zidell, P.C.
   6310 LBJ Freeway, Ste. 112
   Dallas, Texas 75240
   Tel: 972-233-2264
   Fax: 972-386-7610
   E-mail address:  rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 17th day of July, 2013.

/s/ Robert L. Manteuffel
Robert L. Manteuffel

**PLAINTIFF'S OBJECTIONS TO
DEFENDANT'S PRETRIAL DISCLOSURES**   **Page** 2 **of** 2