IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br><br>vs.<br><br>JESS ENTERPRISES, LLC; SEJ PROPERTIES, L.P; CALIFCO, LLC, and ELIAS SHOKRIAN *also known as* ELIAS SHAKRIAN,<br><br>    Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-cv-00094-D |

## DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' AMENDED PRETRIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian a/k/a Elias Shakrian collectively herein "Defendants", and file this, their Motion for Leave to File Defendants' Amended Pretrial Disclosures and would respectfully show the court:

### I. PROCEDURAL HISTORY

1.0    This Court issued a Trial Setting Order on December 3, 2012.

1.1    Defendants failure to file their Pretrial Disclosures, as per this Court's Order of December 3, 2012, was the result of a calendaring error.

1.3    Plaintiff has objected to Defendants' Pretrial Disclosures, specifically to Defendants' Witness and Exhibit List, on the basis that the same were untimely filed. Plaintiff has not indicated how he has been prejudiced with Defendants' Witness and Exhibit designations albeit

date filed. As a matter of fact, Plaintiff has designated, among other witnesses, the same three (3) witnesses that Defendants' designated. As for the Exhibits, Plaintiff's exhibits c-f are identical to Defendants' exhibits h-m.

1.4    For the above reasons, Defendants hereby move this Court for leave to file their amended pretrial disclosures. Defendants attach hereto as Exhibit 1, *Defendants' Amended Pretrial Disclosures*.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court grant the relief requested without delay and for such other and further relief, both general and special, at law or in equity, to which Defendants may show themselves to be justly entitled.

Respectfully submitted,

CARSE LAW FIRM


By:____*/s/ Tom Carse*_____
Tom Carse
State Bar No. 00796310
6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone:    972/503-6338
Facsimile:    972/503-6348

ATTORNEY FOR PLAINTIFF


CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(h), Plaintiff's counsel conferred with opposing counsel regarding the merits of this motion and opposing counsel indicated he is opposed to the motion.


_____*/s/ Tom Carse*_____
TOM CARSE


DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANTS' AMENDED PRETRIAL DISCLOSURES

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument and each attachment thereto was served upon the attorney of record for the party said instrument is directed, and a copy of the foregoing was served upon attorneys for all other parties to the above cause (and upon each party who is not represented by an attorney of record in said cause) in accordance with Rule 5 of the FRCP, on this the 17th day of July, 2013.

_____*/s/ Tom Carse*_____
TOM CARSE