IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO GARCIA ARRIAGA and §
all others similarly situated §
under 29 U.S.C. 216(b), §
§
        Plaintiff, §
§
vs. §
§
§    CIVIL ACTION NO.
JESS ENTERPRISES, LLC; §    3:12-cv-00094-D
SEJ PROPERTIES, L.P; §
CALIFCO, LLC, and ELIAS SHOKRIAN §
*also known as* §
ELIAS SHAKRIAN, §
§
        Defendants. §

---

## DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES AND DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES

---

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian a/k/a Elias Shakrian collectively herein "Defendants", and file this, their Response to Plaintiff's Objections to Defendants' Pretrial Disclosures and Defendants' Objections to Plaintiff's Pretrial Disclosures and would respectfully show the court:

### I. PROCEDURAL HISTORY

1.0    Plaintiff filed his Pretrial Disclosures on July 5, 2013.

1.1    Defendants filed their Pretrial Disclosures on July 17, 2013.

1.2    Plaintiff filed his Objections to Defendants' Pretrial Disclosures on July 17, 2013.

1.3    Defendants filed their Motion for Leave to File Defendant's Amended Pretrial Disclosures on July 17, 2013.

## II. RESPONSE TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PRETRIAL DISCLOSURES

2.0    Plaintiff has objected to Defendants' Pretrial Disclosures, specifically to Defendants' Witness and Exhibit List, on the basis that the same were untimely filed. Plaintiff has not alleged and/or indicated that Plaintiff has been prejudiced with Defendants' Witness and Exhibit designations. As a matter of fact, Plaintiff has designated, among other witnesses, the same three (3) witnesses that Defendants' designated. As for the Exhibits, Plaintiff's exhibits c-f are identical to Defendants' exhibits h-m.

2.1    For this reason, Defendants have filed a Motion for Leave seeking relief from this Court to amend and file their Pretrial Disclosures.

## III.    DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES

3.0    Plaintiff has designated a number of witnesses, who were not disclosed by Plaintiff in his discovery responses. Those witnesses are the following:

1. Custodian of records for Defendant Jess Enterprises, LLC
2. Custodian of records for Defendant SEJ Properties, L.P.
3. Custodian of records for Defendant Califco, LLC
4. Employees of Defendant Jess Enterprises, LLC
5. Employees of Defendant SEJ Properties, L.P.
6. Employees of Defendant Califco, LLC

3.1    In addition, Plaintiff designated a number of witnesses that he may call if the need arises, yet those individuals were likewise not disclosed by Plaintiff in his discovery responses. Those witnesses are the following:

1. Neri Joson
2. Mrs. Daniel Jonathan Cano-Aguillon
3. Raul Rodriguez
4. Jonathan Shokrian
5. Alejandro (last name unknown)
6. Jesus (last name unknown)
7. Martin (last name unknown)
8. Celestro Tapia
9. Carlos (last name unknown)
10. Maribel Mendoza

3.2    Defendants object to the witnesses listed above on the grounds that Plaintiff failed to name these individuals in their disclosures or answers to interrogatories and as such should not be permitted to present the witnesses at the trial of this case.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court grant the relief requested without delay and for such other and further relief, both general and special, at law or in equity, to which Defendants may show themselves to be justly entitled.

Respectfully submitted,

CARSE LAW FIRM

By:____*/s/ Tom Carse*_____
Tom Carse
State Bar No. 00796310
6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone:    972/503-6338
Facsimile:    972/503-6348

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument and each attachment thereto was served upon the attorney of record for the party said instrument is directed, and a copy of the foregoing was served upon attorneys for all other parties to the above cause (and upon each party who is not represented by an attorney of record in said cause) in accordance with Rule 5 of the FRCP, on this the 17th day of July, 2013.

_____*/s/ Tom Carse*_____
TOM CARSE