IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and | § | |
| all others similarly situated | § | |
| under 29 U.S.C. 216(b), | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Cause No. 3:12-cv-00094-D-BK |
| | § | |
| JESS ENTERPRISES, LLC, | § | |
| SEJ PROPERTIES, L.P, | § | |
| CALIFCO, LLC, and ELIAS SHOKRIAN | § | |
| *also known as* | § | |
| ELIAS SHAKRIAN, | § | |
| Defendants. | § | |

PLAINTIFF'S WITNESS LIST

Probable Witnesses

| WITNESS | SUBJECT MATTER | SWORN | TESTIFED |
|---|---|---|---|
| Name/address: Pedro Garcia Arriaga; c/o office of Plaintiff's counsel<br>Summary: Employment relationship with Defendants, hours worked, time recordation and damages issues.<br>Deposed: **Yes**<br>Expected duration: 2-3 hours<br>**Witness requires an interpreter: Yes** | Employment, hours worked and damages. | | |
| Name/address: Corporate Representative(s) of Jess Enterprises, LLC<br>Summary: Employment practices, compensation practices, relationship between Defendants and Plaintiff, maintenance of time and payment records. Company policies and the authority of Plaintiff's supervisors.<br>Deposed: **Yes in part**<br>Expected duration: 1-2 hours<br>**Witness requires an interpreter: Yes** | Corporate structure and relationships between Defendants and Plaintiff. Scheduling and time records. Payment of employees. Company policies | | |

PLAINTIFF'S WITNESS LIST                                    PAGE 1 OF 13

| | | | |
|---|---|---|---|
| | regarding overtime and payment, authority of Plaintiff's supervisors. | | |
| Name/address:  Corporate Representative(s) of  SEJ Properties, L.P., c/o Defendants' Counsel<br>Summary:  Employment practices, compensation practices, relationship between Defendants and Plaintiff, maintenance of time and payment records. Company policies and the authority of Plaintiff's supervisors.<br>Deposed:  **Yes in part**<br>Expected duration: 1-2 hours<br>**Witness requires an interpreter:  Yes** | Corporate structure and relationships between Defendants and Plaintiff. Scheduling and time records. Payment of employees. Company policies regarding overtime and payment, authority of Plaintiff's supervisors. | | |
| Name/address:  Corporate Representative(s) of Califco, LLC, c/o Defendants' Counsel<br>Summary:  Employment practices, compensation practices, relationship between Defendants and Plaintiff, maintenance of time and payment records. Company policies and the authority of Plaintiff's supervisors.<br>Deposed:  **Yes in part**<br>Expected duration: 1-2 hours<br>**Witness requires an interpreter:  Yes** | Corporate structure and relationships between Defendants and Plaintiff. Scheduling and time records. Payment of employees. Company policies regarding overtime and payment, authority of Plaintiff's supervisors. | | |
| Name/address:  Defendant Elias Shokrian also | Corporate | | |

**PLAINTIFF'S WITNESS LIST**

**PAGE 2 OF 13**

| | | | |
|---|---|---|---|
| known as Elias Shakrian, c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and maintenance of time records; company policies with regard to timekeeping, scheduling of Plaintiffs' workday, payment and overtime policies. Involvement of witness in setting payment and overtime polices and scheduling work.<br>Deposed:  **No**<br>Expected duration: 2-3 hours<br>**Witness requires an interpreter:  No** | structure and relationships between Defendants and Plaintiff. Scheduling and time records. Payment of employees. Company policies with regard to timekeeping, scheduling of Plaintiff's workday, payment and overtime policies. Involvement of witness in setting payment and overtime polices and scheduling work. | | |
| Name/address: Albino Villanueva c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and maintenance of time records; company policies with regard to timekeeping, scheduling of Plaintiffs' workday and payment, and overtime.<br>Deposed:  **Yes**<br>Expected duration: 2-3 hours<br>**Witness requires an interpreter:  Yes** | Corporate structure and relationships between Defendants and Plaintiff. Scheduling and time records. Payment of employees. Scheduling and Company policies with regard to timekeeping, scheduling of Plaintiff's workday, payment and | | |

| | | | |
|---|---|---|---|
| | overtime policies. Involvement of witness and Defendants in implementing timekeeping, payment and overtime polices and scheduling work. | | |

## Possible Witnesses

| WITNESS | SUBJECT MATTER | SWORN | TESTIFED |
|---|---|---|---|
| Name/address: Gary Lacey c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and maintenance of time records; company policies with regard to timekeeping, scheduling of Plaintiffs' workday and payment, and overtime.<br>Deposed:  **No**<br>Expected duration: 1-2 hours<br>**Witness requires an interpreter:  No** | Corporate structure and relationships between Defendants and Plaintiff. Scheduling and time records. Payment of employees. Scheduling and Company policies with regard to timekeeping, scheduling of Plaintiff's workday, payment and overtime policies. Involvement of witness and Defendants | | |

**PLAINTIFF'S WITNESS LIST**

**PAGE 4 OF 13**

| | | | |
|---|---|---|---|
| | in implementing timekeeping, payment and overtime polices and scheduling work. | | |
| Name/address: Neri Joson c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants;  Plaintiff's schedule and maintenance of time records; company policies with regard to timekeeping, scheduling of Plaintiffs' workday and payment, and overtime.<br>Deposed:  **No**<br>Expected duration: 1-2 hours<br>**Witness requires an interpreter:  No** | Corporate structure and relationships between Defendants and Plaintiff. Scheduling and time records. Payment of employees. Scheduling and Company policies with regard to timekeeping, scheduling of Plaintiff's workday, payment and overtime policies. Involvement of witness and Defendants in implementing timekeeping, payment and overtime polices and scheduling work. | | |

| | | | |
|---|---|---|---|
| Name/address: Jonathan Cano-Aguillon c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime.<br>Deposed:  **No**<br>Expected duration:  1 -2 hours<br>**Witness requires an interpreter:  Yes** | Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime. | | |
| Name/address Mrs. Daniel Jonathan Cano-Aguillon c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants;  Plaintiff's schedule and maintenance of time records; company policies with regard to timekeeping, scheduling of Plaintiffs' workday and payment, and overtime.<br>Deposed:  **No**<br>Expected duration: 1-2 hours<br>**Witness requires an interpreter:  Yes** | Corporate structure and relationships between Defendants and Plaintiff. Scheduling and time records. Payment of employees. Scheduling and Company policies with regard to timekeeping, scheduling of Plaintiff's workday, | | |

**PLAINTIFF'S WITNESS LIST**

**PAGE 6 OF 13**

| | | | |
|---|---|---|---|
| | payment and overtime policies. Involvement of witness and Defendants in implementing timekeeping, payment and overtime polices and scheduling work. | | |
| Name/address: Raul Rodriguez, MacArthur, Irving, Texas, 469-359-3063 c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime.<br>Deposed:  **No**<br>Expected duration:  1 -2 hours<br>**Witness requires an interpreter:  Yes** | Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime. | | |
| Name/address: Jonathan Shokrian c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and maintenance of time | Corporate structure and relationships between Defendants and Plaintiff. | | |

**PLAINTIFF'S WITNESS LIST**                                  **PAGE 7 OF 13**

| | | | |
|---|---|---|---|
| records; company policies with regard to timekeeping, scheduling of Plaintiffs' workday and payment, and overtime.<br>Deposed: **No**<br>Expected duration: 1-2 hours<br>**Witness requires an interpreter: No** | Scheduling and time records. Payment of employees. Scheduling and Company policies with regard to timekeeping, scheduling of Plaintiff's workday, payment and overtime policies. Involvement of witness and Defendants in implementing timekeeping, payment and overtime polices and scheduling work. | | |
| Name/address: Alejandro _____, believed to be Alejandro Benitez Lemo, 1705 N. 12th Street, Waco, Texas 76707, 214-780-8074, name, last own address and telephone number known to defendants, c/o Defendants' Counsel Summary: Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime.<br>Deposed: **No**<br>Expected duration: ½ - 1 hours<br>**Witness requires an interpreter: Yes** | Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time | | |

**PLAINTIFF'S WITNESS LIST**

**PAGE 8 OF 13**

| | | | |
|---|---|---|---|
| | records; company policies with regard to timekeeping, scheduling of work, payment and overtime. | | |
| Name/address: Jesus _____, name, last own address and telephone number known to defendants, c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime.<br>Deposed:  **No**<br>Expected duration:  ½ - 1 hours<br>**Witness requires an interpreter:  Yes** | Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime. | | |
| Name/address: Martin _____, name, last own address and telephone number known to defendants, c/o Defendants' Counsel<br>Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime.<br>Deposed:  **No**<br>Expected duration:  ½ - 1 hours | Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and | | |

**PLAINTIFF'S WITNESS LIST**                    **PAGE 9 OF 13**

| | | | |
|---|---|---|---|
| **Witness requires an interpreter:  Yes** | work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime. | | |
| Name/address: Celestro Tapia, name, last own address and telephone number known to defendants, c/o Defendants' Counsel Summary:  Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime. Deposed:  **No** Expected duration:  ½ - 1 hours **Witness requires an interpreter:  Yes** | Relationships between the witness, the Plaintiff, other witnesses and the Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime. | | |
| Name/address: Carlos _____, believed to be Carlos Bonilla, 2814 Game Lake Drive, Irving, Texas 75061, name, last own address and telephone number known to defendants, c/o Defendants' Counsel Summary:  Relationships between the witness, the Plaintiff, other witnesses and the | Relationships between the witness, the Plaintiff, other witnesses and the | | |

**PLAINTIFF'S WITNESS LIST**

**PAGE 10 OF 13**

| | | | |
|---|---|---|---|
| Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime. <br> Deposed: **No** <br> Expected duration: ½ - 1 hours <br> **Witness requires an interpreter: Yes** | Defendants; supervision of Plaintiff, Plaintiff's schedule and work for Defendants; maintenance of time records; company policies with regard to timekeeping, scheduling of work, payment and overtime. | | |

## Experts

| WITNESS | SUBJECT MATTER | SWORN | TESTIFED |
|---|---|---|---|
| Name/address: **NONE** <br> Summary: <br> Deposed: <br> Expected duration: | | | |

## Record Custodians

| WITNESS | SUBJECT MATTER | SWORN | TESTIFED |
|---|---|---|---|
| Name/address: Custodians of records for Defendant Jess Enterprises, LLC, c/o Defendants' Counsel <br> Summary: Corporate Records regarding ownership and management of Defendants and relationship between Defendants; employment, payroll and time records for Plaintiff | Corporate Records regarding ownership and management | | |

**PLAINTIFF'S WITNESS LIST**                                    **PAGE 11 OF 13**

| | | | |
|---|---|---|---|
| Deposed:  **No**<br>Expected duration:  1 hour<br>**Witness requires an interpreter:  No** | of Defendants and relationship between Defendants; employment, payroll and time records for Plaintiff | | |
| Name/address: Custodians of records for  Defendant SEJ Properties, L.P., c/o Defendants' Counsel<br>Summary: Corporate Records regarding ownership and management of Defendants and relationship between Defendants; employment, payroll and time records for Plaintiff<br>Deposed:  **No**<br>Expected duration:  1 hour<br>**Witness requires an interpreter:  No** | Corporate Records regarding ownership and management of Defendants and relationship between Defendants; payroll and time records for Plaintiff | | |
| Name/address: Custodians of records for  Defendant Califco, LLC, c/o Defendants' Counsel<br>Summary: Corporate Records regarding ownership and management of Defendants and relationship between Defendants; employment, payroll and time records for Plaintiff<br>Deposed:  **No**<br>Expected duration:  1 hour<br>**Witness requires an interpreter:  No** | Corporate Records regarding ownership and management of Defendants and relationship between Defendants; payroll and time records for Plaintiff | | |

**PLAINTIFF'S WITNESS LIST**

**PAGE 12 OF 13**

Respectfully submitted,

By:   /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
Attorneys For Plaintiffs

J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:   972-233-2264
Fax:   972-386-7610
E-mail address:  rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 22nd day of July, 2013.

/s/ Robert L. Manteuffel
Robert L. Manteuffel

**PLAINTIFF'S WITNESS LIST**                               **PAGE 13 OF 13**