## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| PEDRO GARCIA ARRIAGA and § | |
| all others similarly situated § | |
| under 29 U.S.C. 216(b), § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. 3:12-cv-00094-D-BK |
| § | |
| JESS ENTERPRISES, LLC, § | |
| SEJ PROPERTIES, L.P, § | |
| CALIFCO, LLC, and ELIAS SHOKRIAN § | |
| *also known as* § | |
| ELIAS SHAKRIAN, § | |
| Defendants. § | |

### PLAINTIFF'S EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| Plaintiffs'1 | 2005 W-2 from CalifCo LLC | | |
| Plaintiff's 2 | 2008 W-2 from CalifCo LLC | | |
| Plaintiff's 3 | Earnings Statements from SEJ Properties, LP, 2010 and 2011 | | |
| Plaintiff's 4 | Earnings Statements from CalifCo LLC, 2005, 2006, 2007, 2008 and | | |
| Plaintiff's 5 | Time Card Reports | | |
| Plaintiff's 6 | Time Cards | | |
| Plaintiff's 7 | The documents making up Exhibit 4 to the deposition of Albino Villanueva | | |
| Plaintiff's 8 | The documents making up Exhibit 5 to the deposition of Albino Villanueva | | |
| Plaintiff's 9 | The documents making up Exhibit 6 to the deposition of Albino Villanueva | | |
| Plaintiff's 10 | The documents making up Exhibit 7 to the deposition of Albino Villanueva | | |
| Plaintiff's 11 | The documents making up Exhibit 8 to the deposition of Albino Villanueva | | |

PLAINTIFF'S EXHIBIT LIST                                          PAGE 1 OF 2

| | | | |
|---|---|---|---|
| Plaintiff's 12 | The documents making up Exhibit 9 to the deposition of Albino Villanueva | | |
| Plaintiff's 13 | The documents making up Exhibit 10 to the deposition of Albino Villanueva | | |
| Plaintiff's 14 | The documents making up Exhibit 11 to the deposition of Albino Villanueva | | |
| Plaintiff's 15 | The documents making up Exhibit 12 to the deposition of Albino Villanueva | | |
| Plaintiff's 16 | The documents making up Exhibit 14 to the deposition of Albino Villanueva | | |
| Plaintiff's 17 | The documents making up Exhibit 15 to the deposition of Albino Villanueva | | |

Respectfully submitted,

By:    /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
Attorneys For Plaintiffs

J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address:  rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 22nd day of July, 2013.

/s/ Robert L. Manteuffel
Robert L. Manteuffel

**PLAINTIFF'S EXHIBIT LIST**                                    **PAGE 2 OF 2**