IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br>Plaintiff,<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P,<br>CALIFCO, LLC, and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 3:12-cv-00094-D-BK |

## ORDER ON PLAINTIFF'S MOTION IN LIMINE

After considering Plaintiff, Pedro Garcia Arriaga's Motion in Limine and the Response, and arguments if Counsel, the Court ORDERS Defendants, Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian *also known as* Elias Shakrian counsel for Defendants, and all witnesses called on behalf of Defendants to refrain from any mention or interrogation, directly or indirectly, including offering documentary evidence, about any of the following matters without first requesting and obtaining a ruling from the Court, outside the presence and hearing of all prospective jurors and jurors ultimately selected in this case, on the admissibility of the matter:

1. Any evidence of or references to attorney fees and costs and liquidated damages:

   _____          _____          _____
   AGREED            GRANTED           DENIED

2. Any evidence of or any references to plaintiffs' immigration status

   _____          _____          _____
   AGREED            GRANTED           DENIED

3. Any evidence of or references to Income Taxes:

   _____          _____          _____
   AGREED            GRANTED           DENIED

**ORDER ON PLAINTIFF'S MOTION IN LIMINE**                    **PAGE 1**

SIGNED on _____, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE