### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br><br>vs.<br><br>JESS ENTERPRISES, LLC;<br>SEJ PROPERTIES, L.P;<br>CALIFCO, LLC, and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.**<br>**3:12-cv-00094-D** |

## DEFENDANTS' EXHIBIT LIST

| EXHBIT NO. | DESCRIPTION OF DOCUMENT | OFFERED | ADMITTED |
|---|---|---|---|
| Defendants' 1 | Pedro Garcia Arriaga's Form W-4 (2004) | | |
| Defendants'2 | Pedro Garcia Arriaga's Employment Application [Califco, LLC] | | |
| Defendants'3 | Pedro Garcia Arriaga's Earning Statements from Califco, LLC for 2009 | | |
| Defendants'4 | Pedro Garcia Arriaga's Earning Statements from SEJ Properties, LP for 2010 and 2011 | | |
| Defendants'5 | Pedro Garcia Arriaga's Time Cards for 2009, 2010 and 2011 | | |
| Defendants'6 | Pedro Garcia Arriaga's Time Card Reports for 2009, 2010 and 2011 | | |
| Defendants'7 | Pedro Garcia Arriaga's Payroll Register reports for 2009, 2010 and 2011 | | |
| Defendants'8 | Pedro Garcia Arriaga's Quarterly Reconciliation Reports for 2009, 2010 and 2011 | | |

Respectfully submitted,

**CARSE LAW FIRM**

By:___*/s/ Tom Carse*_____

**Tom Carse**
State Bar No. 00796310
6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone  972/503-6338
Facsimile  972/503-6348

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was provided to all counsel of record, via automated Notice of Electronic Filing to Filing Users and/or certified mail and/or facsimile, in accordance with the Federal Rules of Civil Procedure, on this 22nd day of July, 2013.

_____*/s/ Tom Carse*_____
**Tom Carse**