## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and** <br> **all others similarly situated** <br> **under 29 U.S.C. 216(b),** <br><br>     **Plaintiff,** <br><br> **vs.** <br><br> **JESS ENTERPRISES, LLC;** <br> **SEJ PROPERTIES, L.P;** <br> **CALIFCO, LLC, and ELIAS SHOKRIAN** <br> *also known as* <br> **ELIAS SHAKRIAN,** <br><br>     **Defendants.** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CIVIL ACTION NO.** <br> **3:12-cv-00094-D** |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants Jess Enterprises, LLC, ("Jess") SEJ Properties, L.P. ("SEJ"), Califco, LLC ("Califco") and Elias Shokrian a/k/a Elias Shakrian ("Shokrian") (collectively, "Defendants") file this Defendants' Proposed Voir Dire Questions pursuant to the Court's Trial Setting Order dated December 3, 2012, respectfully requesting that prospective jurors be asked the following questions.

A.    <u>Knowledge of Parties. Witnesses. and Counsel</u>

1. The plaintiff in this case is: Pedro Garcia Arriaga. Do any of you know the plaintiff? If so, how, and for how long have you known him?

2. One of the defendants in this case is Jess Enterprises, LLC. Have you, any family member, or any close friend ever been employed by or done business with Jess Enterprises, LLC?

3. Another one of the defendants in this case is SEJ Properties, L.P. Have you, any family member, or any close friend ever been employed by or done business with SEJ Properties, L.P.?

4. The third defendant in this case is Califco, LLC. Have you, any family member, or any close friend ever been employed by or done business with Califco, LLC?

5. The fourth defendant in this case is Elias Shokrian also known as Elias Shakrian. Do any of you know Mr. Shokrian? If so, how and for how long have you known him?

6. The attorneys representing Plaintiff are Robert L. Manteuffel and J.H. Zidell. Has anyone had any dealings with Mr. Manteuffel or Mr. Zidell?

7. Do any of you know the following individuals? (For your information, they are employed by Defendants Califco, LLC and/or SEJ Properties, L.P.) If so, how, and for how long have you known him/her?

Albino Villanueva
Gary Lacey
Neri Joson
Daniel Jonathan Cano-Aguillon
Mrs. Daniel Jonathan Cano-Aguillon
Raul Rodriguez
Jonathan Shokrian
Celestro Tapia

8. Do any of you know Maribel Mendoza? If so, how, and for how long have you known her?

**B.      Experience as Employee and/or Employer**

9. Have any of you ever filed a complaint against or sued your employer for unpaid overtime? When? What was the basis of your complaint or lawsuit?

10. Do any of you have work experience in Human Resources or employee benefits? If so, what is your experience?

11. Do any of you own your own business? If so, how many people do you employ?

10. Have any of you worked in company management? If so, what was your role?

**C.      Involvement with the Legal System**

12. Do any of you have any training or experience in law? If so, please describe.

DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS                    Page 2 of 4

13. Do you have any training or background in the Fair Labor Standards Act, minimum wage and/or overtime laws?

14. Have you ever been a plaintiff in a lawsuit other than divorce or family member?

15. If you have been involved in a lawsuit, is there anything about your experience which left you with any kind of feeling about the legal profession or the court system-whether positive or negative?

16. Do any of you believe that people should resolve problems without filing a lawsuit?

17. Do you think people turn to courts too often to resolve their problems?

18. Do you have any opinion one way or the other about financially compensating someone for losses that that person has suffered?

**D.** **Prior Jury Service**

19. Have any of you ever served as a juror before?

20. Was it a criminal case?

21. Was it a civil case?

22. Have any of you served as a foreman on a jury before?

**E.** **Case Specific Questions**

24. Plaintiffs claim Defendants failed to pay him overtime as required by the FLSA. Have any you ever worked for someone who failed to pay you overtime? If so, when? How were you paid?

**F.** **Miscellaneous**

25. What organizations do you belong to?

26. Have you ever worked for any government agency?

27. Is there any reason-be it a religious, moral, personal, business, or other personal belief or conviction that you may have-that might, in your opinion, prevent you from rendering a fair and impartial verdict based upon all of the evidence in this case? If so, please explain.

28. Do any of you have scheduling or child care concerns that the Court and the attorneys should know about?

29. Is there anything else that the Court or the attorneys in this case should know about?

Respectfully submitted,

**CARSE LAW FIRM**

By: */s/ Tom Carse*
**Tom Carse**
State Bar No. 00796310
6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone:     972/503-6338
Facsimile:     972/503-6348

**ATTORNEY FOR DEFENDANTS**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was provided to all counsel of record, via automated Notice of Electronic Filing to Filing Users and/or certified mail and/or facsimile, in accordance with the Federal Rules of Civil Procedure, on this 22nd day of July, 2013.

*/s/ Tom Carse*
Tom Carse