## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br><br>     **Plaintiff,**<br><br>**vs.**<br><br>JESS ENTERPRISES, LLC;<br>SEJ PROPERTIES, L.P;<br>CALIFCO, LLC, and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br><br>     **Defendants.** | § § § § § § § § § § § § § § | **CIVIL ACTION NO.**<br>**3:12-cv-00094-D** |

---

## DEFENDANTS' WITNESS LIST

---

### Probable Witnesses

| WITNESS | SUBJECT MATTER | SWORN | TESTIFIED |
|---|---|---|---|
| Name/address: **Pedro Garcia Arriaga**, c/o Plaintiff's counsel<br>Summary: Relationship between the witness, the Plaintiff and the Defendants, maintenance of time records and SEJ Properties, L.P. and Califco, LLC's policies with regard to timekeeping, payment and overtime. Further, the witness is expected to testify as to actual hours worked versus occassions where the witness and another co-worker clocked each other in and out when in fact witness was not at work.<br>Deposed: **Yes**<br>Expected duration: **2-3 hours**<br>Witness requires an interpreter: **Yes** | Employment with Defendants SEJ Properties, L.P. and Califco, LLC and hours worked | | |

| WITNESS | SUBJECT MATTER | SWORN | TESTIFIED |
|---|---|---|---|
| Name/address: **Albino Villanueva** c/o Defendants' counsel<br>Summary: SEJ Properties, L.P. and Califco, LLC's employment practices, compensation practices, relationship between the witness, the Plaintiff and the Defendants, supervision of Plaintiff, Plaintiff's schedule and maintenance of time records; SEJ Properties, L.P. and Califco, LLC's policies with regard to timekeeping, scheudling of Plaintiff's workday and payment and overtime<br>Deposed: **Yes**<br>Expected duration: **2-3 hours**<br>Witness requires an interpreter: **Yes** | SEJ Properties, L.P. and Califco, LLC's structure and relationships between Defendants and Plaintiff. Scheduling and time records. Payment of employees. SEJ Properties, L.P. and Califco, LLC's company policies regarding overtime and payment and Plaintiff's supervisors and work performed. | | |
| Name/address: **Jonathan Cano-Aguillon** c/o Defendants' counsel<br>Summary: Relationships between the witness, the Plaintiff and the Defendants, maintenance of time records and SEJ Properties, L.P. and Califco, LLC's policies with regard to timekeeping, payment and overtime. Further, the witness is expected to testify as to actual hours worked versus occassions where the witness and another co-worker clocked each other in and out when in fact witness was not at work.<br>Deposed: **No**<br>Expected duration: **1-2 hours**<br>Witness requires an interpreter: **Yes** | Employment with Defendants SEJ Properties, L.P. and Califco, LLC and hours worked | | |

Respectfully submitted,

**CARSE LAW FIRM**

By:_____*/s/ Tom Carse*_____
**Tom Carse**
State Bar No. 00796310
6220 Campbell Road, Suite 401
Dallas, Texas 75248
Telephone:  (972) 503-6338
Telecopy:  (972) 503-6348

**ATTORNEY FOR DEFENDANTS**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was provided to all counsel of record, via automated Notice of Electronic Filing to Filing Users and/or certified mail and/or facsimile, in accordance with the Federal Rules of Civil Procedure, on this 22nd day of July, 2013.

_____*/s/ Tom Carse*_____
**Tom Carse**