## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and | § | |
| all others similarly situated | § | |
| under 29 U.S.C. 216(b), | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:12-cv-00094-D-BK |
| | § | |
| JESS ENTERPRISES, LLC, | § | |
| SEJ PROPERTIES, L.P, | § | |
| CALIFCO, LLC, and ELIAS SHOKRIAN | § | |
| *also known as* | § | |
| ELIAS SHAKRIAN, | § | |
| Defendants. | § | |

### PLAINTIFF'S RESPONSE TO
### DEFENDANTS' MOTION FOR LEAVE TO FILE
### DEFENDANTS' AMENDED PRETRIAL DISCLOSURES

Plaintiff, Pedro Garcia Arriaga, through counsel makes and files this Response to Defendants' Motion for Leave to File Defendants' Amended Pretrial Disclosures and would show the Court as follows:

### A. INTRODUCTION

1.      Plaintiff filed and served his Pretrial Disclosures on July 5, 2013 in conformity with the Court's Scheduling Order.  (**DE 22**)

2.      Defendants filed and served Defendants' Pretrial Disclosures on July 17, 2013. (**DE 23**)  That filing was untimely.

3.      Plaintiff served and filed these, his objections within 14 days after the deadline established by the Court's Scheduling Order to file pretrial disclosures. (**DE 24**)

4.      On July 17, 2013 Defendants filed their Motion for Leave to File Defendants' Amended Pretrial Disclosures. (**DE 25**)

**PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' MOTION FOR LEAVE TO FILE**
**DEFENDANTS' AMENDED PRETRIAL DISCLOSURES**          **Page 1**

5.    Defendants' basis for the relief sought is a calendaring error.

## B. ARGUMENT

6.    Federal Rule of Civil Procedure 16(b) provides that a scheduling order may be modified for "good cause". *S & W Enters., L.L.C. v. Southwest Bank of Alabama*, 315 F.3d 533, 536 (5th Cir. 2003).

7.    As set out above, the basis for Defendants' Motion is a calendaring error. In Plaintiff's view, Plaintiff's filing of his Pretrial Disclosures on July 5, 2013 should have put Defendants on notice of their error well in advance of July 17, 2013, the date that they filed their Motion and Pretrial Disclosures.

## C. CONCLUSION

Plaintiff complied with the rules and requests that the Court determine whether or not Defendants have established good cause sufficient to grant the relief requested.

Respectfully submitted,

by:    /s/ Robert L. Manteuffel
        Robert L. Manteuffel
        Texas Bar No. 12957529
        J.H. Zidell, P.C.
        6310 LBJ Freeway, Ste. 112
        Dallas, Texas 75240
        Tel:    972-233-2264
        Fax:    972-386-7610
        E-mail address:  rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 24th day of July, 2013.

/s/ Robert L. Manteuffel
Robert L. Manteuffel
Counsel for the Plaintiff(s)