IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and | § | |
| all others similarly situated | § | |
| under 29 U.S.C. 216(b), | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:12-cv-00094-D-BK |
| | § | |
| JESS ENTERPRISES, LLC, | § | |
| SEJ PROPERTIES, L.P, | § | |
| CALIFCO, LLC, and ELIAS SHOKRIAN | § | |
| *also known as* | § | |
| ELIAS SHAKRIAN, | § | |
| Defendants. | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES**

**TO THE HONORABLE COURT:**

Plaintiff, Pedro Garcia Arriaga, through counsel files this response to Defendants'

Objections to Plaintiff's Pretrial Disclosures (**DE 26**) filed by Defendants Jess Enterprises, LLC,

SEJ Properties, L.P., Califco, LLC and Elias Shokrian *also known as* Elias Shakrian

("Defendants"), as authorized by Federal Rule of Civil Procedure 26(a)(3) and the Scheduling

Order of the Court, as follows:

**Defendants' Objections to Plaintiff's Witnesses**

Defendants have objected to the following witnesses disclosed by Plaintiff:

1.    Custodian of records for Defendant Jess Enterprises, LLC

2.    Custodian of records for Defendant SEJ Properties, L.P.

3.    Custodian of records for Defendant Califco, LLC

4.    Employees of Defendant Jess Enterprises, LLC

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES**          **Page 1 of 3**

5.      Employees of Defendant SEJ Properties, L.P.

6.      Employees of Defendant Califco, LLC

Defendants have also objected to the following witnesses identified by Plaintiff that

Plaintiff may call to testify:

1.      Neri Joson

2.      Mrs. Daniel Jonathan Cano-Aguillon

3.      Raul Rodriguez

4.      Jonathan Shokrian

5.      Alejandro (last name unknown)

6.      Jesus (last name unknown)

7.      Martin (last name unknown)

8.      Celestro Tapia

9.      Carlos (last name unknown)

10.     Maribel Mendoza

### Plaintiffs' Response to Defendants' Objections to Plaintiffs Witnesses

In Plaintiff's Initial Disclosures Plaintiff identified as potential witnesses:

"Those persons listed in Defendants' initial disclosures filed or to be filed, and

any other persons identified in Plaintiff's or Defendants' discovery or identified in other

pleadings, motions, depositions."

The persons listed by Plaintiff are either persons who were identified in discovery

responses or depositions taken in this matter, or are current or former employees of

Defendants whose identities are known to Defendants.  Moreover, Defendants, in their

objections do not claim that they are prejudiced by Plaintiff's disclosure of these witnesses.

## Conclusion

For all of the reasons set out hereinabove, Plaintiff asks the Court to overrule Defendants' objections made to Plaintiff's Pretrial Disclosures in this case.

Respectfully submitted,

By:    /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
Attorneys for Plaintiffs

J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address:  rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 24th day of July, 2013.

/s/ Robert L. Manteuffel
Robert L. Manteuffel