## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and | § | |
| all others similarly situated | § | |
| under 29 U.S.C. 216(b), | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:12-cv-00094-D-BK |
| | § | |
| JESS ENTERPRISES, LLC, | § | |
| SEJ PROPERTIES, L.P, | § | |
| CALIFCO, LLC, and ELIAS SHOKRIAN | § | |
| *also known as* | § | |
| ELIAS SHAKRIAN, | § | |
| Defendants. | § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED JURY CHARGE

### TO THE HONORABLE COURT:

Plaintiff, Pedro Garcia Arriaga ("Arriaga" or "Plaintiff"), files these objections to the proposed Jury Charge **DE 33** ("Charge") filed by Defendants, Jess Enterprises, LLC ("Jess Enterprises"), SEJ Properties, L.P. ("SEJ"), Califco, LLC ("Califco") and Elias Shokrian *also known as* Elias Shakrian ("Shokrian") (collectively, "Defendants"), as follows:

### OBJECTIONS TO DEFENDANTS' INSTRUCTION NUMBER II.

1.   Plaintiff objects to that part of Instruction Number II., beginning on page 4, emphasized in bold, that reads as follows,

**In order to prevail on his claim, Plaintiff must prove each of the following facts by a preponderance of the evidence:**

**1. Plaintiff was employed by Defendants during the time period involved;**

**2. Plaintiffs were employed by an enterprise engaged in commerce or in the production of goods for commerce; and**

3. Defendants failed to pay Plaintiff the minimum wage and/or overtime pay required by law.

**With respect to the second fact - that Plaintiffs were employed by an enterprise engaged in commerce  or in the production  of goods  or commerce - the term**

**PLAINTIFF'S OBJECTIONS TO**
**DEFENDANTS' PROPOSED JURY CHARGE** Page 1 of 4

**"commerce"  has a very broad meaning and includes any trade, transportation, transmission, or communication between any place within a state and any place outside the state. An enterprise engaged in commerce or the production of goods means an enterprise that has employees engaged in commerce or production of goods for commerce and has annual gross sales of at least $500,000.00.**

for the reason Defendants have stipulated with regard to element no. 1 that Pedro Garcia Arriaga was employed by SEJ Properties, L.P. and Califco, LLC during the relevant time period, therefore this issue should be submitted as to Jess Enterprises, LLC and/or Elias Shokrian *also known as* Elias Shakrian only.  Plaintiff objects further as the Defendants have stipulated to interstate commerce and neither that element nor the definition of interstate commerce need be submitted.  The jury should consider those elements established as to SEJ Properties, L.P. and Califco, LLC and the second element established as to all Defendants.

2.    Plaintiffs objects to that part of Instruction Number II., on page 5, emphasized in bold, that reads as follows:

The minimum wage that the Act required to be paid during the time involved in this case was $7.25 per hour. [3]    **Plaintiff was paid $8.50 per hour during the entire time of his employment with Califco, LLC and/or SEJ Properties, L.P.**

for the reason that the Parties have stipulated that Plaintiff's wage rate was $8.50 per hour and that stipulation should be so referenced.  Plaintiff further objects that the reference to Califco, LLC and/or SEJ Properties, L.P. improperly implies that Plaintiff was employed by those two defendants only and not Jess Enterprises, LLC and/or Elias Shokrian *also known as* Elias Shakrian.

3.    Plaintiffs objects to that part of Instruction Number II., on page 5, emphasized in bold, that reads as follows:

**Defendants Califco, LLC and SEJ Properties, L.P. claim Plaintiff did not physically work all of the overtime hours he is claiming. The evidence showed that Plaintiff, and at least one other employee of Defendants Califco, LLC and SEJ Properties, L.P., occasionally clocked each other in/out despite not being physically present at the job site.**

For the reason that the reference to Califco, LLC and/or SEJ Properties, L.P. in the first sentence improperly implies that Plaintiff was employed by those two defendants only and not Jess Enterprises, LLC and/or Elias Shokrian *also known as* Elias Shakrian.

**PLAINTIFF'S OBJECTIONS TO
DEFENDANTS' PROPOSED JURY CHARGE                                        Page 2 of 4**

Plaintiff objects to the second sentence in its entirety as an improper comment the evidence and a factual determination that the jury must make.

## OBJECTIONS TO PROPOSED SPECIAL INTERROGATORIES TO THE JURY:

### QUESTION NUMBER 1

4.    Plaintiff objects to Question No. 1 as that element is stipulated to as set out hereinabove.

### QUESTION NUMBER 2

5.    Plaintiff objects as to the reference to "Defendants" in Question No. 2 as opposed to "any of the Defendants" as it is confusing and misleading in that it implies that all of the Defendants would have to fail to pay Plaintiff in order for the jury to make a "yes" finding on the question.

### INSTRUCTION AFTER QUESTION NUMBER 2

6.  Plaintiff objects to the instruction after Question No. 2 as if will be misleading if Question No. 1 is submitted.

### QUESTION NUMBER 3

7.  Plaintiff objects as to the reference to "Defendants" in Question No. 3 as opposed to "any of the Defendants" as it is confusing and misleading in that it implies that all of the Defendants would have to fail to pay Plaintiff in order for the jury to make a "yes" finding on the question.

### INSTRUCTION AFTER QUESTION NUMBER 4

8.  Plaintiff objects to the instruction after Question No. 4 as it is misleading.  There is no question No. 5.

**PLAINTIFF'S OBJECTIONS TO**
**DEFENDANTS' PROPOSED JURY CHARGE**                                    **Page 3 of 4**

## CONCLUSION

For all of the reasons set out hereinabove, Plaintiff asks the Court to sustain his objections to Defendants' proposed jury charge.

Respectfully submitted,

By:   /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
Attorneys For Plaintiffs

J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address:  rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 29th day of July, 2012.

/s/ Robert L. Manteuffel
Robert L. Manteuffel

**PLAINTIFF'S OBJECTIONS TO**
**DEFENDANTS' PROPOSED JURY CHARGE**                    **Page 4 of 4**