## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and | § | |
| all others similarly situated | § | |
| under 29 U.S.C. 216(b), | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:12-cv-00094-D-BK |
| | § | |
| JESS ENTERPRISES, LLC, | § | |
| SEJ PROPERTIES, L.P, | § | |
| CALIFCO, LLC, and ELIAS SHOKRIAN | § | |
| *also known as* | § | |
| ELIAS SHAKRIAN, | § | |
| Defendants. | § | |

### PLAINTIFF'S OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS

**TO THE HONORABLE COURT:**

Plaintiff, Pedro Garcia Arriaga ("Arriaga" or "Plaintiff"), files these objections to the trial exhibits listed in **DE 32** filed by Defendants, Jess Enterprises, LLC ("Jess Enterprises"), SEJ Properties, L.P. ("SEJ"), Califco, LLC ("Califco") and Elias Shokrian *also known as* Elias Shakrian ("Shokrian") (collectively, "Defendants"), as follows:

| EX. NO. | DOCUMENT DESCRIPTION | OBJECTIONS |
|---|---|---|
| Defendants' 1 | Pedro Garcia Arriaga's Form W-4 (2004) | Irrelevant; late discloses in Defendants' Pretrial Disclosures |
| Defendants' 2 | Pedro Garcia Arriaga's Employment Application [Califco, LLC] | Irrelevant; late discloses in Defendants' Pretrial Disclosures |
| Defendants'3 | Pedro Garcia Arriaga's Earning Statements from Califco, LLC for 2009 | No objections |
| Defendants' 4 | Pedro Garcia Arriaga's Earning Statements from SEJ Properties, LP for 2010 and 2011 | No objections |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS          Page 1 of 2**

| Defendants' 5 | Pedro Garcia Arriaga's Time Cards for 2009, 2010 and 2011 | No objections |
|---|---|---|
| Defendants' 6 | Pedro Garcia Arriaga's Time Card Reports for 2009, 2010 and 2011 | No objections |
| Defendants' 7 | Pedro Garcia Arriaga's Payroll Register reports for 2009, 2010 and 2011 | No objections |
| Defendants' 8 | Pedro Garcia Arriaga's Quarterly Reconciliation Reports for 2009, 2010 and 2011 | No objections |

## CONCLUSION

For all of the reasons set out hereinabove, Plaintiff asks the Court to sustain their objections to Defendants' trial exhibits.

Respectfully submitted,

By:    /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
Attorneys for Plaintiffs

J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address:  rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 29th day of July, 2012.

/s/ Robert L. Manteuffel
Robert L. Manteuffel

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS        Page 2 of 2**