IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO GARCIA ARRIAGA, and all §
others similarly situated under 29 U.S.C. §
§ 216(B), §
§
                    Plaintiff, §
§ Civil Action No. 3:12-CV-0094-D
VS. §
§
CALIFCO, LLC, et al., §
§
                    Defendants. §

## ORDER

The jury trial of this case will commence on Monday, August 19, 2013 at 9:00 a.m.  It

appears that there are parties and witnesses who will require an interpreter.  Because this is a civil

case, the parties are responsible for providing a qualified interpreter for a party or witness who

requires an interpreter.

The court will conduct a telephonic pretrial conference on Wednesday, August 14, 2013 at

2:00 p.m.  Plaintiff's counsel is responsible for initiating the call.

**SO ORDERED**.

August 5, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE