## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| PEDRO GARCIA ARRIAGA and § | |
| all others similarly situated § | |
| under 29 U.S.C. 216(b), § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. 3:12-cv-00094-D-BK |
| § | |
| JESS ENTERPRISES, LLC, § | |
| SEJ PROPERTIES, L.P, § | |
| CALIFCO, LLC, and ELIAS SHOKRIAN § | |
| *also known as* § | |
| ELIAS SHAKRIAN, § | |
| Defendants. § | |

### PLAINTIFF'S EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| Plaintiffs'1 | 2005 W-2 from CalifCo LLC | | |
| Plaintiff's 2 | 2008 W-2 from CalifCo LLC | | |
| Plaintiff's 3 | Earnings Statements from SEJ Properties, LP, 2010 and 2011 | | |
| Plaintiff's 4 | Earnings Statements from CalifCo LLC, 2005, 2006, 2007, 2008 and 2009 | | |
| Plaintiff's 5 | Time Card Reports | | |
| Plaintiff's 6 | Time Cards | | |
| Plaintiff's 7 | Payroll Registers and corresponding Direct Deposit Reports, SEJ Properties, LP, January 1, 2011 – December 31, 2011 | | |
| Plaintiff's 8 | Time Card Reports and corresponding Input Worksheets SEJ Properties, LP, January 1, 2011 – December 31, 2011 | | |
| Plaintiff's 9 | Payroll Registers and corresponding Direct Deposit Reports, SEJ Properties, LP, January 1, 2010 – December 31, 2010 | | |

PLAINTIFF'S EXHIBIT LIST                                                    PAGE 1 OF 3

| | | | |
|---|---|---|---|
| Plaintiff's 10 | Time Card Reports and corresponding Input Worksheets SEJ Properties, LP, January 1, 2010 – December 31, 2010 | | |
| Plaintiff's 11 | Quarterly Reconciliations and Taxable Wage Reports SEJ Properties, LP, January 1, 2011 – December 31, 2011 | | |
| Plaintiff's 12 | Quarterly Reconciliations and Taxable Wage Reports SEJ Properties, LP, January 1, 2010 – December 31, 2010 | | |
| Plaintiff's 13 | Time Card Reports with corresponding Work Schedules and Time Cards with notes, July 1, 2009 – December 31, 2009 | | |
| Plaintiff's 14 | Time Card Reports with corresponding Time Cards with notes, February 1, 2009 – March 15, 2009 | | |
| Plaintiff's 15 | Time Card Report with corresponding Time Card with notes, January 17, 2010 – January 30, 2010 | | |
| Plaintiff's 16 | Time Card Reports with corresponding Work Schedules and Time Cards with notes, March 16, 2009 – June 30, 2009 | | |
| Plaintiff's 17 | Time Card Reports with corresponding Work Schedules and Time Cards with notes, January 1, 2010 – May 14, 2010 | | |
| Plaintiff's 18 | Time Card Reports with corresponding Time Cards with notes, June 1, 2010 - January 31, 2011 | | |
| Plaintiff's 19 | Wage Summary 2009 | | |
| Plaintiff's 20 | 2009 W-2 from CalifCo LLC | | |
| Plaintiff's 21 | Quarterly Reconciliations and Taxable Wage Reports CalifCo LLC, January 1, 2009 – December 31, 2009 | | |
| Plaintiff's 22 | Payroll Registers and corresponding Direct Deposit Reports and Earnings Statements, CalifCo LLC, January 1, 2009 – December 31, 2009 | | |

**PLAINTIFF'S EXHIBIT LIST**            **PAGE 2 OF 3**

Respectfully submitted,

By:   /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
Attorneys For Plaintiffs

J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:   972-386-7610
E-mail address:  rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 18th day of August, 2013.

/s/ Robert L. Manteuffel
Robert L. Manteuffel

**PLAINTIFF'S EXHIBIT LIST**                                     **PAGE 3 OF 3**