# PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 29 USC 216 (b)

# EXHIBIT A

**PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES**
**AND COSTS PURSUANT TO 29 USC 216 (b)**                    <u>**EXHIBIT A**</u>

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | ----- General ----- Disbs | Fees |
|------|------|------|------|------|------|
| **675** | **Arriaga, Pedro** | | | | |
| **12-00094** | **Pedro Garcia Arriaga v. Califco LLC** | | | **Resp Lawyer: JZ** | |
| Jan/10/2012 | Lawyer: JZ  1.30 Hrs X 350.00 client intake and document review | | | | 455.00 |
| Jan/11/2012 | Lawyer: JZ  1.60 Hrs X 350.00 locate and research defendants and draft complaint with summonses and file | | | | 560.00 |
| Jan/24/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re judge's copy requirement and correspondence to Mr Zidell regarding same | | | | 35.00 |
| Jan/24/2012 | Lawyer: RM  0.40 Hrs X 350.00 Prepare and file  Notice of Appearance (.3); correspondence to court regarding same (,1) | | | | 140.00 |
| Jan/24/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Feld re filing receipt for Complaint; correspondence to Mr Feld regarding same | | | | 35.00 |
| Feb/ 2/2012 | Lawyer: RM  0.30 Hrs X 350.00 Receipt and review of Defendants' Answer | | | | 105.00 |
| Feb/ 2/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re status of case and things to do | | | | 35.00 |
| Feb/ 2/2012 | Lawyer: RM  0.10 Hrs X 350.00 Receipt and review of Defendants' Certificate of Interested Persons | | | | 35.00 |
| Feb/ 3/2012 | Lawyer: JZ  0.50 Hrs X 350.00 review d answer verify if flsa juris is issue and review cert of interested parties by d to make sure business entity ds are correct | | | | 175.00 |
| Feb/ 7/2012 | Lawyer: RM  0.30 Hrs X 350.00 Recieve and review Order from the Court regarding Receive and review Order from the Court regarding joint status report | | | | 105.00 |
| Feb/ 7/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr. Zidell re joint status report | | | | 35.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|-------|------|
| Feb/26/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Carse re conference for joint status report | | | | 35.00 |
| Feb/26/2012 | Lawyer: RM  0.10 Hrs X 350.00 Calendar deadlines - joint status report | | | | 35.00 |
| Feb/27/2012 | Lawyer: RM  1.20 Hrs X 350.00 Preparation of draft joint status report | | | | 420.00 |
| Feb/27/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Carse re draft joint status report and conference call | | | | 35.00 |
| Feb/27/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Ms Galavis re telephone call with Mr Carse | | | | 35.00 |
| Feb/28/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Carse re telephone call with him | | | | 35.00 |
| Feb/29/2012 | Lawyer: RM  0.50 Hrs X 350.00 Telephone call with Prepare for and telephone call with Mr Carse re joint status report | | | | 175.00 |
| Mar/ 4/2012 | Lawyer: JZ  0.40 Hrs X 350.00 file review for issues and time to propose in jsr pursuant to DE #8 | | | | 140.00 |
| Mar/ 6/2012 | Lawyer: RM  0.20 Hrs X 350.00 Receipt and review of draft joint status report with Defendants' input; correspondence from Ms Lopez regarding same | | | | 70.00 |
| Mar/ 6/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Ms Lopez re joint status report | | | | 35.00 |
| Mar/ 6/2012 | Lawyer: RM  0.20 Hrs X 350.00 Prepare and file  Joint Status Report | | | | 70.00 |
| Mar/ 6/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to court re Joint Status Report | | | | 35.00 |
| Mar/ 9/2012 | Lawyer: RM  0.30 Hrs X 350.00 Recieve and review Order from the Court regarding Receive and review Order from the Court regarding pretrial deadlines and calendar same | | | | 105.00 |
| Mar/ 9/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re | | | | 35.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To<br>Explanation | Rec# | Chq#<br>Rcpts | \|----- General -----\|<br>Disbs | Fees |
|---|---|---|---|---|---|
| | deadlines and tasks | | | | |
| Mar/13/2012 | Lawyer: RM 0.50 Hrs X 350.00<br>Prepare and file returns of service<br>as to all corporate defendants (.4)<br>and preparation of correspondence<br>to court regarding same (.1) | | | | 175.00 |
| Mar/13/2012 | Lawyer: JZ 0.50 Hrs X 350.00<br>docket de #10 and inter-office conf<br>in re; with assoc counsel as to plan<br>discovery written and d depos | | | | 175.00 |
| Mar/15/2012 | Lawyer: RM 1.00 Hrs X 350.00<br>Prepare initial discovery, requests<br>for admissions, interrogatories and<br>requests for production, and letter to<br>opposing counsel regarding same<br>Prepare initial discovery, requests<br>for admissions, interrogatories and<br>requests for production, (0.9.0) and<br>letter to opposing counsel regarding<br>same (.1) | | | | 350.00 |
| Mar/15/2012 | Lawyer: RM 0.10 Hrs X 350.00<br>Correspondence to Ms Owens re<br>deadlines and tasks | | | | 35.00 |
| Apr/16/2012 | Lawyer: RM 1.20 Hrs X 350.00<br>Receipt and review of Defendants'<br>discovery responses and documents<br>produced | | | | 420.00 |
| Apr/27/2012 | Lawyer: JZ 0.60 Hrs X 350.00<br>review d answers to p's rfa and note<br>jurisdiction not issue for this case<br>and that d admits no ot ever paid to<br>p; file review | | | | 210.00 |
| Aug/16/2012 | Lawyer: RM 0.10 Hrs X 350.00<br>Correspondence to Mr Carse re<br>deposition scheduling | | | | 35.00 |
| Aug/16/2012 | Lawyer: RM 0.10 Hrs X 350.00<br>Correspondence from Mr Carse re<br>deposition scheduling | | | | 35.00 |
| Aug/16/2012 | Lawyer: RM 0.10 Hrs X 350.00<br>Correspondence from Mr Carse<br>following up on scheduling issues | | | | 35.00 |
| Aug/29/2012 | Lawyer: RM 0.30 Hrs X 350.00<br>Receipt and review of plaintiff's<br>initial draft responses to | | | | 105.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | General Disbs | Fees |
|------|-----------------------------------|------|------------|---------------|------|
| | Defendants' discovery requests | | | | |
| Aug/30/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re status of case | | | | 35.00 |
| Aug/30/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Ms Owens re telephone call with Mr Carse | | | | 35.00 |
| Aug/31/2012 | Lawyer: RM  0.20 Hrs X 350.00 Telephone call with Mr Carse re discovery issues | | | | 70.00 |
| Sep/ 1/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re status of the case | | | | 35.00 |
| Sep/14/2012 | Lawyer: RM  2.50 Hrs X 350.00 Preparation of plaintiff's discovery response and objections | | | | 875.00 |
| Sep/25/2012 | Lawyer: JZ  1.50 Hrs X 350.00 review p answers to d rogs before finalizing along with answers to rtp and rfa and inter-office conf in re; w assoc counsel as to plausible objections | | | | 525.00 |
| Oct/ 9/2012 | Lawyer: RM  0.40 Hrs X 350.00 Receipt and review of Defendants' Motion to Compel | | | | 140.00 |
| Oct/ 9/2012 | Lawyer: RM  0.10 Hrs X 350.00 Receipt and review of propsed order on Motion to Compel | | | | 35.00 |
| Oct/ 9/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re proposed order | | | | 35.00 |
| Oct/ 9/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re status of the case | | | | 35.00 |
| Oct/11/2012 | Lawyer: JZ  2.40 Hrs X 350.00 review d motion to compel and file review as to plan response w assoc counsel | | | | 840.00 |
| Oct/16/2012 | Lawyer: RM  0.20 Hrs X 350.00 Recieve and review Order from the Court regarding referring motion to compel to magistrate judge | | | | 70.00 |
| Oct/26/2012 | Lawyer: RM  2.00 Hrs X 350.00 Preparation of Plaintiff's Response | | | | 700.00 |

J. H. Zidell P. A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | General Disbs | Fees |
|------|-----------------------------------|------|------------|---------------|------|
| | to Defendants' Motion to Compel | | | | |
| Oct/27/2012 | Lawyer: RM 2.50 Hrs X 350.00 Preparation of Plaintiff's Response to Defendants' Motion to Compel | | | | 875.00 |
| Oct/29/2012 | Lawyer: RM 3.80 Hrs X 350.00 Preparation of Plaintiff's Response to Defendants' Motion to Compel and exhibits | | | | 1330.00 |
| Oct/29/2012 | Lawyer: RM 0.20 Hrs X 350.00 Prepare and file Plaintiff's Response to Defendants' Motion to Compel | | | | 70.00 |
| Oct/29/2012 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to court re Plaintiff's Response to Defendants' Motion to Compel | | | | 35.00 |
| Nov/16/2012 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to opposing counsel re depostion scheduling | | | | 35.00 |
| Nov/20/2012 | Lawyer: JZ 0.90 Hrs X 350.00 file and docket review as to status of case, discovery and pending motion; inter-office conf in re; w assoc counsel in re: same | | | | 315.00 |
| Nov/21/2012 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to opposing counsel re deposition scheduling | | | | 35.00 |
| Nov/21/2012 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence from opposing counsel re scheduling depositions | | | | 35.00 |
| Nov/21/2012 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to opposing counsel re scheduling depositions | | | | 35.00 |
| Nov/21/2012 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence from opposing counsel re scheduling depositions | | | | 35.00 |
| Nov/26/2012 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence from Ms Owens re scheduling depositions | | | | 35.00 |
| Nov/28/2012 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to opposing counsel re scheduling depositions | | | | 35.00 |
| Nov/28/2012 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence from opposing counsel re deposition scheduling | | | | 35.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|-------------------------------|------|
| Nov/28/2012 | Lawyer: RM  0.20 Hrs X 350.00 Receipt and review of draft status report | | | | 70.00 |
| Nov/29/2012 | Lawyer: RM  0.50 Hrs X 350.00 Preparation of joint status report | | | | 175.00 |
| Nov/29/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re joint status report | | | | 35.00 |
| Nov/29/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re deposition scheduling | | | | 35.00 |
| Nov/29/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re deposition scheduling | | | | 35.00 |
| Nov/29/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re joint status report | | | | 35.00 |
| Nov/29/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re filing joint status report | | | | 35.00 |
| Nov/29/2012 | Lawyer: RM  0.20 Hrs X 350.00 Receipt and review of joint status report filed with the court | | | | 70.00 |
| Dec/ 3/2012 | Lawyer: RM  0.30 Hrs X 350.00 Recieve and review Order from the Court regarding Receive and review Order from the Court regarding setting case for trial | | | | 105.00 |
| Dec/ 3/2012 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from court re trial setting | | | | 35.00 |
| Dec/ 3/2012 | Lawyer: RM  0.50 Hrs X 350.00 Preparation of initial disclosures and damage calculation | | | | 175.00 |
| Dec/ 4/2012 | Lawyer: RM  0.20 Hrs X 350.00 Calendar deadlines | | | | 70.00 |
| Dec/ 4/2012 | Lawyer: JZ  0.30 Hrs X 350.00 brief docket review docket de #19 | | | | 105.00 |
| Dec/19/2012 | Lawyer: JZ  2.90 Hrs X 350.00 file review and preparation of for d depos and issues to cover with assoc counsel | | | | 1015.00 |
| Dec/20/2012 | Lawyer: RM  1.50 Hrs X 350.00 Review of Defendants' discovery | | | | 525.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | ----- General ----- Disbs | Fees |
|------|-----------------------------------|------|------|-------|------|
| | responses and documents produced | | | | |
| Dec/20/2012 | Lawyer: JZ 2.00 Hrs X 350.00 review d supp responses to p RTP with attachments and aff of daniel cano attached thereto with other docs bearing on p's immig status; inter-office conf in re; with assoc counsel as to status of case | | | | 700.00 |
| Dec/21/2012 | Lawyer: RM 8.50 Hrs X 350.00 Prepare for and attend deposition of Prepare for and attend depositions of corporate representatives of defendants | | | | 2975.00 |
| Jan/10/2013 | Lawyer: JZ 1.80 Hrs X 350.00 review file for sj analysis and whether we should file sj on issues of indiv liability and joint employer; inter-office conf in re; w assoc counsel in re: same | | | | 630.00 |
| Jan/11/2013 | Lawyer: JZ 0.10 Hrs X 350.00 email to assoc counsel to respond to Judge Toliver's JA in re hearing date for motion to compel | | | | 35.00 |
| Jan/11/2013 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence from court re hearing on motion to compel | | | | 35.00 |
| Jan/11/2013 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence from Mr Zidell re hearing scheduling | | | | 35.00 |
| Jan/11/2013 | Lawyer: RM 0.20 Hrs X 350.00 Correspondence to opposing counsel re scheduling hearing on motion to compel | | | | 70.00 |
| Jan/11/2013 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence from opposing counsel re hearing on motion to compel | | | | 35.00 |
| Jan/11/2013 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to Opposing counsel re hearing on motion to compel | | | | 35.00 |
| Jan/11/2013 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to Ms French re hearing on motion to compel | | | | 35.00 |

J. H. Zidell P. A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|------|------|------|------|------|
| Jan/11/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Ms French re hearing on motion to compel | | | | 35.00 |
| Jan/11/2013 | Lawyer: RM  0.10 Hrs X 350.00 Recieve and review Order from the Court regarding Receive and review Order from the Court regarding hearing on motion to compel | | | | 35.00 |
| Jan/11/2013 | Lawyer: RM  0.10 Hrs X 350.00 Calendar deadlines hearing on motion to compel | | | | 35.00 |
| Jan/11/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re hearing on motion to compel | | | | 35.00 |
| Jan/13/2013 | Lawyer: RM  1.00 Hrs X 350.00 Preparation of initial disclosures | | | | 350.00 |
| Jan/14/2013 | Lawyer: JZ  2.20 Hrs X 350.00 inter-office conf in re; preparation of of p for deposition and issues to preparation of on; review d answers to rogs and rtp and identify issues and aff of alberto cano sent with ds' supp rtp answers | | | | 770.00 |
| Jan/15/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence to Mr Zidell re damages and settlement demand | | | | 70.00 |
| Jan/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re initial demand | | | | 35.00 |
| Jan/15/2013 | Lawyer: RM  1.00 Hrs X 350.00 Conference with  client re deposition preparation | | | | 350.00 |
| Jan/15/2013 | Lawyer: RM  1.50 Hrs X 350.00 Attendance at deposition of plaintiff | | | | 525.00 |
| Jan/15/2013 | Lawyer: JZ  1.20 Hrs X 350.00 file review and valuation for settlement and inter-office conf in re; with assoc counsel in re P's deposition | | | | 420.00 |
| Jan/16/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re initial demand | | | | 35.00 |
| Jan/21/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from opposing | | | | 70.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | General Disbs | Fees |
|---|---|---|---|---|---|
| | counsel re deposition transcript | | | | |
| Jan/22/2013 | Lawyer: JZ  1.60 Hrs X 350.00 review file for motion to compel tomorrow and inter-office conf in re; w assoc counsel as to response and review relevant pleadings and discovery answers | | | | 560.00 |
| Jan/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re deposition transcript | | | | 35.00 |
| Jan/22/2013 | Lawyer: RM  0.80 Hrs X 350.00 Review of file to prepare for hearing on motion to compel | | | | 280.00 |
| Jan/22/2013 | Lawyer: RM  3.50 Hrs X 350.00 prepare for and attend hearing on motion to compel | | | | 1225.00 |
| Jan/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Recieve and review Order from the Court regarding Receive and review Order from the Court regarding hearing on motion to compel | | | | 35.00 |
| Jan/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Calendar deadlines re motion to compel | | | | 35.00 |
| Jan/28/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Perea re deposition scheduling | | | | 35.00 |
| Jan/28/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Perea re deposition scheduling | | | | 35.00 |
| Jan/28/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Perea to opposing counsel re deposition scheduling | | | | 35.00 |
| Jan/29/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re deposition scheduling | | | | 35.00 |
| Jan/30/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Ms Owens to Ms Lopez re transcript of defendants' depositions | | | | 35.00 |
| Feb/12/2013 | Lawyer: RM  1.50 Hrs X 350.00 Preparation of amended responses to defendants' interrogatories and | | | | 525.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|-------------------------------|------|
| | requests for admissions | | | | |
| Feb/13/2013 | Lawyer: RM  1.00 Hrs X 350.00 Review of file materials and complete amended response to defendants' request for production | | | | 350.00 |
| Feb/14/2013 | Lawyer: JZ  0.30 Hrs X 350.00 inter-office conf in re; with associate counsel as to how to proceed in light of d refusing to make offer to resolve case | | | | 105.00 |
| Jun/26/2013 | Lawyer: JZ  1.80 Hrs X 350.00 begin review for pretrial order preparation of with assoc  counsel and file review | | | | 630.00 |
| Jul/ 3/2013 | Lawyer: RM  1.00 Hrs X 350.00 Review of all file materials for preparation of pretrial disclosures | | | | 350.00 |
| Jul/ 3/2013 | Lawyer: RM  2.00 Hrs X 350.00 Preparation of Plaintiff's Pretrial Disclosures | | | | 700.00 |
| Jul/ 5/2013 | Lawyer: JZ  1.20 Hrs X 350.00 review of pretrial order and edits made with assoc counsel | | | | 420.00 |
| Jul/ 5/2013 | Lawyer: RM  1.00 Hrs X 350.00 Prepare and file  Plaintiff's Pretrial Disclosures | | | | 350.00 |
| Jul/ 5/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to court re PretrialDisclosures | | | | 35.00 |
| Jul/13/2013 | Lawyer: RM  1.50 Hrs X 350.00 Preparation of drafts of charge, pretrial order, voir dire, exhibit list, witness list, motion in limine and order | | | | 525.00 |
| Jul/15/2013 | Lawyer: JZ  2.80 Hrs X 350.00 review file for all issues to include in pretrial order and inter-office conf in re; with assoc counsel | | | | 980.00 |
| Jul/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re telephone call with opposing counsel re pretrial order | | | | 35.00 |
| Jul/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing | | | | 35.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|--------|------|
| | counsel re telephone call with opposing counsel on pretrial order | | | | |
| Jul/16/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re telephone call with opposing counsel on pretrial order | | | | 35.00 |
| Jul/17/2013 | Lawyer: JZ  2.20 Hrs X 350.00 review of d pretrial order and not untimeliness and review for new exhibits never disclosed prior and one witness not disclosed as witness by d prior formally--compare to d written discovery answers and initial disclosures; inter-office conf in re; with assoc counsel in re: same; review de #25 and note absence of good cause for late filing | | | | 770.00 |
| Jul/17/2013 | Lawyer: JZ  0.90 Hrs X 350.00 edit and revise p's pretrial order with assoc counsel | | | | 315.00 |
| Jul/17/2013 | Lawyer: JZ  0.80 Hrs X 350.00 further edits to pretrial order and inter-office conf in re; with assoc counsel as to d counsel request to file pretrial disclosures nunc pro tunc | | | | 280.00 |
| Jul/17/2013 | Lawyer: RM  1.50 Hrs X 350.00 Preparation of draft pretrial order | | | | 525.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re draft prertial order | | | | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re draft pretrial order | | | | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re draft pretrial order | | | | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re draft pretrial order | | | | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.30 Hrs X 350.00 Receipt and review of Defendants' Pretrial Disclosures | | | | 105.00 |
| Jul/17/2013 | Lawyer: RM  0.50 Hrs X 350.00 | | | | |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To<br>Explanation | Rec# | Chq#<br>Rcpts | \|----- General -----\|<br>Disbs | Fees |
|------|--------------------------------------|------|-----------------|---------------------------------|------|
|  | Receipt and review of draft of pretrial order with defendants' changes |  |  |  | 175.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from opposing counsel re draft prertial order |  |  |  | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence to opposing counsel re draft prettrial order |  |  |  | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from Mr Zidell re changes to prertial order |  |  |  | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.30 Hrs X 350.00<br>Preparation of revised pretrial order |  |  |  | 105.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence to Mr Zidell re pretrial order |  |  |  | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from Mr Zidell re pretrial order |  |  |  | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Telephone call with opposing counsel re motion for leave to file Amended Pretrial Disclosuers |  |  |  | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.30 Hrs X 350.00<br>Receipt and review of Defendants' Motion for leave to File Amended Pretrial Disclosures |  |  |  | 105.00 |
| Jul/17/2013 | Lawyer: RM  0.20 Hrs X 350.00<br>Receipt and review of proposed order on Motion for Leave to File Aamended Prerial Disclosures and correspondence to court regarding same |  |  |  | 70.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence to Mr Zidell re telephone call with opposing counsel on magistrate and other issues |  |  |  | 35.00 |
| Jul/17/2013 | Lawyer: RM  1.00 Hrs X 350.00<br>Prepare and file  Plaintiff's Objections to Defendants' Prertial Disclosures |  |  |  | 350.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00 |  |  |  |  |

J. H. Zidell P. A.

Client Ledger

ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|-------------------------------|------|
|  | Correspondence to court re Plaintiff's Objections to Defendants' Prertial Disclosures |  |  |  | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.60 Hrs X 350.00 Receipt and review of Defendants' Response to Plainitff's Objections to Defendants' Ptetrial Disclosures and Defendants' Objections to Plaintiff's Prertrial Disclosures |  |  |  | 210.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re Response to Defendants' Objection |  |  |  | 35.00 |
| Jul/17/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence to Mr Zidell re draft pretrial order |  |  |  | 70.00 |
| Jul/17/2013 | Lawyer: RM  0.30 Hrs X 350.00 Preparation of revised pretrial order |  |  |  | 105.00 |
| Jul/17/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re draft prerial order |  |  |  | 35.00 |
| Jul/18/2013 | Lawyer: RM  3.00 Hrs X 350.00 Receipt and review of revised pretrial order from opposing counsel |  |  |  | 1050.00 |
| Jul/18/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re draft pretrial order |  |  |  | 35.00 |
| Jul/22/2013 | Lawyer: JZ  0.90 Hrs X 350.00 review p jury inst and edit with assoc counsel before filing as well as motion in limine and witness and exhibit  list review before filing |  |  |  | 315.00 |
| Jul/22/2013 | Lawyer: JZ  2.60 Hrs X 350.00 review de 32,33,34,35,36 and note objections to d motion in limine as way too broad to respond to and note objections to d jury charge and check witness and exhibit disclosure by d to verify non-disclosures during discovery |  |  |  | 910.00 |
| Jul/22/2013 | Lawyer: JZ  0.60 Hrs X 350.00 further edits to pretrial order and in limine discussion with assoc counsel to seek d agreemnet to exclude references from trial in re |  |  |  | 210.00 |

J. H. Zidell P. A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees | |
|------|-----------------------------------|------|-----------|-------|------|---|
| | fees and liq damages etc... | | | | | |
| Jul/22/2013 | Lawyer: JZ  0.30 Hrs X 350.00 inter-office conf in re; with assoc counsel as to proposed trial dates in light of call from JA from Chambers | | | | 105.00 | |
| Jul/22/2013 | Lawyer: RM  0.50 Hrs X 350.00 Preparation of revised pretrial order | | | | 175.00 | |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re pretrial order | | | | 35.00 | |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from Mr Zidell re draft prerial order | | | | 70.00 | |
| Jul/22/2013 | Lawyer: RM  1.00 Hrs X 350.00 Preparation of draft jury charge | | | | 350.00 | |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re draft jury charge | | | | 35.00 | |
| Jul/22/2013 | Lawyer: RM  2.00 Hrs X 350.00 Correspondence to opposing counsel re motion in limine | | | | 700.00 | |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from Mr Zidell re draft charge | | | | 70.00 | |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Kelly rand Mr Feld e instructions for draft charge | | | | 35.00 | |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence to opposing counsel re draft pretrial order | | | | 70.00 | |
| Jul/22/2013 | Lawyer: RM  1.00 Hrs X 350.00 Prepare and file  Plaintiffs' propsed voir dire | | | | 350.00 | |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from Mr Kelly re jury instructions | | | | 70.00 | |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from Mr Feld re drsaft charge and joint employers | | | | 70.00 | |
| Jul/22/2013 | Lawyer: RM  1.00 Hrs X 350.00 Prepare and file  Plaintiff's proposed jury charge | | | | 350.00 | |
| Jul/22/2013 | Lawyer: RM  1.50 Hrs X 350.00 | | | | | |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|----------------|------|
| | Prepare and file  Plainitff's Witness List | | | | 525.00 |
| Jul/22/2013 | Lawyer: RM  0.80 Hrs X 350.00 Prepare and file  Plaintiff's Exhibit List | | | | 280.00 |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re motion in limine | | | | 35.00 |
| Jul/22/2013 | Lawyer: RM  0.70 Hrs X 350.00 Prepare and file  Plaintiff's Motion in Limine | | | | 245.00 |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from opposing counsel re Defendants' Motion in Limine | | | | 70.00 |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re Defendants' Motion in Limine | | | | 35.00 |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Preparation of proposed order on Plaintiff's Motion in Limine | | | | 70.00 |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to court re propsed order on Plaintiff'sMotion in Limine | | | | 35.00 |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from opposing counsel re revised pretrial order | | | | 70.00 |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re pretrial order | | | | 35.00 |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Preparation of final joint pretrial order | | | | 70.00 |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to court re joint pretrial order | | | | 35.00 |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re Defendants' Motion in Limine | | | | 35.00 |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Receipt and review of Defendants' Exhibit List | | | | 70.00 |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00 Receipt and review of Defendant's | | | | 70.00 |

J. H. Zidell P. A.
Client Ledger
ALL DATES

| Date | Received From/Paid To<br>Explanation | Rec# | Chq#<br>Rcpts | \|----- General -----\|<br>Disbs | Fees |
|------|--------------------------------------|------|------|-------|------|
| | Witness List | | | | |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00<br>Receipt and review of Defendants'<br>Proposed Voir Dire | | | | 70.00 |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00<br>Receipt and review of Dfendants'<br>Propsed Jury Charge | | | | 70.00 |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Receipt and review of Defendants'<br>Motion in Limine | | | | 35.00 |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00<br>Preparation of exhibit notebook to<br>exchange with opposing counsel | | | | 70.00 |
| Jul/22/2013 | Lawyer: RM  0.20 Hrs X 350.00<br>Correspondence from opposing<br>counsel re Defedndants' Exhibits | | | | 70.00 |
| Jul/22/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence to court re pretrial<br>filings | | | | 35.00 |
| Jul/23/2013 | Lawyer: RM  0.50 Hrs X 350.00<br>Preparation of trial subpoenas | | | | 175.00 |
| Jul/23/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from Mr Zidell  re<br>motion in limine | | | | 35.00 |
| Jul/23/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from opposing<br>counsel re settlement offer | | | | 35.00 |
| Jul/23/2013 | Lawyer: RM  0.20 Hrs X 350.00<br>Telephone call with court's secretary<br>re trial date | | | | 70.00 |
| Jul/24/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence to Mr Zidell re<br>settlement offer | | | | 35.00 |
| Jul/24/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from Mr Zidell re<br>settment offer and  response | | | | 35.00 |
| Jul/24/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence to Mr Zidell re trial<br>darte | | | | 35.00 |
| Jul/24/2013 | Lawyer: RM  1.50 Hrs X 350.00<br>Prepare and file  Response to<br>Defendants' Motion for Leave to<br>File Amended Disclosures | | | | 525.00 |
| Jul/24/2013 | Lawyer: RM  0.10 Hrs X 350.00 | | | | |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|--------|------|
|  | Correspondence to court re Response to Defendants' Motion for Leave to File Amended Disclosures |  |  |  | 35.00 |
| Jul/24/2013 | Lawyer: RM 0.20 Hrs X 350.00 Correspondence to opposing counsel re settlement offer and counter |  |  |  | 70.00 |
| Jul/25/2013 | Lawyer: JZ 0.90 Hrs X 350.00 review and edit d jury charge and voir dire |  |  |  | 315.00 |
| Jul/25/2013 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to Mr Zidell re witnesses |  |  |  | 35.00 |
| Jul/25/2013 | Lawyer: RM 0.20 Hrs X 350.00 Correspondence to Mr Zidell re Defendants' Propsed Voir Dire |  |  |  | 70.00 |
| Jul/25/2013 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence from Mr Zidell re voir dire and trial date |  |  |  | 35.00 |
| Jul/25/2013 | Lawyer: RM 0.20 Hrs X 350.00 Correspondence to Mr Zidell re Defendnats' proposed charge |  |  |  | 70.00 |
| Jul/26/2013 | Lawyer: RM 0.20 Hrs X 350.00 Preparation of trial subpoenas |  |  |  | 70.00 |
| Jul/26/2013 | Lawyer: RM 0.20 Hrs X 350.00 Correspondence to Mr Kelly re response to Motion in Limine |  |  |  | 70.00 |
| Jul/28/2013 | Lawyer: RM 1.00 Hrs X 350.00 Preparation of response to Defendants' Motion in Limine |  |  |  | 350.00 |
| Jul/29/2013 | Lawyer: JZ 0.50 Hrs X 350.00 review d in limine conferral issues and inter-office conf in re; with assoc counsel as to which ones to agree to and mostly oppose due to generalizations |  |  |  | 175.00 |
| Jul/29/2013 | Lawyer: JZ 2.80 Hrs X 350.00 file review as to which witnesses tro subpoena for trial and inter-office conf in re; w Plaintiff regarding same and as to witnesses who we still need addresses for etc and which P can obtain for us. |  |  |  | 980.00 |
| Jul/29/2013 | Lawyer: JZ 0.90 Hrs X 350.00 draft email to assoc counsel in re |  |  |  | 315.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|-------|------|
| | telephone conversation with d counsel t carse who stated that $5k was max offer from ds and was non-negotiable; pass onto p who rejects same; file review as to prior correspondence from d counsel that d would not offer any amount of money to resolve case. | | | | |
| Jul/29/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence to Mr Zidell re Motion in Limine issues | | | | 70.00 |
| Jul/29/2013 | Lawyer: RM  0.50 Hrs X 350.00 Prepare and file  Plaintiff's Response to Defendants' Motion in Limine | | | | 175.00 |
| Jul/29/2013 | Lawyer: RM  1.00 Hrs X 350.00 Prepare and file  Plaintifff's Objections to Defedndants' Proposed Jury Charge | | | | 350.00 |
| Jul/29/2013 | Lawyer: RM  0.70 Hrs X 350.00 Prepare and file  Plsintiff'e Objections to Defendants' Exhibit List | | | | 245.00 |
| Jul/29/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence to opposing counsel re settlement discussions with Mr Zidell | | | | 70.00 |
| Jul/29/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re telephone call with opposing counsel | | | | 35.00 |
| Jul/29/2013 | Lawyer: RM  0.20 Hrs X 350.00 Telephone call with court's secretary re trial scheduling | | | | 70.00 |
| Jul/29/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re trial scheduling | | | | 35.00 |
| Aug/ 2/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re status of the case | | | | 35.00 |
| Aug/ 2/2013 | Lawyer: RM  0.20 Hrs X 350.00 Telephone call with court's secretary re trial date | | | | 70.00 |
| Aug/ 2/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re trial date | | | | 35.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | Disbs | Fees |
|------|-----------------------------------|------|------------|-------|------|
| Aug/ 5/2013 | Lawyer: JZ  0.90 Hrs X 350.00 docket trial date order and inter-office conf in re; with assoc counsel as to getting subpoenas served asap on witnesses for trial date of 08/19 | | | | 315.00 |
| Aug/ 5/2013 | Lawyer: JZ  0.10 Hrs X 350.00 update trial calendar with 08/19 trial date | | | | 35.00 |
| Aug/ 5/2013 | Lawyer: RM  0.10 Hrs X 350.00 Telephone call with court's secretray re trial date | | | | 35.00 |
| Aug/ 5/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re trial date | | | | 35.00 |
| Aug/ 5/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re trial date | | | | 35.00 |
| Aug/ 5/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re trial date | | | | 35.00 |
| Aug/ 5/2013 | Lawyer: RM  0.10 Hrs X 350.00 Telephone call with court secrtary re trial date | | | | 35.00 |
| Aug/ 5/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re trial date | | | | 35.00 |
| Aug/ 5/2013 | Lawyer: RM  0.20 Hrs X 350.00 Recieve and review Order from the Court regarding trial date and pretrial conference | | | | 70.00 |
| Aug/ 5/2013 | Lawyer: RM  0.10 Hrs X 350.00 Calendar deadlines for trial and pretrial conference | | | | 35.00 |
| Aug/ 5/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Ms Owens re setting up conference call | | | | 35.00 |
| Aug/ 6/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Ms Sandoval re interpreter | | | | 35.00 |
| Aug/ 9/2013 | Lawyer: JZ  0.20 Hrs X 350.00 draft email to r owens as to p appearance for trial preparation of next week and to verify further | | | | 70.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|--------------------------------|------|
| | address info on witnesses for trial | | | | |
| Aug/11/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell re trial preparation | | | | 35.00 |
| Aug/12/2013 | Lawyer: JZ  8.50 Hrs X 350.00 preparation of for trial and read and review and summarize d deposition and ps' deposition and review trial exhibits to identify any time card or sheet that may appear suspicious as per d depositions testimony that p inflated his hours; review d discovery responses and admissions; inter-office conf with associate counsel as to trial prep(brief); pull and review cases on approx of damages from 5th cir hodgson v jones; mitchell v. mitchell truck line; marshall v mamma's fried chicken; and jointemployer/ enterprise from 5th cir donovan v grim hotel; castillo v givens; indiv liability from 5th cir gray v powersorozco v plackish ; hodgson v griffin and brand of mcallen; donovan v janitorial services; reich v priba; and willfulness  coleman v. jiffy june farms; | | | | 2975.00 |
| Aug/13/2013 | Lawyer: JZ  2.50 Hrs X 350.00 Review documents court's proposed jury instructions and make notations as to difference between our proposed jury inst and those furnished by the court; inter-office conf in re; w assoc counsel as to ptc tomorrow and status of service on various witnesses for trial. | | | | 875.00 |
| Aug/13/2013 | Lawyer: JZ  7.10 Hrs X 350.00 preparation of for ptc tomorrow and continued review for trial; review our exhibits and ds' exhibits; inter-office conf in re; w assoc counsel as to order of witnesses for | | | | 2485.00 |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To<br>Explanation | | Chq#<br>Rec# | \|----- General -----\|<br>Rcpts | Disbs | Fees |
|---|---|---|---|---|---|---|
| | trial and status of subpoenas for trial and returns of service; con't try to locate witness ramirez; analyze whether d's late filed execution searches and witness lists will result in limitation for trial; review docket and proposed pretrial order. | | | | | |
| Aug/13/2013 | Lawyer: JZ 0.10 Hrs X 350.00<br>draft email to Judge's JA confirming receipt of jury charge from Court | | | | | 35.00 |
| Aug/13/2013 | Lawyer: RM 0.10 Hrs X 350.00<br>Correspondence from Ms Owens re conference call | | | | | 35.00 |
| Aug/13/2013 | Lawyer: RM 0.10 Hrs X 350.00<br>Correspondence to Opposing counsel and court re pretrial conference call | | | | | 35.00 |
| Aug/13/2013 | Lawyer: RM 0.30 Hrs X 350.00<br>Receipt and review of Receipt and review the Court's Charge | | | | | 105.00 |
| Aug/13/2013 | Lawyer: RM 0.10 Hrs X 350.00<br>Correspondence from Mr Zidell re witnesses and other issues for the pretrial conference | | | | | 35.00 |
| Aug/14/2013 | Lawyer: JZ 1.00 Hrs X 350.00<br>Attendance at PTC by phone and brief conf in re; w d counsel after ptc as to further stips to mainstream case and exhibits for trial; draft email to d counsel following ptc as to proposed stip as to jess enterprises and d Shakrian as per d counsel request; brief telephone inter-office conf in re; w assoc counsel in re trial prep | | | | | 350.00 |
| Aug/14/2013 | Lawyer: JZ 4.00 Hrs X 350.00<br>con't preparation of for ptc Preparation of ; review d objections to our witness and exhibit list and full file review and inter-office conf in re; with assoc counsel as to possible merit or lack thereof to ds' objections | | | | | 1400.00 |
| Aug/14/2013 | Lawyer: JZ 3.00 Hrs X 350.00 | | | | | |

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To<br>Explanation | Rec# | Chq#<br>Rcpts | \|----- General -----\|<br>Disbs | Fees |
|------|--------------------------------------|------|---------------|--------------------------------|------|
| | continue editing court's proposed jury instructions; note to p.7 and amend indiv liability instruction adopting p jury inst #15 and add language to joint employer test as per gray v. powers 673 filed.3d 352 5th cir 2012; typo on bottom of p9; add non-delegable time record duty to inst at p. 10 based on 29 usc 211c and research goldberg v cockrell 303 f2d 811 at note 1 5th cir. 1962; add barrentine instruction 18 fromP to top of p.11 and oppose sol based on waiver | | | | 1050.00 |
| Aug/14/2013 | Lawyer: JZ 0.20 Hrs X 350.00 inter-office conf in re; with assoc counsel after PTC as to witnesses who we are sure have been subpoenaed for trial and any issues on service as of this date | | | | 70.00 |
| Aug/14/2013 | Lawyer: RM 0.20 Hrs X 350.00 Correspondence to opposing counsel and the court re dial in instructions for the pretrial conference | | | | 70.00 |
| Aug/14/2013 | Lawyer: RM 1.00 Hrs X 350.00 Review of file materials for pretrial conference | | | | 350.00 |
| Aug/14/2013 | Lawyer: RM 0.40 Hrs X 350.00 Telephone call with Mr Zidell re issues for pretrial conference | | | | 140.00 |
| Aug/14/2013 | Lawyer: RM 0.50 Hrs X 350.00 prepare for and attend hearing prepare for prertrial conference | | | | 175.00 |
| Aug/14/2013 | Lawyer: RM 0.80 Hrs X 350.00 Telephone call with attend pretrial conference | | | | 280.00 |
| Aug/14/2013 | Lawyer: RM 0.20 Hrs X 350.00 Recieve and review Order from the Court regarding joint pretral order | | | | 70.00 |
| Aug/14/2013 | Lawyer: RM 0.20 Hrs X 350.00 Recieve and review Order from the Court regarding Motions in Limine | | | | 70.00 |
| Aug/14/2013 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence from Mr Zidell to | | | | 35.00 |

Case 3:12-cv-00094-BK    Document 50-1    Filed 09/09/13    Page 24 of 31    PageID 269

J. H. Zidell P.A.

Client Ledger

ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees | |
|------|-----------------------------------|------|------------|--------|------|---|
| | opposing counsel re stipulation for trial | | | | | |
| Aug/14/2013 | Lawyer: RM  0.10 Hrs X 350.00 Recieve and review Order from the Court regarding minute entry on pretrial conference | | | | 35.00 | |
| Aug/14/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from court re voire dire seating | | | | 35.00 | |
| Aug/14/2013 | Lawyer: RM  0.20 Hrs X 350.00 Telephone call with Opposing counsel stipulation for trial | | | | 70.00 | |
| Aug/15/2013 | Lawyer: JZ  1.90 Hrs X 350.00 compose trial outline for preparation of of P tomorrow for trial | | | | 665.00 | |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re rejection of stipilation | | | | 35.00 | |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re correspondence from opposing counsel | | | | 35.00 | |
| Aug/15/2013 | Lawyer: RM  0.80 Hrs X 350.00 Preparation of revised exhibit list | | | | 280.00 | |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to opposing counsel re revised exhibit list | | | | 35.00 | |
| Aug/15/2013 | Lawyer: RM  0.30 Hrs X 350.00 Prepare and file  Amended Exhibit List | | | | 105.00 | |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re amended exhibit lisrt | | | | 35.00 | |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Ms Owens re trial subpoenas | | | | 35.00 | |
| Aug/15/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from opposing counsel re subpoena to Mr Lemo | | | | 70.00 | |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re correspondence from opposing counsel | | | | 35.00 | |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 | | | | | |

J. H. Zidell P. A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|-------------------------------|------|
| | Correspondence from Mr Zidell re trial subpoenas | | | | 35.00 |
| Aug/15/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from Mr Zidell re trial preparation | | | | 70.00 |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Mr Zidell to opposing counsel re trial subpoenas | | | | 35.00 |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Preparation of new tral subpoena for Mr Lemo | | | | 35.00 |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re rial subpoenas | | | | 35.00 |
| Aug/15/2013 | Lawyer: RM  0.60 Hrs X 350.00 Correspondence to opposing counsel re trial subpoenas | | | | 210.00 |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re trial subpoenas | | | | 35.00 |
| Aug/15/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Ms Sandoval re interpreter | | | | 35.00 |
| Aug/15/2013 | Lawyer: JZ  7.80 Hrs X 350.00 draft outline to preparation of p for trial and highlight issues from p depositions transcript; calculate various calc of damages based on exhibits timecards and timesheets vs p's testimony as to his damages; research/review of sol defense by d by failure to plead as aff defense and braddock v madison county 34 filed supp  2d 1098 and shep for sol waiver in flsa context vs. prior disclosures by p limiting action to 3 years; pull paetz v US on the sol waiver issue and review | | | | 2730.00 |
| Aug/16/2013 | Lawyer: JZ  9.30 Hrs X 350.00 prepare for trial and inter-office conf in re; with assoc counsel as to response to personal attack emails from oc; preparation of plaintiff for trial; verify attendance of witnesses | | | | 3255.00 |

J. H. Zidell P.A.

Client Ledger

ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|--------------------------------|------|
| | for trial as issue has arisen as to service on Lemus and oc involvement to stop all contact with Lemus who is a non-managerial employee of D | | | | |
| Aug/16/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re trial subpoenas | | | | 35.00 |
| Aug/16/2013 | Lawyer: RM  0.10 Hrs X 350.00 Telephone call with Ms Owens re subpoenas | | | | 35.00 |
| Aug/16/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from Ms Owens re trial subpoenas | | | | 35.00 |
| Aug/16/2013 | Lawyer: RM  1.00 Hrs X 350.00 Preparation of exhibit and trial notebooks | | | | 350.00 |
| Aug/16/2013 | Lawyer: RM  0.50 Hrs X 350.00 Conference with  Ms Owens re trial preparation and witness preparation | | | | 175.00 |
| Aug/17/2013 | Lawyer: RM  5.50 Hrs X 350.00 prepare for trial - review all exhibits and prepare detailed damages analysis for use at trial; prepare amended exhibits for use at trial | | | | 1925.00 |
| Aug/17/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re settlement negotiations | | | | 35.00 |
| Aug/17/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence to Mr Zidell re settlement negotiations | | | | 35.00 |
| Aug/18/2013 | Lawyer: JZ  9.80 Hrs X 350.00 plan opening statement; review depositions of a villanueva for first witness tomorrow at trial; review depositions and create highlight sheet for last review witth plaintiff; meet with plaintiff for last trial review and assoc counsel to inspect and review file to make ready for trial tomorrow; meet with assoc counsel for response to d counsel request for settlement demand at eleventh hour. | | | | 3430.00 |

J. H. Zidell P. A.
Client Ledger
ALL DATES

| Date | Received From/Paid To<br>Explanation | Rec# | Chq#<br>Rcpts | General<br>Disbs | Fees | |
|------|-----|------|------|------|------|---|
| Aug/18/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from Mr Zidell re settlement negotiations | | | | 35.00 | |
| Aug/18/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence to Mr Zidell re settlement negotiations | | | | 35.00 | |
| Aug/18/2013 | Lawyer: RM  0.50 Hrs X 350.00<br>Prepare and file  Amended Exhibit List | | | | 175.00 | |
| Aug/18/2013 | Lawyer: RM  6.50 Hrs X 350.00<br>prepare for trial - prepare voir dire chart; prepare amended exhibits for use at trial; review and prepare file materials for use at trial; prepare new exhibit books; conference with Ms Owens re trial notebook and updates to same; conference with Ms Owens and client re trial preparation; conference with  Mr Zidell re trial preparation and witnesses; complete preparation of exhibit and trial notebooks and file materials for use at trial | | | | 2275.00 | |
| Aug/18/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from opposing counsel re settlement negotiations | | | | 35.00 | |
| Aug/18/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Telephone call with Mr Zidell re settlement negotiations | | | | 35.00 | |
| Aug/18/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Telephone call with opposing counsel re settlement negotiations | | | | 35.00 | |
| Aug/18/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from opposing counsel re settlement demand | | | | 35.00 | |
| Aug/18/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence to Mr Zidell re settlement demand | | | | 35.00 | |
| Aug/18/2013 | Lawyer: RM  0.10 Hrs X 350.00<br>Correspondence from Mr Zidell re settlement demand | | | | 35.00 | |
| Aug/18/2013 | Lawyer: RM  0.20 Hrs X 350.00<br>Correspondence to opposing counsel re settlement demand | | | | 70.00 | |

Case 3:12-cv-00094-BK    Document 50-1    Filed 09/09/13    Page 28 of 31    PageID 273

J. H. Zidell P.A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | General Disbs | Fees |
|---|---|---|---|---|---|
| Aug/19/2013 | Lawyer: JZ  5.00 Hrs X 350.00 Attendance at court for trial and meet client before trial for last preparation of and after trial to discuss result and plans for collection | | | | 1750.00 |
| Aug/19/2013 | Lawyer: JZ  0.60 Hrs X 350.00 inter-office conf in re; w assoc counsel as to preparation of of findings of fact and conc of law as per Court's instructions at conc. of trial today | | | | 210.00 |
| Aug/19/2013 | Lawyer: RM  5.50 Hrs X 350.00 prepare for trial prepare  and attend for trial; prepare file for use at trial; conference with  Mr Arriaga re trial preparation; conference with  Mr Zidell re trial preparation and witnesses; attend pretrial hearings and conference with opposing counsel; attend bench trial; | | | | 1925.00 |
| Aug/19/2013 | Lawyer: RM  0.10 Hrs X 350.00 Recieve and review Order from the Court regarding Receive and review Order from the Court regarding minute entry - prerial hearings | | | | 35.00 |
| Aug/19/2013 | Lawyer: RM  0.10 Hrs X 350.00 Recieve and review Order from the Court regarding Receive and review Order from the Court regarding re minute entry - bench trial | | | | 35.00 |
| Aug/19/2013 | Lawyer: RM  0.20 Hrs X 350.00 Recieve and review Order from the Court regarding Receive and review Order from the Court regarding judgment after bench trail | | | | 70.00 |
| Aug/19/2013 | Lawyer: RM  0.10 Hrs X 350.00 Calendar deadlines for post trial filings | | | | 35.00 |
| Aug/21/2013 | Lawyer: JZ  0.50 Hrs X 350.00 begin preparation of of fee and cost motion | | | | 175.00 |
| Aug/21/2013 | Lawyer: JZ  0.10 Hrs X 350.00 further review of file for preparation | | | | 35.00 |

J. H. Zidell P. A.
Client Ledger
ALL DATES

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|-------------------------------|------|
| | of of fee motion | | | | |
| Aug/27/2013 | Lawyer: JZ  3.20 Hrs X 350.00 Drafting initial findings of fact and conclusions of law as per Court's direective at trial-- send to associate counsel to complete and add case law on certain issues as indicated in draft | | | | 1120.00 |
| Aug/27/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from Mr Zidell re draft findings of fact and conclusions of law | | | | 70.00 |
| Aug/29/2013 | Lawyer: JZ  0.10 Hrs X 350.00 review and respond to email from t carse in re credit card expense of fee motion to his office | | | | 35.00 |
| Aug/29/2013 | Lawyer: RM  0.10 Hrs X 350.00 Correspondence from opposing counsel re attorneys fees motion | | | | 35.00 |
| Aug/30/2013 | Lawyer: RM  0.20 Hrs X 350.00 Correspondence from Mr Zidell re law for use in findings of fact and conclusions of law | | | | 70.00 |
| Sep/ 2/2013 | Lawyer: JZ  0.20 Hrs X 350.00 inter-office conf in re; w assoc counsel as to filing of fee and cost motion with findings of fact and conc of law by next Monday | | | | 70.00 |
| Sep/ 4/2013 | Lawyer: JZ  6.50 Hrs X 350.00 conduct final review of time entries and draft fee and cost motion before filing--revision | | | | 2275.00 |
| Sep/ 5/2013 | Lawyer: RM  2.50 Hrs X 350.00 Preparation of Findings of Fact and Conclusions of Law | | | | 875.00 |
| Sep/ 5/2013 | Lawyer: RM  4.30 Hrs X 350.00 Preparation of Motion for Fees and Costs | | | | 1505.00 |
| Sep/ 8/2013 | Lawyer: JZ  1.20 Hrs X 350.00 review and edit of draft fee motion and final review of findings of fact and conc of law before filing | | | | 420.00 |

\|————— UNBILLED —————\|  \|————— BILLED —————\|  \|—— ,ALANCE —— \|

J. H. Zidell P. A.
Client Ledger
ALL DATES

| Date | Received From/Paid To | | Chq# | |----- General -----| | | |
|------|----------------------|---|------|------|---|---|---|
| | Explanation | | Rec# | Rcpts | Disbs | Fees | |

| TOTALS | CHE - RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | ECEIPTS | = A/R | TRUST |
|--------|-------------|--------|---------|-------|--------|-------|---------|-------|-------|
| PERIOD | 0.00 | 0.00 | 82635.00 | 82635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END D/ | 0.00 | 0.00 | 82635.00 | 82635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |——— UNBILLED ———| | | |——— BILLED ———| | | |— ALANCE —| |
|---|---|---|---|---|---|---|---|---|---|
| FIRM TC | CHE - RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | ECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 82635.00 | 82635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END D/ | 0.00 | 0.00 | 82635.00 | 82635.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Default larger |
| Advanced Search Filter | None |
| Requested by | DF |
| Finished | Monday, September 09, 2013 at 12:21:13 PM |
| Ver | 11.0 SP2 (11.0.20120202) |
| Matters | 12-00094 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec/31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | Yes |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Trust | Yes |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |
| Working Lawyer | All |
| Include Corrected Entries | No |
| Show Check # on Paid Payables | No |
| Show Client Address | No |
| Consolidate Payments | No |

Case 3:12-cv-00094-BK    Document 50-1    Filed 09/09/13    Page 31 of 31    PageID 276

J. H. Zidell P. A.
Client Ledger
ALL DATES

| Date | Received From/Paid To | | Chq# | |----- General -----| | |
| | Explanation | Rec# | Rcpts | Disbs | Fees | |
|------|------------------------|------|-------|-------|------|---|
| Show Trust Summary by Account | No | | | | | |
| Show Interest | No | | | | | |
| Interest Up To | Sep/ 9/2013 | | | | | |
| Show Invoices that Payments Were Applied to | No | | | | | |
| Display Entries in | Date Order | | | | | |