# PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 29 USC 216 (b)

# EXHIBIT B

STATE OF TEXAS         §

DALLAS COUNTY       §

### AFFIDAVIT OF ROSA OWENS

Before me, the undersigned notary, on this day personally appeared Rosa Owens, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Rosa Owens. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I have been employed as a Paralegal with the law firm of J.H. Zidell, P.C. (the "Zidell Firm") since August 4, 2010. I obtained a Bachelor's Degree in Secretarial Sciences from the University of Puerto Rico in 1980 and a second Bachelor's Degree in Business Administration with a minor in Labor/Personnel Administration from Sacred Heart University in Puerto Rico in 1986.

3. Attached to this Affidavit is a ledger that I prepared reflecting my work at the Zidell Firm on Plaintiff, Pedro Garcia Arriaga's case: *Arriaga v. Jess Enterprises, LLC et al;* **Cause No. 3:12-cv-00094-D**. I worked at least twenty-nine hours on the case as reflected on the ledger.

**FURTHER AFFIANT SAYETH NAUGHT:**

_Rosa Owens_
Rosa Owens

**SWORN TO and SUBSCRIBED** before me by Rosa Owens on September 9, 2013.

Notary Public in and for the
State of Texas

ROBERT LEE MANTEUFFEL
Notary Public, State of Texas
My Commission Expires
December 12, 2015

**AFFIDAVIT OF ROSA OWENS**            **PAGE 1**

**ARRIAGA V. JESS ENTERPRISES, LLC., ET AL**

<u>CASE NO. 3:12-CV-00094-d</u>

| Date | Description | Hours |
|------|-------------|-------|
| 1/10/2012 | First appointment. Filling Sign-In sheet, preparing for meeting with counsel, processing new case | 1 |
| 1/25/2012 | Office meeting with client re: threats made by A. Villanueva, Plaintiff's former supervisor, re: immigration status | 0.5 |
| 3/14/2012 | Meeting with Bob Manteuffel and Plaintiff re: fax from opposing counsel re hours worked by Plaintiff And D's claim of inaccurate records | 1.5 |
| 8/16/2012 | Meet with Plaintiff Re; Defendants' request for production/admissions and interrogatories | 2.5 |
| 8/29/2012 | draft discovery responses for review by Bob Manteuffel, Esq. | 4 |
| 9/20/2012 | Submission of discovery responses to Opposing Counsel | 1 |
| 1/14/2013 | Translate for Plaintiff in preparation for his Deposition | 1 |
| 1/15/2013 | Meet with Plaintiff and counsel and translate prior to deposition in preparation for deposition | 1.5 |
| 2/4/2013 | Plaintiff at the office to go over Deposition transcript and translate same for Plaintiff's review | 2 |
| 2/8/2013 | Plaintiff at the office to meet to discuss his deposition and status of the case | 1.5 |
| 8/15/2013 | Translate between counsel and Plaintiff in preparation for trial | 1 |
| 8/16/2013 | Translate Plaintiff's deposition and D's deposition for Plaintiff in prep for trial and review all trial exhibits with Plaintiff for trial | 6.5 |

| 8/18/2013 | Translate between counsel R. Manteuffel and Plaintiff in preparation for trial further review of Plaintiff's time cards and Plaintiff's claim for damages to articulate at trial | 5 |
|---|---|---|
| | | 29 |