# Sandoval & Associates

2025 Natchez Avenue
Bedford, Texas 76022
EIN #27-2210060

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2013 | 36740 |

| Bill To |
|---------|
| J. H. Zidell, P.C.<br>Robert L. Manteuffel, Esq.<br>6310 LBJ Freeway, Suite 112<br>Dallas, Texas 75240<br>Via Facsimile: 972-386-7610 |

| Terms |
|-------|
| Due on receipt |

| Serviced | Description | Qty | Rate | Amount |
|----------|-------------|-----|------|--------|
| 8/19/2013 | Re; #3:12-cv-00094-D; Pedro Garcia Arriaga v. Jess Enterprises, LLC, et al.; U.S. District Court, Northern District Court of Texas, Dallas Division.<br><br>Spanish Interpreting Services provided for Trial. | 3 | 120.00 | 360.00 |

Regulated by the Texas Department of Licensing and
Regulation, P.O. Box 12157, Austin, Texas 78711,
1-800-803-9202, 512-463-6599.

Providing quality bi-lingual litigation support services.

| | Total | $360.00 |
|---|-------|---------|
| | Payments/Credits | $0.00 |
| | **Balance Due** | **$360.00** |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 817-247-4491 | 817-685-7932 | jmsandoval@netzero.net |

Case 3:12-cv-00094-BK    Document 50-4    Filed 09/09/13    Page 2 of 36    PageID 317

# FAX

| **Date:** | 9/4/2013 |
|---|---|

| Pages including cover sheet: | 2 |
|---|---|

| **To:** | Rosa Owens |
|---|---|
| | J.H. Zidell P.C. |
| | |
| | |
| | |
| | |
| **Phone** | |
| **Fax Number** | +1 (972) 386-7610 |

| **From:** | Jackie Sandoval |
|---|---|
| | Sandoval & Associates |
| | 2025 Natchez Avenue |
| | Bedford |
| | Texas          76022 |
| | |
| **Phone** | 817-247-4491 |
| **Fax Number** | 817-685-7932 |

**NOTE:**

# J.H. Zidell P.C.

Name: Robert L. Manteuffel _____

Date expense incurred: December 21, 2012_____

Client: Arriaga v. Califco_____

Purpose of expense *(eg. deposition, hearing)* : Deposition _____

*if receipts were obtained please attach either the original or a copy*

Actual Expense:

|  |  |
|---|---|
| Parking: | _____ |
| Mileage: | 10.0 miles (.555) $ 5.55_____ |
| Tolls: | _____ |
| Taxicab: | _____ |
| Miscellaneous: *(please specify)* | _____ |
|  | _____ |
|  | _____ |

**TOTAL AMT. TO BE REIMBURSED: $ 5.55**_____

# J.H. Zidell P.C.

Name: Robert L. Manteuffel _____

Date expense incurred: January 23, 2013_____

Client: Arriaga v. Califco _____

Purpose of expense (*eg. deposition, hearing*) : Hearing _____

> *if receipts were obtained please attach either the original or a copy*

Actual Expense:

| | | |
|---|---|---|
| Parking: | $8.00 | |
| Mileage: | 26 miles (.555 per mile) $14.43 | |
| Tolls: | | |
| Taxicab: | | |
| Miscellaneous: *(please specify)* | | |

**TOTAL AMT. TO BE REIMBURSED:  $22.43**_____

 **Standard Parking®**

**RECEIPT FOR PAID PARKING**

LOCATION _____

AMOUNT _____ 8 _____

DATE _____ 1-23-13 _____

CASHIER _____ (signature) _____

_(signature)_
25 JAN 13

# J.H. Zidell P.C.

Name: J.H. Zidell _____

Date expense incurred: August 19, 2013_____

Client: Arriaga v. Califco _____

Purpose of expense *(eg. deposition, hearing)* : Trial _____

*if receipts were obtained please attach either the original or a copy*

Actual Expense:

            Parking:     $8.00_____

            Mileage:    26 miles (.555 per mile) $14.43_____

            Tolls:      _____

            Taxicab:    _____

Miscellaneous:   _____
*(please specify)*

                     _____

                     _____

**TOTAL AMT. TO BE REIMBURSED:  $22.43_____**



JH ZIDELL, P.C.
6310 LBJ FREEWAY
SUITE 112
DALLAS, TX 75240

Depositor

Yaalnough & Associates
2012 Franklin Drive
Arlington, TX 76011

First Class Mail
First Class Mail

Pedro Arriaga
Feb 8, 2013

UNITED STATES POSTAGE
$005.650
02  1P
000 1029090  FEB 08 2013
MAILED FROM ZIP CODE 75240



**J.H. ZIDELL, P.C.**
**ATTORNEYS**

STATE & FEDERAL
COURT PRACTICE

J.H. ZIDELL P.C.
CONCOURSE OFFICE PARK
6310 LBJ FREEWAY #112
DALLAS, TEXAS 75240
TEL. 972-233-2264
TEL. 1-877-70-ABOGADO
(1-877-702-2642)
FAX 972-386-7610

**VIA USPS FIRST CLASS MAIL**

January 30, 2013

Mr. Tom A. Carse
Carse Law Firm
6220 Campbell Road
Suite 401
Dallas, TX 75248
**Attention: Norma Lopez**

**Re: Pedro Garcia Arriaga, and all others similarly situated under 29 U.S.C. 216(B) v. Califco, LLC, Jess Enterprises, SEJ Properties, L.P., Elias Shokrian A/K/A Elias Shakrian**
**Case No. 3:12-cv-00094-D**

Norma:

As requested, enclosed please find a copy of the Oral Deposition of the witness, Albino Villanueva, as a Corporate Representative taken on December 21, 2012.

The Original, including the marked Exhibits, will be delivered by US Legal directly to your offices.

Please let me know if you have any questions,

Yours truly,

Rosa Owens
Rosa Owens
Legal Assistant
JH Zidell, P.C.

/enclosure



JH ZIDELL, P.C.
6310 LBJ FREEWAY
SUITE 112
DALLAS, TX 75240



**CERTIFIED MAIL**

7011 2970 0002 0349 7828

**First Class Mail**

First Class Mail

Tom Carse
Carse Law Firm
6220 Campbell Rd
Suite 401
Dallas, TX
75248

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 5.59 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.65 |

Postmark Here

Sent To Tom Carse Carse Law Firm
Street, Apt. No.; or PO Box No. 6220 Campbell Rd, Ste. 401
City, State, ZIP+4 Dallas TX 75248

PS Form 3800, August 2006

7011 2970 0002 0349 7828

 

**J.H. ZIDELL P.C.**

**ATTORNEYS**

STATE & FEDERAL
COURT PRACTICE

J.H. ZIDELL P.C.
CONCOURSE OFFICE PARK
6310 LBJ FREEWAY #112
DALLAS, TEXAS 75240



U.S. POSTAGE
PITNEY BOWES
$006.24°
DEC 13 2012
ZIP CODE 75240

7011 2970 0002 0349 7057 0090 DEC 13 2012

Tom A. Carse
Carse Law Firm
6220 Campbell Rd
Suite 401
Dallas, TX
75248

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .65 |
| Certified Fee | 5.59 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.24 |

Postmark Here

12/13/12

Sent To Tom A Carse / Carse Law Firm
Street, Apt. No.: 6220 Campbell Rd Suite 401
City, State, ZIP+4 Dallas, TX 75248

PS Form 3800, August 2006          See Reverse for Instructions

7011 2970 0002 0349 7057

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .65 |
| Certified Fee | 5.59 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.24 |

Postmark Here

12/13/12

Sent To Tom A Carse / Carse Law Firm
Street, Apt. No.: 6220 Campbell Rd Suite 401
City, State, ZIP+4 Dallas, TX 75248

PS Form 3800, August 2006          See Reverse for Instructions

7011 2970 0002 0349 7057

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| Postage | $ | 85 |
|---|---|---|
| Certified Fee | | 5.59 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.44 |

Postmark Here  P. Arsaga

Dallas

Sent To  Tom A. Carse   TX 75248
Street, Apt. No.; or PO Box No.  Carse Law Firm - 6220
City, State, ZIP+4  Campbell Rd. Bldg 4 Suite 401

PS Form 3800, August 2006    See Reverse for Instructions

7011 1845 1843 8083 0000 0000 2000 7011

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tom A. Carse
Carse Law Firm
6220 Campbell Rd.
Bldg 4, Suite 401
Dallas, TX 75248

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Another Baldwin   3/19/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 2000 0000 8083 1845

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL

| | |
|---|---|
| Postage | $ 5.04 |
| Certified Fee | 5.59 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.63 |

Postmark Here
Arriaga 9/14/12

Sent To *Tom Carse/The Carse Law Firm*
Street, Apt. No.; or PO Box No. *6220 Campbell Rd. Ste. 401*
City, State, ZIP+4 *Dallas, TX 75248*

PS Form 3800, August 2006          See Reverse for Instructions

7011 2970 0002 0349 6869

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Tom Carse*
*The Carse Law Firm*
*6220 Campbell Rd*
*Suite 401*
*Dallas, TX*
*75248*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Christine Estrada   9/17/12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 2970 0002 0349 6869

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

External images from teleconferences@att.com will always be displayed.
More

AT&T TeleConference Reservation Confirmation - HOST Copy (337240261)     Inbox

**AT&T TeleConference Services** <teleconferences@att.com>
to me

≋ at&t  |                    T e l e C o n f e r e n c e
                                    S e r v i c e s

                          TeleConference Folder Id: 3372402

                                    AUDIO DIAL IN
             **CHANGED**        Reservation Confirmation

Information is subject to change. If so, you will be notified by a TeleConference Associate.
Cancel reservations at least 30 minutes before start time to avoid No Show fees.

Please review this information and contact TeleConference Services at (800)232-1234 if
there are any changes.

### ACCESS   INFORMATION

-------------------------- Audio Conference --------------------------
            USA Toll-Free:   (888)830-6260
HOST CODE:  684227           PARTICIPANT        633975
                             CODE:

### CONFERENCE   INFORMATION

| Start Date and Time | End Date and Time | Duration |
|---|---|---|
| Aug 14 2013 01:55 PM CDT, Wed | Aug 14 2013 02:55 PM CDT, Wed | 1 hr 00 min |

------------- Identification -------------        ------ Ports ------
Conference                                        Total          4
Name:                                             Ports:
Conference Id: BRM2785
---------------------------- Features Selected ----------------------------
☐     Automatic Port Expansion

### HOST   and   ARRANGER   INFORMATION

     Conference Host:   ROBERT MANTEUFFEL
        Phone Number:   (972)233-2264
  Conference Arranger:  ROSA OWENS
        Phone Number:   (972)233-2264

### SPECIAL   NOTES

* Should you need assistance during your conference, please press # then 0 for
a list of menu options including Specialist assistance.

* *Special Tip:* Always remember to set a date for a follow-up conference while
all participants are on the call.

---------- Forwarded message ----------
From: **AT&T TeleConference Services** <teleconferences@att.com>
Date: Mon, Aug 12, 2013 at 4:05 PM
Subject: AT&T TeleConference Reservation Confirmation - HOST Copy (337240261)
To: rosam0161@gmail.com



 at&t | **T e l e C o n f e r e n c e
S e r v i c e s**

**TeleConference Folder Id:** 337240261

**NEW**              AUDIO DIAL IN
              Reservation Confirmation

Information is subject to change. If so, you will be notified by a
TeleConference Associate.  Cancel reservations at least 30 minutes before
start time to avoid No Show fees.

Please review this information and contact TeleConference Services at
(800)232-1234 if there are any changes.

## ACCESS   INFORMATION

----------------------- Audio Conference -------------------------
              **USA Toll-Free:** (888)830-6260

**HOST CODE:**  684227     **PARTICIPANT
CODE:**               633975

## CONFERENCE   INFORMATION

| Start Date and Time | End Date and Time | Duration |
| --- | --- | --- |
| Aug 14 2013 02:00 PM CDT, Wed | Aug 14 2013 03:00 PM CDT, Wed | 1 hr 00 mins |

------------- **Identification**              ------ **Ports**

**Conference
Name:**                              **Total
Ports:**         3
**Conference Id:** BRM2785

--------------------------- **Features Selected**

☑ Automatic Port Expansion

## HOST  and  ARRANGER  INFORMATION

**Conference Host:** ROBERT MANTEUFFEL
**Phone Number:** (972)233-2264

**Conference Arranger:** ROSA OWENS
**Phone Number:** (972)233-2264

## SPECIAL  NOTES

* Should you need assistance during your conference, please
press # then 0 for a list of menu options including Specialist
assistance.

* **Special Tip:** Always remember to set a date for a follow-up
conference while all participants are on the call.

\* If your individual TeleConference account is not used within a six month period, deactivation will occur.

\* If you have any questions regarding this service or your account, please call (800)232-1234 and a Specialist will assist you.

\* For your protection, do not publish your conference Access Information (e.g., Dial In Number, Access Codes.).

### Special Announcements

Never make a Reservation Again! Sign up for Reservationless Conferencing
and receive your own dial-in numbers and codes, at no extra cost.
Call 800-232-1234 to register today.

***Thank you for choosing AT&T TeleConference Services!***

Mon Aug 12 2013 16:05:10

--

Rosa Owens
Legal Assistant
JH ZIDELL P.C.
Concourse Office Park
6310 LBJ Freeway
Suite 112
Dallas, TX  75240
Tel. (972) 233-2264
Fax (972) 386-7610
Email: rosamo161@gmail.com

--

Rosa Owens
Legal Assistant
JH ZIDELL P.C.
Concourse Office Park
6310 LBJ Freeway
Suite 112
Dallas, TX  75240
Tel. (972) 233-2264
Fax (972) 386-7610
Email: rosamo161@gmail.com

**Subject:** Fwd: Fw: Fwd: No. 3:12-cv-00094-D; Arriaga v. Califco Prertial Conference Dial in Information: AT&T TeleConference Reservation Confirmation – HOST Copy (337240261)

**From:** Rosa Owens (rosam0161@gmail.com)

**To:** rlmanteuffel@sbcglobal.net;

**Date:** Tuesday, August 13, 2013 8:44 AM

---------- Forwarded message ----------
From: **Robert Manteuffel** <rlmanteuffel@sbcglobal.net>
Date: Mon, Aug 12, 2013 at 4:24 PM
Subject: Fw: Fwd: No. 3:12-cv-00094-D; Arriaga v. Califco Prertial Conference Dial in Information:
AT&T TeleConference Reservation Confirmation - HOST Copy (337240261)
To: "debbie_eubank@txnd.uscourts.gov" <debbie_eubank@txnd.uscourts.gov>
Cc: Robert Manteuffel <rlmanteuffel@sbcglobal.net>, "tom@carselaw.com" <tom@carselaw.com>

Ms. Eubank and Mr. Carse:

The dial in information for the
telephone pretrial conference on
Wednesday at 2:00 p.m.
is set out below.

Robert L. Manteuffel
Attorney & Counselor at Law

J.H. Zidell P.C.
Concourse Office Park
6310 LBJ Freeway, Suite 112
Dallas, Texas 75240

Tel: 972-233-2264
Fax: 972-386-7610
Email: rlmanteuffel@sbcglobal.net
If you cannot reach me by phone
please e-mail me and I will
return your call

----- Forwarded Message -----
**From:** Rosa Owens <rosam0161@gmail.com>
**To:** Robert Manteuffel <rlmanteuffel@sbcglobal.net>
**Sent:** Monday, August 12, 2013 4:06 PM
**Subject:** Fwd: AT&T TeleConference Reservation Confirmation - HOST Copy (337240261)

FOR YOUR INFORMATION

**FedEx** US Airbill
Express

Package Number  8728 2143 8788

**From**  *Please print and press hard.*

Date 8/14/13

Sender's FedEx Account Number 2759-3466-6

Sender's Name  Rosa Owen
Phone ( 972 ) 233-2264

Company  JH Zidell P.C.

Address  6310 LBJ fwy Ste. 112
Dept./Floor/Suite/Room

City  Dallas   State TX   ZIP 75240

**Your Internal Billing Reference**
First 24 characters will appear on invoice.
P. Arriaga—Trial

**To**
Recipient's Name  J.H. Zidell, Esq.  Phone ( 305 ) 865-6766

Company  J.H. Zidell, P.A.

Address  City National Bank Bld
Dept./Floor/Suite/Room

Address  300 71st St. #605
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*
*Use this line for the HOLD location address or for continuation of your shipping address.*

City  Miami Beach   State FL   ZIP 33141

HOLD Weekday
FedEx location address
REQUIRED. NOT available for
FedEx First Overnight.

HOLD Saturday
FedEx location address
REQUIRED. Available ONLY for
FedEx Priority Overnight and
FedEx 2Day to select locations.

Ship on the go at mobile.fedex.com
Tap into all our FedEx® shipping tools with FedEx® Mobile.

**4a  Express Package Service**   *To most locations.*   *Packages up to 150 lbs.*

☐ FedEx Priority Overnight
Next business morning.* Friday
shipments will be delivered on Monday
unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

☐ FedEx First Overnight
Earliest next business morning
delivery to select locations.*

☐ FedEx 2Day
Second business day.* Thursday
shipments will be delivered on Monday
unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

**4b  Express Freight Service**   *To most locations.*   *Packages over 150 lbs.*

☐ FedEx 1Day Freight
Next business day.** Friday shipments will
be delivered on Monday unless SATURDAY
Delivery is selected.

FedEx 1Day Freight Booking No.

☐ FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered
on Monday unless SATURDAY Delivery is selected.

☐ FedEx 3Day Freight
Third business day.** Saturday Delivery NOT available.

**5  Packaging**   *Declared value limit $500.*

☐ FedEx Envelope*

☐ FedEx Pak*
Includes FedEx Small Pak and
FedEx Large Pak.

☑ FedEx Box

☐ FedEx Tube

☐ Other

**6  Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 2Day Freight.

☐ No Signature Required
Package may be left without
obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address
may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's
address, someone at a neighboring
address may sign for delivery. For
residential deliveries only.

**Does this shipment contain dangerous goods?**
One box must be checked.

☐ No

☐ Yes
As per attached
Shipper's Declaration.

☐ Yes
Shipper's Declaration
not required.

☐ Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging
or placed in a FedEx Express Drop Box.

☐ Cargo Aircraft Only

**7  Payment**   *Bill to:*

☑ Sender
Acct. No. in Section
1 will be billed.

☐ Recipient

☐ Third Party

☐ Credit Card

☐ Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No.
Credit Card No.
Exp. Date

Total Packages  2

Total Weight ___ lbs.

Total Declared Value† $ ___ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you
agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms
that limit our liability.

606

Rev. Date 2/10 • Part #158281 • ©1994–2010 FedEx • PRINTED IN U.S.A.  SBY

2 of 2

**FedEx Express** US Airbill

FedEx Tracking Number: 8728 2143 8988

From ID No. 0200

**1 From** *Please print and press hard.*

Date 8/14/13

Sender's FedEx Account Number 2759-3466-6

Sender's Name Rosa Owens

Phone ( 972 ) 233-2264

Company JH Zidell P.C.

Address 6310 LBJ Fwy Ste. 112

City Dallas    State TX    ZIP 75240

**2 Your Internal Billing Reference** *First 24 characters will appear on invoice.*

P. Arriaga - Trial

**3 To**

Recipient's Name J.H. Zidell, Esq.    Phone ( 305 ) 865-6766

Company J.H. Zidell, P.A.

Address City National Bank Bld

Address 300 71st St. #605

City Miami Beach    State FL    ZIP 33141

fedex.com 1.800.GoFedEx 1.800.463.3339

**4a Express Package Service** *To most locations.*    Packages up to 150 lbs.

☐ FedEx Priority Overnight
☐ FedEx Standard Overnight (circled)
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** *To most locations.*    Packages over 150 lbs.

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope*
☐ FedEx Pak*
☑ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

Does this shipment contain dangerous goods?
☐ No
☐ Yes As per attached Shipper's Declaration
☐ Yes Shipper's Declaration not required
☐ Dry Ice
☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☑ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages 2    Total Weight    Total Declared Value

606

Rev. Date 2/10 • Part #158281 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRY

**Ship on the go at mobile.fedex.com**
Tap into all our FedEx shipping tools with FedEx Mobile.

Case 3:12-cv-00094-BK    Document 50-4    Filed 09/09/13    Page 20 of 36    PageID 335

**fedEx** US Airbill
Express

FedEx Tracking Number: 8728 2143 8955

Form ID No. 0200    Sender's Copy

From Please print and press hard.

July 17, 2013

Sender's FedEx Account Number: 2759-3466-6

Sender's Name: Rasa Owens    Phone ( 972 ) 233-2264

Company: J Hzidell, P.C.

Address: 6310 LBJ fwy Ste 112

City: Dallas    State: TX    ZIP: 75240    Dept./Floor/Suite/Room

Your Internal Billing Reference (First 24 characters will appear on invoice.): Arriaga - Pretrial Disclosures

Recipient's Name: The Honorable Sidney A Fitzwater    Phone ( 214 ) 753-2336

Company: US District Court for the N.D. of Texas

Address: 1100 Commerce St. Room 1528    Dept./Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

City: Dallas    State: TX    ZIP: 75242 - 1003

**4a Express Package Service**  *To most locations.    Packages up to 150 lbs.
- [ ] FedEx Priority Overnight  Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Standard Overnight  Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight  Earliest next business morning delivery to select locations.*
- [ ] FedEx 2Day  Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver  Third business day.* Saturday Delivery NOT available.

**4b Express Freight Service**  ** To most locations.    Packages over 150 lbs.
- [ ] FedEx 1Day Freight  Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight  Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight  Third business day.** Saturday Delivery NOT available.

**5 Packaging**  *Declared value limit $500.
- [x] FedEx Envelope*
- [ ] FedEx Pak*  Includes FedEx Small Pak and FedEx Large Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

SATURDAY Delivery  NOT available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 3Day Freight.

- [ ] No Signature Required  Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature  Someone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature  If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

Does this shipment contain dangerous goods?  One box must be checked.
- [ ] No
- [ ] Yes  As per attached Shipper's Declaration.
- [ ] Yes  Shipper's Declaration not required.
- [ ] Dry Ice  Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**7 Payment** Bill to:
- [x] Sender  Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No.
Credit Card No.    Exp. Date

Total Packages    Total Weight ___ lbs.    Total Declared Value $ .00

HOLD Weekday  FedEx location address REQUIRED. NOT available for FedEx First Overnight.

HOLD Saturday  FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Learn to pack like a pro at fedex.com/packing.
Or let our pros pack for you with FedEx Office℠ Pack & Ship.

Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**FedEx Office.** SM

```
              6025 Royal Lane
              Dallas, TX 75230
           Tel: (214) 361-8559
_____

Order Date: 08/15/2013      Branch: 1454
Order Time: 14:15:00        Register: 3
Pickup Date: 08/16/2013
Pickup Time: 14:00
Team Member: Kayla E.

_____
```



```
          145400FQH1
_____

Customer: Rosa Owens
_____

Project Name:
  files                        193.33
              5 @ 75.13
  BW 1S 3-Hole Wht         2805 @ 0.13
  Insert Per Piece          110 @ 0.10
  Custom Product            110 @ 0.00
Project Name:
  collate                       55.95
              1 @ 55.95
  Dividers 1-31 Multi          5 @ 8.99
  Hand Collation            110 @ 0.10

Deposit                         0.00


Sub-Total                     431.60
Discount                      182.32

Tax                            20.57

Total Amount                  269.85


_____
```



```
          145400FQH1
_____
     **This is not a receipt**
    All prices shown are estimates

       Thank you for visiting

           FedEx Office
  Make It. Print It. Pack It. Ship It.
         fedex.com/office
```



11-14



**FedEx** **Quality-Check Sign-Off**

Account:--                         Phone: (972) 233-2264
Customer: **Rosa Owens**

| | | |
|---|---|---|
| Order Number: 145400FQH | Order Due Date: **08/16/2013** | QC Approval Date: **08/16/2013** |
| Order Date: 08/15/2013 | Order Due Time: **14:00** | |
| Order Time: 13:15 | Ship By: **08/16/2013** | |
| Taken By: Aysia R | Originating Store: **Store 1454** | |



We have completed your order according to your instructions.  In the event your order was not completed in accordance with your expectations, please notify us immediately.

We appreciate your business and look forward to meeting your needs in the future.

Center Manager

| | **Team Member Initials** | **Date/Timestamp** |
|---|---|---|
| Customer Consultant: | Aysia R | 08/15/2013 13:15 |

I took your order and repeated back your instructions.

Production Project 1 : files

| | | |
|---|---|---|
| BW Pages Operator: | Kayla E | 08/16/2013 11:11 |

I checked all previous work and produced your order according to the instructions.

| | | |
|---|---|---|
| Insert Operator: | Kayla E | 08/16/2013 11:11 |

I checked all previous work and produced your order according to the instructions.

Production Project 2 : collate

| | | |
|---|---|---|
| Retail Operator: | Kayla E | 08/16/2013 11:11 |

I checked all previous work and produced your order according to the instructions.

| | | |
|---|---|---|
| Final Quality Check: | Kayla E | 08/16/2013 11:11 |

I checked all previous work and produced your order according to the instructions.
To the best of my knowledge, this order meets your expectations.

| Customer: **Owens,Rosa** | **Order Summary** | **FedEx** Office. ✳ |
|---|---|---|
| Account: | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | **Center 1454** |
| Phone: **(972) 233-2264** | 1454-00FQH-1 | **Dallas TX Preston &** |

| Proof Due Date: | **Order Due Date: 08/16/2013** |
|---|---|
| Proof Due Time: | **Order Due Time: 12:00** |

☐ "I have reviewed any proofs, either physical or digital, or waived reviewing a proof, for all projects in this order. By signing and dating here, I approve this order to be produced by FedEx Office."

_____    _____
Customer Signature                           Date

| Project Name | **2** | Project Management | **3** | Production Ready | **4** | Auxiliary | Proof Method |
|---|---|---|---|---|---|---|---|
| **files** | | | 📄 BW Pages | | ✍ Insert | | **Proof Waived** |
| **collate** | 📒 Retail | | | | | | **Proof Waived** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Order Notes:**

| **6** | Delivery Options | |
|---|---|---|

| Total Projects: **2** | Order Taker: **Kayla Esco** | Modified by: **Aysia Richardson** |
|---|---|---|
| Page: **1 of 3** | Order Date: **08/15/2013** | Modified Date: **08/15/2013** |
| Order Shared: **NO** | Order Time: **14:15** | Modified Time: **21:09** |

| Customer: **Owens,Rosa** | **Project Details** | **FedEx Office.** ✳ |
|---|---|---|
| Account: | ‖‖‖‖‖‖‖‖‖‖‖ | **Center 1454** |
| Phone: **(972) 233-2264** | 1454-00FQH-1 | **Dallas TX Preston &** |

| Proof Due Date: | **Order Due Date: 08/16/2013** |
|---|---|
| Proof Due Time: | **Order Due Time: 12:00** |

# PROOF WAIVED

| Project: **files** | Quantity: **5** |
|---|---|



**BW Pages**

| | | |
|---|---|---|
| Color Type:**Black and White** | Paper Type :**Standard** | Orientation:**Portrait** |
| Paper Code:**W3-20# White 3HD** | Scaling Option :**Not Applicable** | Source:**No Sources Added** |
| Number of Originals:**561** | Size :**8.5x11** | Service Type:**Full Service.** |
| Sides:**1:1** | Original Count :**Actual** | |

Completed By: _____

**Insert**

| | | |
|---|---|---|
| Paper Type:**Other.** | Source :**No Sources Added** | Size:**8.5x11** |
| Quantity:**22** | Paper Code :**CS-Customer Provided** | |

Completed By: _____

| | | |
|---|---|---|
| Total Projects: **2** | Order Taker: **Kayla Esco** | Modified by: **Aysia Richardson** |
| Page: **2 of 3** | Order Date: **08/15/2013** | Modified Date: **08/15/2013** |
| Project Shared: **NO** | Order Time: **14:15** | Modified Time: **21:09** |

**Customer:** **Owens,Rosa**
**Account:**
**Phone: (972) 233-2264**

## Project Details

|||||||||||| (barcode)
1454-00FQH-1

**FedEx Office**

**Center 1454**
**Dallas TX Preston &**

| Proof Due Date: | Order Due Date: 08/16/2013 |
| Proof Due Time: | Order Due Time: 12:00 |

# PROOF WAIVED

| Project:  **collate** | Quantity:  **1** |

Retail

5:- Dividers 1-
31 Multi

110 :- Hand
Collation

Completed By: _____

| Total Projects: **2** | Order Taker: **Kayla Esco** | Modified by:  **Aysia Richardson** |
| Page:  **3 of 3** | Order Date:  **08/15/2013** | Modified Date: **08/15/2013** |
| Project Shared: **NO** | Order Time:  **14:15** | Modified Time: **21:09** |





## * * * INVOICE * * *

OFFICE DEPOT
1-800-GO-DEPOT
2220 NORTH HWY 360
GRAND PRAIRIE TX 75050

Order Number    670487814-001

## Order Summary

**Shipping Address**
00002
JH ZIDELL P C
6310 LBJ FWY STE 112
DALLAS TX 75240-6480

**Billing Address**
00001
JH ZIDELL PA
300 71ST ST STE 605
CITY NATIONAL BANK BLDG
MIAMI BEACH FL 33141-3089

**Customer Information**
Customer#:   70331623
Contact:       ROSA OWENS
Phone#:       972-233-2264

Carton Count        4

**Additional Information**
Route/Stop/Door:  0610/000/016
Order Date:            06-Aug-2013
Delivery Date:        07-Aug-2013

## Item Details

| Line | Ordered | Shipped | Back Ordered | Item Number | Description | Units | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 2 | 0 | 333465 | PAPER,OFFICE COPY,HP,CASE,10RM | CASE | 49.990 | 99.98 |
| 2 | 6 | 6 | 0 | 396291 | BINDER,OD,VIEW,RR,1",WHITE | EACH | 2.890 | 17.34 |
| 3 | 6 | 6 | 0 | 729640 | BINDER,VUE,3RG,11X8.5,3"C,WHT | EACH | 7.390 | 44.34 |
| 4 | 1 | 1 | 0 | 199570 | BOX,STOR,ECON LETTER/LEG | CT | 39.990 | 39.99 |
| 5 | 3 | 3 | 0 | 268671 | PAD,GUM,8.5X11,OD,CAN,LGL RLD | DOZ | 8.990 | 26.97 |
| 6 | 6 | 6 | 0 | CRD60118 | INDEX,BNDR,1-31,LTR,ASTD | ST | 7.290 | 43.74 |
| 7 | 1 | 1 | 0 | 800804 | SPECIALTY 11 PIP 2013 | EACH | | |

*Thank you for your order. If you have any questions about your order please call us toll free at (888) GO-DEPOT.*

*Did you know you can shop 24 Hours a day. On-Line at WWW.OFFICEDEPOT.COM*

| | |
|---|---|
| Merchandise Total | 272.36 |
| Delivery Charge | 0.00 |
| Subtotal | 272.36 |
| Sales Tax( 8.25%) | 19.99 |
| Order Total | 262.35 |

Charged To:
| | |
|---|---|
| VISA **** **** **** | 262.35 |
| Balance Due | 0.00 |



# OFFICE DEPOT
1-800-GO-DEPOT
2220 NORTH HWY 360
GRAND PRAIRIE TX75050

**OFFICE DEPOT**

Route: 0610
Stop: 000
Door: 016

JH ZIDELL P C

DALLAS    TX 75240-6480

R

**PACKING LIST ENCLOSED**

Wave: **05**

PO#
RLSE
DEPT
DESK
SPCL:

Ctn# 883375624010610

**ROSA OWENS**
08/07/13-02:30 PM    BATCH: 5817
BO#: 735991    INV# 670487814/001

Cust# 70331623

37562401

1-800-GO-DEPOT
2220 NORTH HWY 360
GRAND PRAIRIE TX75050

**WAVE**

RTE **0610** **05**

STOP **000** **WEIGHT**

DOOR **016** **29.422**

BO#    **735991**
BATCH

**5817 C6  C6**

**02:30 PM**

CUST#    70331623

| Location | Qty | UM | Vendor Item Code | Description | SKU | UPC | Weight | Markout | Filled by |
|---|---|---|---|---|---|---|---|---|---|
| 02 SC 04-24 | 36 | EACH | 99412 | PAD,GUM,8.5X11,OD,CAN,LGL RLD | 0268671 0524595 | 7-35854-99412-3 | 15.660 | | |
| 19 SC 04-33 | 6 | EACH | OD396291 | BINDER,OD,VIEW,RR,1",WHITE | 0396291 | 7-35854-81218-3 | 4.200 | | |
| 21 SC 04-35 | 6 | EACH | W362-49WPP | BINDER,VUE,3RG,11X8.5,3"C,WHT | 0729640 | 0-78910-36249-0 | 7.176 | | |
| 32 SC 04-45 | 1 | EACH | 800804 | SPECIALTY 11 PIP 2013 | 0800804 | 0-80080-4  - | 0.106 | | |
| | | | | ********END OF CARTON********* | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

BATCH  **5817**    BO#  **735991**    INV#  **670487814/001**    CARTON ID #  **37562401**    **AUDITED BY:** _____

SORT #  270

Oscar Lopez
469 407 7335

Gmail

# Fwd: Shipment Confirmation #670487814-001

**ROSA RODRIGUEZ** <rosapr2012@aol.com>                    Wed, Aug 7, 2013 at 8:12 AM
To: rosam0161@gmail.com

-----Original Message-----
From: OfficeDepotOrders <OfficeDepotOrders@officedepot.com>
To: ROSAPR2012 <ROSAPR2012@AOL.COM>
Sent: Wed, Aug 7, 2013 12:18 am
Subject: Shipment Confirmation #670487814-001

# Office DEPOT.                                800.GO.DEPOT
                                               800-463-3768

## Shipment Confirmation

## Thank you again for shopping at Office Depot®.

We thought you'd like to know that your Office Depot order has shipped, and this completes your order.
You can now track delivery of your order online. Enter the order number shown in this email, or go to Order
Tracking at OfficeDepot.com and log in to track delivery of your order by entering your order number.
For your reference, below is a summary of your order shipment:

Expected delivery date: **08/07/2013  8:30 AM - 5:00 PM.**

| | | | |
|---|---|---|---|
| Order Number: | 670487814-001 | Status: | Shipped |
| Order Date: | 08.06.2013 | Tracking: | See below |
| Customer Name: | JH ZIDELL PA | Shipping to: | ROSA OWENS |
| Customer number: | 70331623 | | 6310 LBJ FWY STE 112 |
| Payment info: | Visa, last 4 digits: 4794 | | |
| | | | DALLAS, TX 75240-6480 |
| Comments: | | Delivery Method: | Standard Shipping |

Carton 1 - Shipped on 11.30.2 - Carrier: Hazen Transport - Tracking number: 670487814-001

| ITEM DESCRIPTION | QTY |
|---|---|
| HP Office Paper, 8 1/2" x 11", 20 Lb, 500 Sheets Per Ream, Case Of 10 Reams (000333465) | 1 |

Carton 2 - Shipped on 11.30.2 - Carrier: Hazen Transport - Tracking number: 670487814-001

| ITEM DESCRIPTION | QTY |
|---|---|
| HP Office Paper, 8 1/2" x 11", 20 Lb, 500 Sheets Per Ream, Case Of 10 Reams (000333465) | 1 |

Carton 3 - Shipped on 11.30.2 - Carrier: Hazen Transport - Tracking number: 670487814-001

| ITEM DESCRIPTION | QTY |
|---|---|
| Office Depot® Brand Round-Ring View Binder, 1" Rings, White (000396291) | 6 |
| Wilson Jones® Basic Round-Ring View Binder, 3" Rings, 39% Recycled, White (000729640) | 6 |
| Office Depot® Brand Glue-Top Writing Pads, 8 1/2" x 11", Legal Ruled, 50 Sheets, Canary, Pack Of 12 Pads (000268671) | 3 |
| (000800804) | 1 |

Carton 4 - Shipped on 11.30.2 - Carrier: Hazen Transport - Tracking number: 670487814-001

| ITEM DESCRIPTION | QTY |
|---|---|
| Bankers Box® Stor/File™ Basic Strength 60% Recycled Storage Boxes, 10"H x 12"W x 15"D, Letter/Legal, White/Blue, Pack Of 12 (000199570) | 1 |

Carton 5 - Shipped on 11.30.2 - Carrier: Hazen Transport - Tracking number: 670487814-001

| ITEM DESCRIPTION | QTY |
|---|---|
| (CRD60118) | 6 |

Normal deliveries to business addresses are made between the hours of 8:30 AM and 5:30 PM, and to residential addresses between 8:30 AM and 7:00 PM
Got a question? We're taking care of business every day, and we're ready to help: Call 800.GO.DEPOT (800-463-3768) or email us and one of our Customer Service Specialists will provide prompt answers to all your questions.







This sale is subject to the terms of use that govern this website. We reserve the right to cancel or limit any order that is made contrary to any applicable offer, discount, promotion or coupon. Please be advised that prices vary based upon the order and delivery location(s) and the applicable retail store location

**Rosa Owens** <rosam0161@gmail.com>                                                    Wed, Aug 7, 2013 at 8:13 AM
To: Robert Manteuffel <rlmanteuffel@sbcglobal.net>

[Quoted text hidden]
--

_____

Rosa Owens
Legal Assistant
JH ZIDELL P.C.
Concourse Office Park
6310 LBJ Freeway
Suite 112
Dallas, TX 75240
Tel. (972) 233-2264
Fax (972) 386-7610
Email: rosam0161@gmail.com