# PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 29 USC 216 (b)

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br>Plaintiff,<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P,<br>CALIFCO, LLC, and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 3:12-cv-00094-D-BK |

## PLAINTIFF'S INITIAL DISCLOSURES

**NOW COMES** the Plaintiff through the undersigned, and makes the following Initial Disclosures pursuant to the Federal Rules of Civil Procedure.

### General Statement

As Plaintiff continues to obtain further information and documents through discovery and trial preparation, Plaintiff reserves the right to supplement and/or amend these disclosures as necessary and appropriate.

**Response to Part A:**

The above-captioned Plaintiff.

All of the above-captioned individual and corporate Defendants and their corporate representatives.

Those persons listed in Defendants' initial disclosures filed or to be filed, and any other persons identified in Plaintiff's or Defendants' discovery or identified in other pleadings, motions, depositions.

**PLAINTIFF'S INITIAL DISCLOSURES**

**PAGE 1 OF 3**

Plaintiff is not sure exactly what facts those individuals know but believes each of them has some degree of knowledge of Defendants' payment practices and Plaintiffs' hours and duties.   Plaintiff has knowledge regarding, *inter alia*, his job duties, pay and schedules generally.

## Response to Part B:

Copies business cards attached and documents previously produced.

## Response to Part C:

The following estimate is only preliminary as discovery is ongoing.

## Plaintiff Pedro Garcia Arriaga:

OVERTIME DAMAGES FOR MR. ARRIAGA--
OVERTIME BASED ON WAGE RATE OF $8.50/HR= $12.75/HR. TIME AND A HALF OR $4.25/HR. HALF TIME

AMOUNT RECEIVED PER HOUR= $8.50/HR.

$4.25/HR. X 22 OVERTIME HOURS PER WEEK X 155.42 WEEKS (STATUTORY MAX)= $14,531.77 X 2

UNDER 29 USC 216B= **$29,063.54 FOR OVERTIME DAMAGES.**

**TOTAL DAMAGES FOR OVERTIME AND MINIMUM WAGE = $29,063.54 PLUS FEES AND COSTS**

## Response to Part D:

Plaintiff is not currently aware of such an insurance agreement.

**PLAINTIFF'S INITIAL DISCLOSURES**

**PAGE 2 OF 3**

Respectfully submitted,

/s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address:  rlmanteuffel@sbcglobal.net

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument was served on counsel via facsimile and certified mail or e-mail on this the 13th day of December, 2012 on the below listed counsel of record:

**Tom A. Carse**
Carse Law Firm
6220 Campbell Rd
Building 4 Suite 401
Dallas, TX 75248

Fax: 972/503-6348
Email: tom@carselaw.com

/s/ Robert L. Manteuffel
Robert L. Manteuffel

**PLAINTIFF'S INITIAL DISCLOSURES**

**PAGE 3 OF 3**





