# PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 29 USC 216 (b)

# EXHIBIT E

**PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES
AND COSTS PURSUANT TO 29 USC 216 (b)** <u>**EXHIBIT E**</u>



# Carse
## LAW FIRM

6220 Campbell Road, Suite 401,
Dallas, Texas 75248
Office 972.503.6338
Fax 972.503.6348
Tollfree 877.865.2580
www.carselaw.com

February 13, 2013

**VIA FACSIMILE 972/386-7610**

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, Texas 75240

Re:    Pedro Garcia Arriaga v. Califco, LLC et al.
       Civil Action No. 3:12-CV-00094-D

Dear Counsel:

My client has instructed me to convey to you his response to your settlement demand of $30,000.00. Based upon the fact issue with time-clock abuse and your client's implausible explanation, my client is not prepared to make a settlement offer to resolve this case.

Sincerely

Tom Carse