# PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 29 USC 216 (b)

# EXHIBIT F

**PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES
AND COSTS PURSUANT TO 29 USC 216 (b)**                    **EXHIBIT F**



# Carse
## LAW FIRM

6220 Campbell Road, Suite 401,
Dallas, Texas 75248
Office 972.503.6338
Fax 972.503.6348
Tollfree 877.865.2580
www.carselaw.com

July 23, 2013

## CONFIDENTIAL SETTLEMENT DISCUSSION

### VIA FACSIMILE 972/386-7610

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, Texas 75240

Re:    Pedro Garcia Arriaga v. Califco, LLC et al.
       Civil Action No. 3:12-CV-00094-D

Dear Counsel:

My client will settle the above referenced lawsuit for the sum of $5,000.00 with costs to be taxed against the party incurring same.

A space is provided below to allow acceptance of the offer.

Sincerely

Tom Carse

Accepted and Agreed to:

_____
Robert L. Manteuffel