# PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 29 USC 216 (b)

# EXHIBIT H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA MENDOZA | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-2629-P |
| | § | |
| VALROM ENTERPRISES, INC. d/b/a | § | |
| DRY CLEAN SUPER CENTER ON | § | |
| MATLOCK ROAD, AND MIGUEL A. | § | |
| ROMO, JR., | § | |
| | § | |
| Defendants, | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order of January 24, 2013 [Doc. 41], the Court issues judgment as follows:

1) Plaintiff is awarded $22,857.76 in damages;

2) Plaintiff is awarded $8,890.00 in attorney's fees;

3) Plaintiff is awarded $1,061.47 in costs;

4) Post-judgment interest on Plaintiff's damages at 0.14% per annum from the date of judgment until the judgment is satisfied

**IT IS SO ORDERED.**

Signed this 25th day of January, 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

Order
3:10-CV-2629-P
Page **1** of **1**