# PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 29 USC 216 (b)

# EXHIBIT J

Case 3:10-cv-01899-P   Document 20   Filed 12/09/11   Page 1 of 2   PageID 67
Case 3:12-cv-00094-BK   Document 50-11   Filed 09/09/13   Page 2 of 3   PageID 379
Case 3:10-cv-01899-P   Document 15-1   Filed 08/15/11   Page 1 of 2   PageID 53

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CASE NO.:3:10-CV-01899-P

|  |  |
|---|---|
| ERWIN CARIAS and all others similarly situated under 29 U.S.C. 216(B),<br><br>Plaintiff,<br><br>vs.<br><br>KAM RESTAURANTS, INC. and MIKE KHADER.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL DEFAULT JUDGMENT PURSUANT
TO 29 U.S.C 216(b) AS TO DEFENDANT KAM RESTAURANT, INC. FOR
CLAIM, FEES AND COSTS INCLUDING FUTURE FEES REGARDING
COLLECTION OF DEFAULT**

Pursuant to 29 U.S.C. 216(b) it is hereby ORDERED, ADJUDGED and DECREED that the Plaintiff, Erwin Carias, c/o the Client Trust Account of J.H. Zidell P.C., take the following sums from Defendant Kam Restaurants, Inc. which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue: **$12,117.90.**

Further, pursuant to the Fair Labor Standards Act, Plaintiff's counsel J.H. Zidell, Esq., c/o J.H. Zidell, PC shall take the sum of **$3,651.25** as attorneys' fees and costs, from Defendant Kam Restaurants, Inc. which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue. Further,

Final Default Judgment – Page 1

Plaintiff's counsel shall be entitled to collect reasonable attorneys' fees in collection of the default judgment to be determined by this Court upon collection.

DONE AND ORDERED in Chambers, Dallas, Texas on this 9th day of December, 2011.

THE HONORABLE JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

Final Default Judgment – Page 2