AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas   ▾

| | | |
|---|---|---|
| ARRIAGA | ) | |
| | ) | |
| v. | ) | Case No.:3:12-cv-00094-D |
| JESS ENTERPRISES, ET AL | ) | |
| | ) | |
| | ) | |

## BILL OF COSTS

*Jess Enterprises, LLC, SEJ Properties L.P., CALIFCO LLC, and Elias Shokrian, N/a, Elias Shokrian*

Judgment having been entered in the above entitled action on **August 19, 2013** against
<span>Date</span>
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 780.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 1,118.05 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 200.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 269.85 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 350.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 1,368.90 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 4,136.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☑ First class mail, postage prepaid

☐ Other:

s/ Attorney: _____

Name of Attorney: Robert L Mantenlteu

For: Plaintiff Pedro Garcia Arriaga          Date: November 5, 2013
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____   and included in the judgment.

By: _____

_____          _____          _____
*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Albino Villanueva | 2 | 40.00 | | | | | $40.00 |
| Witness Elias Shokrian | 1 | 40.00 | | | | | $40.00 |
| Witness Jonathan Cano Aguilon | 1 | 40.00 | | | | | $40.00 |
| Witness Amanda Cano | 1 | 40.00 | | | | | $40.00 |
| Witness Jonathan Shokrian | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $200.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on ,14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION`

| | |
|---|---|
| **ARRIAGA** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **JESS ENTERPRISES, LLC., ET AL** <br><br> **Defendants.** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> **CAUSE NO.** 3:12-cv-00094-D |

## PLAINTIFFS' ITEMIZATION AND
## DOCUMENTATION FOR BILL OF COSTS

COME NOW Pedro Garcia Arriaga, Plaintiff in the above-entitled and numbered cause, by and through their attorneys of record, submit the following as Attachments to their Bill of Costs:

| | |
|---|---|
| | US District Court for the ND of Texas, Docket Sheet – showing Electronic filing fees payment of $350.00, Receipt No. 0539-4334302. Entered: January 11, 2012. |
| | KIVA Civil Process:  Invoice No. 18, Dated January 18, 2012.  Amount $240.00 – Process of Service:  Jess Enterprises, $60.00, Califco, $60.00, SEJ Properties, $60.00, Elias Shokrian, $60.00 |
| | KIVA Civil Process:  Invoice No. 145, Dated August 1, 2013.  Charges $200.00. 1 Delivery to attorney Tom Carse, 3 Deliveries to Federal Court at $35.00 each, Same Day Service Rush delivery: 4 at $15.00 each. |
| | KIVA Civil Process:  Invoice No. 162, Dated August 6, 2013.  Amount $100.00. Subpoena witness Albino Villanueva $60.00. Witness Fee:  $40.00 |
| | KIVA Civil Process:  Invoice No. 161, Dated August 6, 2013. Amount $100.00 Subpoena Elias Shokrian: $60.00, Witness Fee:$40.00 |
| | KIVA Civil Process: Invoice No. 159, Dated August 6, 2013.  Amount $100.00. Subpoena witness Jonathan Cano-Aguilon.  Witness Fee: $40.00 |
| | KIVA Civil Process:  Invoice No. 160, Dated August 6, 2013.  Amount $100.00. Subpoena Mrs. Jonathan Cano Aguilon (Amanda Cano) $60.00.  Witness Fee: $40.00 |
| | KIVA Civil Process:  Invoice No. 156, Dated August 6, 2013.  Amount $60.00 Subpoena Carlos Bonilla: $60.00 |
| | KIVA Civil Process:  Invoice No. 177, Dated August 27, 2013.  Amount $60.00 Subpoena Alejandro Benitez Lemo $60.00. |
| | KIVA Civil Process:  Invoice No. 166, Dated August 18, 2013.  Amount $85.00 Subpoena Raul Rodriguez $60.00.  Rush Service:  $25.00 |
| | KIVA Civil Process:  Invoice No. 158, Dated August 6, 2013.  Amount $100.00 Subpoena Jonathan Shokrian $60.00.  Witness Fee: $40.00 |
| | KIVA Civil Process:  Invoice No. 157, Dated August 6, 2013.  Amount $60.00 Subpoena Alejandro Benitez Lemo $60.00 |
| | KIVA Civil Process:  Invoice No. 165, Dated August 18, 2013.  Amount $60.00 Delivery to attorney Tom Carse $35.00.  Rush charges $25.00 |

| | |
|---|---|
| | US Legal Support. Invoice No. 91372541. Amount $1,118.05 Dated 01/30/2013 Original Transcript witness Albino Villanueva |
| | US Legal Support. Invoice No. 91371271. Amount $1,008.00 Dated 12/28/2012 Interpreting Services: Albino Villanueva: Job Date: 12/21/2012. |
| | Sandoval & Associates. Invoice No. 36740, Dated: 08/27/2013. Amount $360.00 Spanish interpreting services provided for Trial. |
| | JH Zidell, P.C. - $50.00 charge. Copies: Case litigation and Trial |
| | R.L. Manteuffel – Mileage attending Deposition on 12/21/2012 $5.55 |
| | R.L. Manteuffel – Mileage and Parking- Attending Hearing Federal Court $22.43 |
| | J.H. Zidell – Mileage and Parking – Attending Trial Federal Court $22.43 |
| | Postage: Return of Deposition Transcript Arriaga to Court Reporter: $5.65 |
| | Postage: Tom Carse. Witness Deposition: $3.32 |
| | Certified Mail: Tom Carse $6.65 |
| | Certified Mail: Tom Carse $6.24 |
| | Certified Mail: Tom Carse $6.44 |
| | Certified Mail: Tom Carse: $10.63 |
| | ATT Teleconference. Re: Pretrial Conference Call multi lines $150.00 |
| | Office – office supplies preparation for Trial $121.18 |
| | FedexOffice- Copies and preparation of Four ($4) Trial Books |
| | Fedex – Pretrial Documents to JH Zidell, PA – Miami $75.00 |
| | Fedex – Judge Fitzwater – Pretrial documents $75.00 |

Dated:  November 5, 2013

Respectfully submitted,


By:/s/Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:     972-233-2264
Fax:     972-386-7610
E-mail address: rlmanteuffel@sbcglobal.net

Fax: 972/503-6348 FAX
Email: tom@carselaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

## Defendant

**SEJ Properties, L.P.**       represented by   **Tom A Carse**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

## Defendant

**Califco, LLC**       represented by   **Tom A Carse**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

## Defendant

**Elias Shokrian**
*also known as*
Elias Shakrian       represented by   **Tom A Carse**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2012 | 1 | COMPLAINT WITH JURY DEMAND against All Defendants filed by Pedro Garcia Arriaga. Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (Filing fee $350; Receipt number 0539-4334302) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership (Attachments: # 1 Cover Sheet) (Zidell, Jamie) (Entered: 01/11/2012) |
| 01/11/2012 | 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Pedro Garcia Arriaga. (Zidell, Jamie) (Entered: 01/11/2012) |
| 01/11/2012 | 3 | New Case Notes: A filing fee has been paid. Magistrate Judge Toliver preliminarily assigned. File to Judge Fitzwater. Pursuant to Misc. Order 6, Plaintiff is provided the |

# U.S. District Court
# Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:12-cv-00094-D

Arriaga v. Jess Enterprises, LLC et al
Assigned to: Chief Judge Sidney A Fitzwater
Cause: 29:201 Fair Labor Standards Act

Date Filed: 01/11/2012
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

#### Plaintiff

**Pedro Garcia Arriaga**
*and all others similarly situated under 29*
*U.S.C. 216(B)*

represented by **Jamie Harrison Zidell**
J H Zidell PC
6310 LBJ Freeway, Suite 112
Dallas, TX 75240
972/233-2264
Fax: 972/386-7610
Email: zabogado@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Robert Lee Manteuffel**
J H Zidell PC
6310 LBJ Freeway
Suite 112
Dallas, TX 75240
972/233-2264
Fax: 972/386-7610
Email: rlmanteuffel@sbcglobal.net
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

#### Defendant

**Jess Enterprises, LLC**

represented by **Tom A Carse**
Carse Law Firm
6220 Campbell Rd
Building 4 Suite 401
Dallas, TX 75248
972/503-6338

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| DATE: | 1/18/2012 |
|---|---|
| INVOICE # | 18 |
| Customer ID | 6310 |

*P. Arriaga*

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

| | |
|---|---:|
| Process service for cause # 3:12-CV-009094-D | |
| | |
| Arriaga vs. Jess Enterprises | |
| | |
| Jess Enterprises | 60.00 |
| Califco | 60.00 |
| SEJ Properties | 60.00 |
| Elias Shokrian | 60.00 |

| | | |
|---|---|---:|
| SUBTOTAL | | 240.00 |
| TAX RATE | $ | 0.000% |
| TAX | | |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 240.00 |

**OTHER COMMENTS**
1. Total payment due in 30 Business days from date of invoice
2. Please include the invoice number on your check

Make all checks payable to
**Kiva Civil Process**

*Paid*

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

Case 3:12-cv-00094-BK   Document 53   Filed 11/05/13   Page 8 of 34   PageID 450
Case 3:12-cv-00094-D   Document 13   Filed 03/13/12   Page 1 of 1   PageID 42

Case 3:12-cv-00094-D   Document 4   Filed 01/11/12   Page 6 of 8   PageID 16

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-00094-D

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*)  SEJ Properties, L.P.
was received by me on (*date*)  1-12-12 .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*)  Amanda Cano , who is designated
by law to accept service of process on behalf of (*name of organization*)  SEJ Properties, L.P.
_____ on (*date*)  1-24-12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $  60⁰⁰  for travel and $  Ø  for services, for a total of $  60⁰⁰

I declare under penalty of perjury that this information is true.

Date:  1-24-12

_Vikki Acord-Sch 6812-Exp 5/31/13_
Server's signature

_Vikki Acord-Certified Process Serve_
Printed name and title

_5628 Belfast W, NRH, TX 76180_
Server's address

Additional information regarding attempted service, etc:

Case 3:12-cv-00094-BK   Document 53   Filed 11/05/13   Page 9 of 34   PageID 451
Case 3:12-cv-00094-D   Document 12   Filed 03/13/12   Page 1 of 1   PageID 41

Case 3:12-cv-00094-D   Document 4   Filed 01/11/12   Page 4 of 8   PageID 14

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-00094-D

*Pedro Garcia Arriaga vs. Califco, Jeff Enterprises, LLC, SEJ Properties*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) **Califco, LLC**
was received by me on (*date*) **1-12-12**.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) **Gary Lacey**, who is designated
by law to accept service of process on behalf of (*name of organization*) **Califco, LLC**
_____ on (*date*) **1-12-12** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ **60⁰⁰** for travel and $ **0** for services, for a total of $ **60⁰⁰**

I declare under penalty of perjury that this information is true.

Date: **1-12-12**

**Vikki Acord** -Sch 6812 -Exp 5/31/13
Server's signature

**Vikki Acord - Certified Process Server**
Printed name and title

**5628 Belfast LN, NRH, Tx 76180**
Server's address

Additional information regarding attempted service, etc:

Case 3:12-cv-00094-BK    Document 53    Filed 11/05/13    Page 10 of 34    PageID 452
Case 3:12-cv-00094-D   Document 11   Filed 03/13/12   Page 1 of 1   PageID 40

Case 3:12-cv-00094-D   Document 4   Filed 01/11/12   Page 2 of 8   PageID 12

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-00094-D

Pedro Garcia Arriaga vs. Califoo, Jeff Enterprises, LLC, SEJ Properties

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jess Enterprises
was received by me on *(date)* 1-12-12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* GARY Lacey , who is designated
by law to accept service of process on behalf of *(name of organization)* Jess Enterprises
_____ on *(date)* 1-12-12 at 12:15pm or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

My fees are $ 60.00 for travel and $ 0 for services, for a total of $ 60.00

I declare under penalty of perjury that this information is true.

Date: 1-12-12

Vikki Acord - Sch 6812 - Exp 5/31/13
Server's signature

Vikki Acord - Certified Process Server
Printed name and title

5628 Belfast W, NRH, Tx 76180
Server's address

Additional information regarding attempted service, etc:

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| | |
|---|---|
| DATE: | 8/1/2013 |
| INVOICE # | 145 |
| Customer ID | 6310 |

*Pedro Arriaga*

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

PROCESS SERVICE FOR

| | |
|---|---|
| 1 delivery to atty - tom carse | 35.00 |
| 3 federal court deliveries @ 35.00 each | 105.00 |
| sameday service requested - rush @ 15.00 each X 4 | 60.00 |

| | | |
|---|---|---|
| SUBTOTAL | | |
| TAX RATE | $ | 200.00 |
| TAX | | 0.000% |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 200.00 |

OTHER COMMENTS

2.Please include the invoice number on your check

PAYPAL NOW AVAILABLE

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

*Paid*



STATE & FEDERAL
COURT PRACTICE

July 22, 2013

BY HAND DELIVERY

Frank L. Carse
Carse Law Firm
1430 Campbell Rd
Building 4 Suite 401
Dallas, TX 75248

Re:    Pedro Garcia Arriaga and all others similarly situated under 29 U.S.C.
       216(b).
       v. Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and
       Elias Shokrian also known as Elias Shakrian
       Cause No. 3:12-cv-00094-D-BK

Counsel:

Enclosed you will find Plaintiff's Exhibit List in reference to the above-mentioned
cause.

Respectfully,
J.H. Zidell, P.C.

Joseph Sadecani

JZ/
Enclosures

cc: P.L. Manteuffel, Esq.

Karina Lara
7-22-13

Paid



STATE & FEDERAL
COURT PRACTICE

J.H. ZIDELL P.C.
CONCOURSE OFFICE PARK
6310 LBJ FREEWAY #112
DALLAS, TEXAS 75240
TEL. 972-392-2264
TEL. US 1-70-ABOGADO
+1-877-372-2643
FAX 972-386-2659

Robert L. Manteuffel
Email: rlmanteuffel@... ...

RECEIVED

JUL 2 4 2013

July 24, 2013

**VIA HAND DELIVERY**

The Honorable Sidney A. Fitzwater
Chief United States District Judge
U.S. District Court for the N.D. of Texas
1100 Commerce Street, Room 1528
Dallas, Texas 75242-1003

**Attention: Debra Eubank**

Re:  Arriaga v. Jess Enterprises, LLC et al; **Cause No. 3:12-cv-00094-D**

Dear Judge Fitzwater:

Enclosed please find a copy of the filing receipts for, and the following documents filed in the referenced matter:

Plaintiff's Response to

1.  Plaintiff's Response to Defendants' Motion for Leave to File Defendants' Amended Pretrial Disclosures; and

2.  Plaintiff's Response to Defendants' Objections to Plaintiff's Pretrial Disclosures

Sincerely,

Robert L. Manteuffel
J.H. Zidell P.C.

Enclosures

Paid





STATE & FEDERAL
COURT PRACTICE

J.H. ZIDELL P.C.
CONCOURSE OFFICE PARK
6310 LBJ FREEWAY FL 2
DALLAS, TEXAS 75240
TEL 972-233-2264
TEL 1-877-70-ABOGADO
1-877-702-2642
FAX 972-386-7610

**RECEIVED**

2 3 2013

Robert L. Manteuffel
Email: rlmanteuffel@sbcglobal.net

July 29, 2013

**VIA HAND DELIVERY**

The Honorable Sidney A. Fitzwater
Chief United States District Judge
U.S. District Court for the N.D. of Texas
1100 Commerce Street, Room 1528
Dallas, Texas 75242-1003

**Attention:  Debra Eubank**

Re:  Arriaga v. Jess Enterprises, LLC et al: **Cause No. 3:12-cv-00094-D**

Dear Judge Fitzwater:

Enclosed please find a copy of the filing receipts for, and the following documents filed in the referenced matter:

Plaintiff's Response to

1.  Plaintiff's Objections to Defendants' Proposed Jury Charge;

2.  Plaintiff's Objections to Defendants' Trial Exhibits; and

3.  Plaintiff's Response to Defendants' Motion in Limine.

Sincerely,

Robert L. Manteuffel
J.H. Zidell P.C.

Enclosures

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| DATE: | 8/6/2013 |
| --- | --- |
| INVOICE # | 162 |
| Customer ID | 6310 |

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

PROCESS SERVICE FOR 3:12-cv-00094-d-bk

| | |
| --- | --- |
| albino villanueva | |
| subpoena | 60.00 |
| witness fee | 40.00 |

**OTHER COMMENTS**

2.Please include the invoice number on your check

**PAYPAL NOW AVAILABLE**

| | | |
| --- | --- | --- |
| SUBTOTAL | | |
| TAX RATE | $ | 100.00 |
| TAX | | 0.000% |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 100.00 |

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

# AFFIDAVIT OF SERVICE

## CAUSE NO: 3:12-CV-00094-D-BK

PEDRO GARCIA ARRIAGA

*Plaintiff(s)*

VS.

UNITED STATES DISTRICT COURT

JESS ENTERPRISES, LLC
SEJ PROPERTIES, L.P.
CALIFCO, LLC AND ELIAS SHOKRIAN
ALSO KNOWN AS ELIAS SHAKRIAN

*Defendant(s)*

NORTHERN DISTRICT OF TEXAS

Documents: **SUBPOENA TO APPEAR AND TESTIFY AT A HERING OR TRIAL IN A CIVIL ACTION**

Received on: ___**AUGUST 7, 2013**___ at ___**3:55**___ **P.M.** the above documents to be delivered to:

ALBINO VILLANUEVA
C/O DEFENDANTS COUNSEL
TOM CARSE - CARSE LAW FIRM
6220 CAMPBELL ROAD, STE 401
DALLAS, TEXAS 75248

I, ___**VIKKI ACORD**___, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

By delivering to: ___**TOM CARSE**___

(Title / Relationship): ___**DEFENDENTS COUNSEL for ALBINO VILLANUEVA**___

Address of Service: ___**6220 CAMPBELL ROAD, STE 401, DALLAS, TX 75248**___

Date of Service: ___**AUGUST 8, 2013**___ Time of Service: ___**2:55 P.M.**___

Type of Service:

☐ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of said process with a person therein, who is of suitable age, at the above listed address, which is the usual place of abode or dwelling house of the above named person.

☒ **CORPORATION / PARTNERSHIP/ COUNSEL:** by delivering a true copy of said process to an officer, agent, partner or the counsel listed as authorized person to accept service on behalf of the above named entity whose name and title is listed above.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address, which is the usual place of abode or dwelling house of the above named person.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason:_____

In accordance with rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is NOT required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement.

My name is _Vikki Acord_, my date of birth is, _8-4-73_, and my address is

_5628 Belfast W, N R H, Ty 76180_

(Street, City, Zip)

_Vikki Acord_
Declarant/Authorized Process Server

_Sch 6812 - Exp 5/31/16_
SCH # & Expiration of Certification

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

|  |  |
|---|---|
| DATE: | 8/6/2013 |
| INVOICE # | 161 |
| Customer ID | 6310 |

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

PROCESS SERVICE FOR 3:12-cv-00094-d-bk

| | |
|---|---:|
| elias shakrian | |
| subpoena | 60.00 |
| witness fee | 40.00 |

**OTHER COMMENTS**

2.Please include the invoice number on your check

**PAYPAL NOW AVAILABLE**

| | | |
|---|---|---:|
| SUBTOTAL | | |
| TAX RATE | $ | 100.00 |
| TAX | | 0.000% |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 100.00 |

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

## AFFIDAVIT OF SERVICE

### CAUSE NO: 3:12-CV-00094-D-BK

PEDRO GARCIA ARRIAGA                                    UNITED STATES DISTRICT COURT
                    *Plaintiff(s)*

VS.

JESS ENTERPRISES, LLC                                  NORTHERN DISTRICT OF TEXAS
SEJ PROPERTIES, L.P.
CALIFCO, LLC AND ELIAS SHOKRIAN
ALSO KNOWN AS ELIAS SHAKRIAN
                    *Defendant(s)*

Documents: **SUBPOENA TO APPEAR AND TESTIFY AT A HERING OR TRIAL IN A CIVIL ACTION:**

Received on: ___**AUGUST 7, 2013**___ at ____**3:55**___ **P.M.** the above documents to be delivered to:

**ELIAS SHAKRIAN**
**C/O DEFENDANTS COUNSEL**
**TOM CARSE - CARSE LAW FIRM**
**6220 CAMPBELL ROAD, STE 401**
**DALLAS, TEXAS 75248**

I, _____**VIKKI ACORD**___, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

By delivering to:_____**TOM CARSE**_____

(Title / Relationship):_____**DEFENDENTS COUNSEL for ELIAS SHAKRIAN**_____

Address of Service: _____**6220 CAMPBELL ROAD, STE 401, DALLAS, TX 75248**_____

Date of Service:_____**AUGUST 8, 2013**_____ Time of Service: __**2:55 P.M.**_____

Type of Service:

☐ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of said process with a person therein, who is of suitable age, at the above listed address, which is the usual place of abode or dwelling house of the above named person.

☑ **CORPORATION / PARTNERSHIP/ COUNSEL:** by delivering a true copy of said process to an officer, agent, partner or the counsel listed as authorized person to accept service on behalf of the above named entity whose name and title is listed above.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address, which is the usual place of abode or dwelling house of the above named person.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason:_____

In accordance with rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is NOT required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement.

My name is _Vikki Acord_, my date of birth is, _8-4-73_, and my address is

_5628 Belfast W, NRH, Tx 76180_
(Street, City, Zip)

                                                    _Vikki Acord_
                                                    Declarant/Authorized Process Server

_Sch 6812 - Exp 5/31/16_
SCH # & Expiration of Certification

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| DATE: | 8/6/2013 |
|---|---|
| INVOICE # | 159 |
| Customer ID | 6310 |

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

PROCESS SERVICE FOR 3:12-cv-00094-d-bk

| | |
|---|---|
| jonathan cano-aguillon | |
| subpoena | 60.00 |
| witness fee | 40.00 |

**OTHER COMMENTS**

2.Please include the invoice number on your check

PAYPAL NOW AVAILABLE

| | | |
|---|---|---|
| SUBTOTAL | | 100.00 |
| TAX RATE | $ | 0.000% |
| TAX | | |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 100.00 |

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

# AFFIDAVIT OF SERVICE

## CAUSE NO: 3:12-CV-00094-D-BK

**PEDRO GARCIA ARRIAGA**
                        *Plaintiff(s)*

VS.

**JESS ENTERPRISES, LLC**
**SEJ PROPERTIES, L.P.**
**CALIFCO, LLC AND ELIAS SHOKRIAN**
**ALSO KNOWN AS ELIAS SHAKRIAN**
                        *Defendant(s)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

Documents: **SUBPOENA TO APPEAR AND TESTIFY AT A HERING OR TRIAL IN A CIVIL ACTION:**

Received on: _____**AUGUST 7, 2013**_____ at _____**3:55**_____ **P.M.** the above documents to be delivered to:

**JONATHAN CANO-AGUILLON**
**1625 N Story Rd Irving, TX 75061**

I, _____**VIKKI ACORD**_____, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

By delivering to:_____ **DANIEL JONATHAN CANO-AGUILLON**_____

(Title / Relationship):____ **WITNESS**_____

Address of Service: _____ **1625 N Story Rd Irving, TX 75061**_____

Date of Service:_____ **AUGUST 14, 2013**_____ Time of Service: __**11:50 A.M.**_____

Type of Service:

■ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of said process with a person therein, who is of suitable age, at the above listed address, which is the usual place of abode or dwelling house of the above named person.

**CORPORATION / PARTNERSHIP/ COUNSEL:** by delivering a true copy of said process to an officer, agent, partner or the counsel listed as authorized person to accept service on behalf of the above named entity whose name and title is listed above.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address, which is the usual place of abode or dwelling house of the above named person.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason:_____

In accordance with rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is NOT required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement.

My name is _Vikki Acord_, my date of birth is, _8-4-73_, and my address is

_5628 Belfast LN, NRH, TX 76180_
(Street, City, Zip)

_Vikki Acord_
Declarant/Authorized Process Server

_Sch 6812 - ExP 5/31/16_
SCH # & Expiration of Certification

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| | |
|---|---|
| DATE: | 8/6/2013 |
| INVOICE # | 156 |
| Customer ID | 6310 |

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

PROCESS SERVICE FOR 3:12-cv-00094-d-bk

carlos bonilla
subpoena
witness fee



60.00
40.00

**OTHER COMMENTS**

2. Please include the invoice number on your check

PAYPAL NOW AVAILABLE

| | | |
|---|---|---|
| SUBTOTAL | | |
| TAX RATE | $ | 100.00 |
| TAX | | 0.000% |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 100.00 |

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| DATE: | 8/6/2013 |
|---|---|
| INVOICE # | 156 |
| Customer ID | 6310 |

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

PROCESS SERVICE FOR 3:12-cv-00094-d-bk

carlos bonilla
subpoena
witness fee



60.00
40.00

**OTHER COMMENTS**

2.Please include the invoice number on your check

PAYPAL NOW AVAILABLE

| | | |
|---|---|---|
| SUBTOTAL | | |
| TAX RATE | $ | 100.00 |
| TAX | | 0.000% |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 100.00 |

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| | |
|---|---|
| DATE: | 8/27/2013 |
| INVOICE # | 177 |
| Customer ID | 6310 |

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

| PROCESS SERVICE FOR | |
|---|---|
| alejandro benitez lemo | 60.00 |
| Irving address - califico - requested Lisa to attempt | |

| | | |
|---|---|---|
| SUBTOTAL | | 60.00 |
| TAX RATE | $ | 0.000% |
| TAX | | |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 60.00 |

**OTHER COMMENTS**

2. Please include the invoice number on your check

**PAYPAL NOW AVAILABLE**

kivacivilprocess@yahoo.com

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| DATE: | | 8/18/2013 |
|---|---|---|
| INVOICE # | | 166 |
| Customer ID | | 6310 |

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

PROCESS SERVICE FOR

Raul Ruiz *Rodriguez*        60.00
witness fee - waived - would not accept
Rush        25.00

| | SUBTOTAL | | |
|---|---|---|---|
| OTHER COMMENTS | TAX RATE | $ | 85.00 |
| 1.Payment due in 1-2 Business days from date of invoice | TAX | | 0.000% |
| 2.Please include the invoice number on your check | OTHER | $ | - |
| | TOTAL | $ | - |
| PAYPAL NOW AVAILABLE | | $ | 85.00 |

kivacivilprocess@yahoo.com

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| DATE: | 8/6/2013 |
|---|---|
| INVOICE # | 158 |
| Customer ID | 6310 |

**BILL TO:**

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

| DESCRIPTION | AMOUNT |
|---|---|
| PROCESS SERVICE FOR 3:12-cv-00094-d-bk | |
| jonathan shokrian | |
| subpoena | 60.00 |
| witness fee | 40.00 |

*Credit ~ Non serve lives in Calif* (handwritten) — *Paid* (handwritten)

| | | |
|---|---|---|
| SUBTOTAL | | |
| TAX RATE | $ | 100.00 |
| TAX | | 0.000% |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 100.00 |

**OTHER COMMENTS**

1. Payment due in 1-3 Business days from date of invoice
2. Please include the invoice number on your check

**PAYPAL NOW AVAILABLE**
kivacivilprocess@yahoo.com

Make all checks payable to
**Kiva Civil Process**
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

*jd non served 100.00* (handwritten)

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| | |
|---|---|
| DATE: | 8/6/2013 |
| INVOICE # | 157 |
| Customer ID | 6310 |

**BILL TO:**

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264



| DESCRIPTION | AMOUNT |
|---|---|
| PROCESS SERVICE FOR 3:12-cv-00094-d-bk | |
| alejandro benitez lemo | |
| subpoena | 60.00 |
| witness fee | 40.00 |

| | | |
|---|---|---|
| SUBTOTAL | | |
| TAX RATE | $ | 100.00 |
| TAX | | 0.000% |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 100.00 |

**OTHER COMMENTS**

1.Payment due in 1-3 Business days from date of invoice
2.Please include the invoice number on your check

**PAYPAL NOW AVAILABLE**
kivacivilprocess@yahoo.com

Make all checks payable to
**Kiva Civil Process**
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

KIVA Civil Process

5024 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-894-7944

| | |
|---|---|
| Customer ID | [illegible] |
| INVOICE # | 137 |
| DATE: | 8/16/2013 |

[illegible]
4950 LBJ Freeway, Ste 412
Dallas, TX 75240
(972) 233-2[illegible]

PROCESS SERVICE FOR 4:12-cv-00094-BK

| | |
|---|---|
| Witness fee | 10.00 |
| Mileage | 49.00 |
| [illegible] | |

| | |
|---|---|
| SUBTOTAL | $ 100.00 |
| TAX RATE | 0.000% |
| TAX | $ - |
| OTHER | $ - |
| TOTAL | $ 100.00 |

OTHER COMMENTS

Please include the invoice number on your check

PayPal NOW AVAILABLE

Make all checks payable to
KIVA Civil Process
PayPal is Available

If you have any questions about this invoice, please contact
KIVA Civil at 817-894-7944 or kivacivilprocess@yahoo.com

Thank You For Your Business!

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| DATE: | 8/18/2013 |
| INVOICE # | 165 |
| Customer ID | 6310 |

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

| PROCESS SERVICE FOR | |
|---|---|
| delivery to Tom Carse | 35.00 |
| Rush - requested | 25.00 |

| | | |
|---|---|---|
| SUBTOTAL | | |
| TAX RATE | $ | 60.00 |
| TAX | | 0.000% |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 60.00 |

**OTHER COMMENTS**

1. Payment due in 1-3 Business days from date of invoice

2. Please include the invoice number on your check

**PAYPAL NOW AVAILABLE**

kivacivilprocess@yahoo.com

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

# INVOICE

U.S. Legal Support
5910 N. Central Expressway
Suite 100
Dallas, TX 75206
Phone:214-741-6001  Fax:214-741-6824

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91372541 | 1/30/2013 | 137129 |
| **Job Date** | **Case No.** | |
| 12/21/2012 | 3:12-CV-00094-D | |
| **Case Name** | | |
| Pedro Arriaga v. CALIFCO, L.L.C., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, TX 75240

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Albino Villanueva-*Transcribed | 128.00 Pages | @ | 5.35 | 684.80 |
| Exhibit | 445.00 Pages | @ | 0.35 | 155.75 |
| Hourly | 4.50 Hours | @ | 35.00 | 157.50 |
| Administrative Fee | | | 65.00 | 65.00 |
| e-transcript | | | 15.00 | 15.00 |
| Delivery Regular | | | 15.00 | 15.00 |
| After/Before Hours | 0.50 | @ | 50.00 | 25.00 |

**TOTAL DUE >>>**  $1,118.05

AFTER 3/16/2013  PAY  $1,229.86

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3848 or email inquiries to dwilliams@uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID: 76-0523238**                                          Phone: 972-233-2264   Fax:972-386-7610

*Please detach bottom portion and return with payment.*

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, TX 75240

| | | | |
|---|---|---|---|
| Job No. | : 137129 | BU ID | : 2-DAL |
| Case No. | : 3:12-CV-00094-D | | |
| Case Name | : Pedro Arriaga v. CALIFCO, L.L.C., et al. | | |
| Invoice No. | : 91372541 | Invoice Date | : 1/30/2013 |
| **Total Due** | : **$1,118.05** | | |

AFTER 3/16/2013  PAY  $1,229.86

Remit To:   **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX  75395-2172**

**PAYMENT WITH CREDIT CARD**                AMEX  ☐  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# KIVA Civil Process

5628 Belfast Lane
North Richland Hills, TX 76180
Phone: 817-884-7944

| | |
|---|---|
| DATE: | 8/6/2013 |
| INVOICE # | 160 |
| Customer ID | 6310 |

J.H Zidell
6310 LBJ Freeway, Ste 112
Dallas, TX 75240
(972) 233-2264

PROCESS SERVICE FOR 3:12-cv-00094-d-bk

jonathan cano-aguillon - wife

| | |
|---|---|
| subpoena | 60.00 |
| witness fee | 40.00 |

OTHER COMMENTS

2.Please include the invoice number on your check

PAYPAL NOW AVAILABLE

| | | |
|---|---|---|
| SUBTOTAL | | |
| TAX RATE | $ | 100.00 |
| TAX | | 0.000% |
| OTHER | $ | - |
| TOTAL | $ | - |
| | $ | 100.00 |

Make all checks payable to
Kiva Civil Process
Or PayPal is Available

If you have any questions about this invoice, please contact
Vikki Acord at 817-884-7944 or kivacivilprocess@yahoo.com

*Thank You For Your Business!*

## AFFIDAVIT OF SERVICE

### CAUSE NO: 3:12-CV-00094-D-BK

**PEDRO GARCIA ARRIAGA**
                    *Plaintiff(s)*

**VS.**

**JESS ENTERPRISES, LLC**
**SEJ PROPERTIES, L.P.**
**CALIFCO, LLC AND ELIAS SHOKRIAN**
**ALSO KNOWN AS ELIAS SHAKRIAN**
                    *Defendant(s)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

Documents: **SUBPOENA TO APPEAR AND TESTIFY AT A HERING OR TRIAL IN A CIVIL ACTION:**

Received on: ___**AUGUST 7, 2013**___ at ___**3:55**___ P.M. the above documents to be delivered to:

**MRS. JONATHAN CANO-AGUILLON**
**1625 N Story Rd Irving, TX 75061**

I, ___**VIKKI ACORD**___, the undersigned, being duly sworn, depose and say, that I am duly authorized under Rule 103 and 536(a) to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents occurred in the following manner:

By delivering to:___**AMANDA CANO-AGUILLON**_____

(Title / Relationship):___**WITNESS**_____

Address of Service: ___**1625 N Story Rd Irving, TX 75061**_____

Date of Service:___**AUGUST 14, 2013**_____ Time of Service: __**11:50 A.M.**_____

Type of Service:

■ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of said process with a person therein, who is of suitable age, at the above listed address, which is the usual place of abode or dwelling house of the above named person.

**CORPORATION / PARTNERSHIP/ COUNSEL:** by delivering a true copy of said process to an officer, agent, partner or the counsel listed as authorized person to accept service on behalf of the above named entity whose name and title is listed above.

☐ **POSTING WITH COURT ORDER:** By posting a true copy of said process along with a true copy of the Court Order to the front entrance of the above listed address, which is the usual place of abode or dwelling house of the above named person.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason:_____

In accordance with rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is NOT required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement.

My name is _**Vikki Acord**_, my date of birth is, _**8-4-73**_, and my address is
_**5628 Belfast LN, NRH, TX 76180**_
(Street, City, Zip)

_Vikki Acord_
**Declarant/Authorized Process Server**

_**Sch 6812 - Exp 5/31/16**_
**SCH # & Expiration of Certification**

# INVOICE

U.S. Legal Support
5910 N. Central Expressway
Suite 100
Dallas, TX  75206
Phone:214-741-6001  Fax:214-741-6824

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91371271 | 12/28/2012 | 137129 |
| **Job Date** | **Case No.** | |
| 12/21/2012 | 3:12-CV-00094-D | |
| **Case Name** | | |
| Pedro Arriaga v. CALIFCO, L.L.C., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, TX  75240

| | | | | |
|---|---|---|---|---|
| Albino Villanueva-*Interpreting Service | | | | |
| 1. Interpreting Services | 4.50 | @ | 125.00 | 562.50 |
| NON-TRANSCRIBED DEPOSITION: | | | | |
| Albino Villanueva*Non Transcribed | 105.00 Pages | @ | 2.68 | 281.40 |
| Hourly | 4.00 Hours | @ | 35.00 | 140.00 |
| After/Before Hours | 0.50 | @ | 50.00 | 25.00 |
| | **TOTAL DUE >>>** | | | **$1,008.90** |
| | AFTER 2/11/2013 PAY | | | $1,109.79 |

Reference No.     :  36095

Thank you. We appreciate your business. Please call us @ 214-741-6001 X 4341 if you
have any billing questions.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                                                                 Phone: 972-233-2264   Fax:972-386-7610

*Please detach bottom portion and return with payment.*

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, TX  75240

Job No.      : 137129            BU ID        : 2-DAL
Case No.     : 3:12-CV-00094-D
Case Name    : Pedro Arriaga v. CALIFCO, L.L.C., et al.

Invoice No.  : 91371271          Invoice Date  : 12/28/2012
**Total Due    :  $1,008.90**
AFTER 2/11/2013 PAY  $1,109.79

Remit To:   **U.S. Legal Support**
            **Texas Records & Reporting**
            **P.O. Box 952172**
            **Dallas, TX  75395-2172**

**PAYMENT WITH CREDIT CARD**                    AMEX    [   ]   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# Sandoval & Associates

# Invoice

2025 Natchez Avenue
Bedford, Texas 76022
EIN #27-2210060

| Date | Invoice # |
|------|-----------|
| 8/27/2013 | 36740 |

| Bill To |
|---------|
| J. H. Zidell, P.C.<br>Robert L. Manteuffel, Esq.<br>6310 LBJ Freeway, Suite 112<br>Dallas, Texas 75240<br>Via Facsimile: 972-386-7610 |

| Terms |
|-------|
| Due on receipt |

| Serviced | Description | Qty | Rate | Amount |
|----------|-------------|-----|------|--------|
| 8/19/2013 | Re; #3:12-cv-00094-D; Pedro Garcia Arriaga v. Jess Enterprises, LLC, et al.; U.S. District Court, Northern District Court of Texas, Dallas Division.<br><br>Spanish Interpreting Services provided for Trial. | 3 | 120.00 | 360.00 |
| | Regulated by the Texas Department of Licensing and Regulation, P.O. Box 12157, Austin, Texas 78711, 1-800-803-9202, 512-463-6599. | | | |

**Providing quality bi-lingual litigation support services.**

| Total | $360.00 |
|-------|---------|
| Payments/Credits | $0.00 |
| **Balance Due** | **$360.00** |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 817-247-4491 | 817-685-7932 | jmsandoval@netzero.net |

# I N V O I C E

U.S. Legal Support
5910 N. Central Expressway
Suite 100
Dallas, TX 75206
Phone:214-741-6001  Fax:214-741-6824

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91371271 | 12/28/2012 | 137129 |
| **Job Date** | **Case No.** | |
| 12/21/2012 | 3:12-CV-00094-D | |
| **Case Name** | | |
| Pedro Arriaga v. CALIFCO, L.L.C., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, TX 75240

| | | | | |
|---|---|---|---|---|
| Albino Villanueva-*Interpreting Service | | | | |
| 1. Interpreting Services | 4.50 | @ | 125.00 | 562.50 |
| NON-TRANSCRIBED DEPOSITION: | | | | |
| Albino Villanueva*Non Transcribed | 105.00  Pages | @ | 2.68 | 281.40 |
| Hourly | 4.00  Hours | @ | 35.00 | 140.00 |
| After/Before Hours | 0.50 | @ | 50.00 | 25.00 |
| | **TOTAL DUE  >>>** | | | **$1,008.90** |
| | AFTER 2/11/2013  PAY | | | $1,109.79 |

Reference No.     :  36095

Thank you. We appreciate your business. Please call us @ 214-741-6001 X 4341 if you
have any billing questions.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                   Phone: 972-233-2264   Fax:972-386-7610

*Please detach bottom portion and return with payment.*

Robert L. Manteuffel
J.H. Zidell, P.C.
6310 LBJ Freeway, Suite 112
Dallas, TX 75240

| | | | | |
|---|---|---|---|---|
| Job No. | : 137129 | BU ID | : 2-DAL |
| Case No. | : 3:12-CV-00094-D | | |
| Case Name | : Pedro Arriaga v. CALIFCO, L.L.C., et al. | | |
| Invoice No. | : 91371271 | Invoice Date | : 12/28/2012 |
| **Total Due** | : **$1,008.90** | | |

AFTER 2/11/2013 PAY $1,109.79

**PAYMENT WITH CREDIT CARD**          AMEX  [card]  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:     **U.S. Legal Support**
              **Texas Records & Reporting**
              **P.O. Box 952172**
              **Dallas, TX  75395-2172**