IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br>*Plaintiff,*<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P,<br>CALIFCO, LLC, and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Cause No. 3:12-cv-00094-D-BK** |

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD

COMES NOW the undersigned counsel for the Plaintiff, pursuant to the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of Texas and the Judge Specific Requirements of the Court to which this case has been assigned and files this Notice of Appearance of Counsel of Record as set forth below.

The undersigned hereby gives notice of appearance in this case as counsel of record for the Plaintiff and requests that she be provided with notice by electronic means of any and all documents filed in this case.

Respectfully submitted,

by:   /s/ Niki Weina Zhou
      Niki Weina Zhou
      Texas Bar No. 24085680
      J.H. Zidell, P.C.
      6310 LBJ Freeway, Ste. 112
      Dallas, Texas 75240
      Tel:    972-233-2264
      Fax:    972-386-7610
      E-mail address:  nzhou78@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service or first class mail as noted below, in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 6th day of November, 2013.

/s/ Niki Weina Zhou
Niki Weina Zhou
Counsel for the Plaintiff(s)

**VIA FIRST CLASS MAIL**
Mr. Elias Shokrian
1625 N Story Rd
Irving, TX 75061