**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and** | § | |
| **all others similarly situated** | § | |
| **under 29 U.S.C. 216(b),** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause No. 3:12-cv-00094-D-BK** |
| | § | |
| **JESS ENTERPRISES, LLC,** | § | |
| **SEJ PROPERTIES, L.P,** | § | |
| **CALIFCO, LLC and ELIAS SHOKRIAN** | § | |
| *also known as* | § | |
| **ELIAS SHAKRIAN,** | § | |
| *Defendants.* | § | |

**PLAINTIFF'S MOTION FOR ISSUANCE OF WRIT**
**OF GARNISHMENT AFTER JUDGMENT**

Plaintiff, by and through undersigned Counsel, pursuant to Tex. Civ. Prac. & Rem. Code § 63.001, moves for the issuance of a writ of garnishment after judgment as to Garnishee JPMorgan Chase Bank, National Association ("Chase") and as grounds therefore, states as follows:

1. Plaintiff Pedro Garcia Arriaga obtained a final judgment in favor of Plaintiff and against Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC, and Elias Shokrian a/k/a Elias Shakrian, jointly and severally, in the amount of $29,000.62 [D.E. 48, para. 2].

2. Plaintiff's Counsel obtained a judgment against Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC, and Elias Shokrian a/k/a Elias Shakrian, jointly and severally, in the amount of $85,245.00 as attorney's fees. [D.E. 52, pg. 5].

3. The combined amount of the judgment is for $114,245.62. A true and correct copy of the Judgment is attached hereto as **Exhibit A**.  A true and correct copy of the Memorandum Opinion and Order for attorneys' fee is attached hereto as **Exhibit B**.

4.  Plaintiff, through undersigned counsel, requests that a writ of garnishment after judgment as to Chase be issued in the amount of $114,245.62.

5.  The judgment is in all things final, valid and subsisting, and it is wholly unsatisfied and unpaid.

6.  Within Plaintiff's knowledge, Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC, and Elias Shokrian a/k/a Elias Shakrian, do not possess property in Texas subject to execution sufficient to satisfy the judgment. This Motion is supported by the Affidavit of Pedro Garcia Arriaga attached hereto as **Exhibit C**.

7.  Plaintiff has reason to believe that Garnishee Chase is indebted to, or possess non-exempt property belonging to, Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC, and Elias Shokrian a/k/a Elias Shakrian, jointly and severally.

### Request for Relief

Wherefore, Plaintiff requests that the writ of garnishment be issued as to Garnishee Chase.

Respectfully submitted,

By:    /s/ Niki W. Zhou
Niki W. Zhou
Email: nzhou78@yahoo.com
Texas Bar No. 24085680
Robert L. Manteuffel
Email: rlmanteuffel@sbcglobal.net
Texas Bar No. 12957529
J.H. ZIDELL, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610