IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO GARCIA ARRIAGA, and all     §
others similarly situated under 29 U.S.C.     §
§ 216(B),     §
    §
            Plaintiff,     §
    § Civil Action No. 3:12-CV-0094-D
VS.     §
    §
JESS ENTERPRISES, LLC, et al.,     §
    §
          Defendants.     §

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(1), plaintiff's November 11, 2013 motion for issuance of writ of garnishment after judgment is REFERRED to United States Magistrate Judge Renée Harris Toliver for recommendation or determination. She may conduct a hearing if she determines that a hearing is necessary.

This order of reference also prospectively refers all procedural motions (*e.g.*, to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the motion.

**SO ORDERED**.

November 12, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE