AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas ▾

| | |
|---|---|
| ARRIAGA | ) |
| | ) |
| v. | ) Case No.:3:12-cv-00094-D |
| JESS ENTERPRISES, ET AL | ) |
| | ) |
| | ) |

**BILL OF COSTS**

*Jess Enterprises, LLC, SEJ Properties L.P., CALIFCO LLC, and Elias Shokrian, a/k/a, Elias Shakrian*

Judgment having been entered in the above entitled action on *August 19, 2013* against *Jess Enterprises, LLC, SEJ Properties L.P., CALIFCO LLC, and Elias Shokrian a/k/a, Elias Shakrian*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 780.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 1,118.05 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 200.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 269.85 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 350.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 1,368.90 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL $ | 4,136.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service        ☑ First class mail, postage prepaid

☐ Other:

s/ Attorney: *[signature]*

Name of Attorney: *Robert L Mantenheu*

For: *Plaintiff Pedro Garcia Arriaga*        Date: *November 5, 2013*
   *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____$4,136.80_____ and included in the judgment.

KAREN MITCHELL        By: _____S/Thomas Drew_____        11/19/2013
   *Clerk of Court*                *Deputy Clerk*                   *Date*