# Plaintiff's Motion for Issuance of Writ of Garnishment After Judgment

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO GARCIA ARRIAGA, and all             §
others similarly situated under 29 U.S.C.  §
§ 216(B),                                  §
                                           §
                    Plaintiff,             §
                                           §  Civil Action No. 3:12-CV-0094-D
VS.                                        §
                                           §
JESS ENTERPRISES, LLC, et al.,             §
                                           §
                    Defendants.            §

## JUDGMENT

This civil action came on for trial on August 19, 2013. Counsel for defendants Jess Enterprises, LLC ("Jess"), SEJ Properties, L.P. ("SEJ"), Califco, LLC ("Califco"), and Elias Shokrian, also known as Elias Shakrian ("Shokrian"), announced that he had been terminated as defendants' counsel, and he was permitted to withdraw. Because Jess, SEJ, and Califco are not permitted to appear in this court *pro se*, the court entered default judgments as to these defendants. Plaintiff waived a jury trial, and the court convened a bench trial of plaintiff's action against Shokrian. The same evidence offered against Shokrian established plaintiff's damages claims against Jess, SEJ, and Califco.

Accordingly, it is ordered and adjudged that plaintiff recover judgment against Jess, SEJ, Califco, and Shokrian, jointly and severally, in the principal sum of $14,500.31, liquidated damages in the sum of $14,500.31, and post-judgment interest thereon at the rate of 0.12% per annum. Plaintiff shall also recover attorney's fees and expenses in the sum that the court awards by separate ruling on timely application made no later than 21 days after the date of this judgment.

Plaintiff's taxable costs of court, as calculated by the clerk of court, are taxed against defendants Jess, SEJ, Califco, and Shokrian, jointly and severally.  Defendants shall bear their own taxable costs of court.

Done at Dallas, Texas August 19, 2013.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE