# Plaintiff's Motion for Issuance of Writ of Garnishment After Judgment

# Exhibit D

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br>*Plaintiff,*<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC, and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br>*Defendants.* | § § § § § § § § § § § § § § § | Cause No. 3:12-cv-00094-D-BK |

## AFFIDAVIT OF PEDRO GARCIA ARRIAGA

STATE OF TEXAS     )
                      )    S.S.:
COUNTY OF *Dallas*  )

1. My name is Pedro Garcia Arriaga, I am over eighteen years of age; I reside in the United States and I have personal knowledge of the matters set forth herein.

2. I am the named Plaintiff in the case of Pedro Garcia Arriaga v. Jess Enterprises, LLC, et al, Case number 3:11-cv-00094-D-BK.

3. The amount of the final judgment in favor of Pedro Garcia Arriaga for damages and attorneys' fees, combined, against Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian a/k/a Elias Shakrian, jointly and severally, is in the sum of $118,382.42.

4. This judgment is just, due and unpaid.

5. Upon information and belief, based upon the knowledge gained during my employment with Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias

AFFIDAVIT OF PEDRO GARCIA ARRIAGA                                                    PAGE 1

Shokrian a/k/a Elias Shakrian, do not possess property in Texas subject to execution sufficient to satisfy the judgment.

6. The garnishment is not sought to injure the Defendants or the garnishee

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 25 day of November, 2013.

_____
**AFFIANT
PEDRO GARCIA ARRIAGA**

SWORN TO and SUBSCRIBED before me by Pedro Garcia Arriaga, personally known to me, on November 25th , 2013.

_____
Notary Public in and for the
State of Texas

ROSA OWENS
Notary Public, State of Texas
My Commission Expires
December 02, 2014

**INTERPRETER'S ACKNOWLEDGEMENT:**

On November 25 , 2013, Rosa Owens, personally known to me, affirmed that the foregoing was translated for PEDRO GARCIA ARRIAGA and that he fully understood and affirmed the contents of the foregoing.

_____
Rosa Owens
(Interpreter's signature)

SWORN TO and SUBSCRIBED before me by Rosa Owens on November 25 , 2013.

ROBERT LEE MANTEUFFEL
Notary Public, State of Texas
My Commission Expires
December 12, 2015

_____
Notary Public in and for the
State of Texas

**AFFIDAVIT OF PEDRO GARCIA ARRIAGA**                    **PAGE 2**