IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA, and all others similarly situated under 29 U.S.C. § 216(B), | § § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:12-CV-0094-D |
| VS. | § § | |
| JESS ENTERPRISES, LLC, et al., | § § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(1), plaintiff's November 25, 2013 first amended motion for issuance of writ of garnishment after judgment is REFERRED to United States Magistrate Judge Renée Harris Toliver for recommendation or determination. She may conduct a hearing if she determines that a hearing is necessary.

This order of reference also prospectively refers all procedural motions (*e.g.*, to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the motion.

**SO ORDERED**.

December 4, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE