## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA, AND All Others Similarly Situated under 29 USC § 216(b)<br><br>Plaintiffs.<br><br>vs.<br><br>JESS ENTERPRISES, LLC, SEJ PROPERTIES L.P., CALIFCO LLC, AND ELIAS SHOKRIAN<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:12-CV-00094-D-BK |

### NOTICE OF APPEARANCE AS LEAD COUNSEL FOR DEFENDANTS JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO LLC, AND ELIAS SHOKRIAN

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is now given that the undersigned attorney, Lloyd Ward, of Lloyd Ward & Associates PC, is entering an appearance as lead counsel in this matter for Defendants Jess Enterprises LLC, SEJ Properties L.P., Califco LLC, and Elias Shokrian, for the purpose of receiving all notices, filings, correspondence or orders from this Court or the Parties

Respectfully submitted,

/s/Lloyd Ward
Lloyd E. Ward
Bar Card #20845100
Lloyd Ward & Associates, P.C.
12655 Central Expressway, Ste. 1000
Dallas, Texas   75243
Email: lward@lloydward.com
Telephone (972) 361-0036
Facsimile (972) 361-0039
**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.   The electronic case filing system sent a "notice of Electronic filing" to the attorney's of Record who have consented to accept this Notice as service of this document by electronic means.

/s/ Lloyd Ward
Lloyd Ward