# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

PEDRO GARCIA ARRIAGA, And All Others §
Similarly Situated under 29 USC § 216(b) §
§
§
       Plaintiffs, §
§
vs. §    CIVIL ACTION NO.
§    3:12-CV-00094-D-BK
§
JESS ENTERPRISES, LLC, SEJ PROPERTIES §
L.P., CALIFCO LLC, AND ELIAS SHOKRIAN §
§
§
       Defendants. §

## NOTICE OF APPEAL FOR DEFENDANTS
## JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P.,
## CALIFCO LLC, AND ELIAS SHOKRIAN

Notice is hereby given that Jess Enterprises, LLC, SEJ Properties L.P., Califco LLC, and

Elias Shokrian, Defendants in the above referenced cause of action, hereby appeal to the United

States Court of Appeals for the 5th Federal Circuit from the Judgment and Memorandum Opinion

and Order for Attorney's Fees, entered on this action on the 5th day of November 2013.

                               Respectfully submitted,

                               /s/Lloyd Ward
                               Lloyd E. Ward
                               Bar Card No. 20845100
                               **Lloyd Ward & Associates, P.C.**
                               12655 Central Expressway, Ste. 1000
                               Dallas, Texas  75243
                               Email: lward@lloydward.com
                               Telephone (972) 361-0036
                               Facsimile (972) 361-0039
                               **ATTORNEY FOR DEFENDANTS**

**NOTICE OF APPEAL FOR DEFENDANTS - Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "notice of Electronic filing" to the attorney's of Record who have consented to accept this Notice as service of this document by electronic means.

/s/ Lloyd Ward
Lloyd Ward

**NOTICE OF APPEAL FOR DEFENDANTS - Page 2**