IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under 29 U.S.C. 216(b), *Plaintiff,* <br><br> v. <br><br> JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P, CALIFCO, LLC and ELIAS SHOKRIAN *also known as* ELIAS SHAKRIAN, *Defendants.* | § § § § § § § § § § § § § | Cause No. 3:12-cv-00094-D-BK |

THE STATE OF TEXAS
TO EACH SHERIFF OF THE STATE:

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, JPMorgan Chase Bank, National Association with Texas registered agent, C T Corporation, 350 N. St. Paul St., Ste. 2900, Dallas, TX 75201, to serve an answer to this writ on J.H. Zidell, Esq., Plaintiff's Attorney, whose address is 6310 LBJ Freeway, Ste. 112, Dallas, Texas 75240, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC, and Elias Shokrian a/k/a Elias Shakrian (S.S.N. XXX-XX-7417), who upon information and belief, maintain a bank account with Garnishee, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC, and Elias Shokrian a/k/a Elias Shakrian the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiff's motion is for $$118,382.42.

Dated on _March 03_, 2014.

KAREN MITCHELL
As Clerk of the Court

By: _____ as Deputy Clerk.