## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b), | § § § | |
| Plaintiff, | § § | |
| v. | § § | 3:12-cv-00094-D-BK |
| JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN also known as ELIAS SHAKRIAN, | § § § § | |
| Defendants. | | |

## NOTICE OF APPEARANCE

Jack Siegel of the Siegel Law Group enters his appearance on behalf of Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco LLC, and Elias Shokrian in all further proceedings in this cause of action, and requests that all pleadings, notices and documents filed or served in this case be sent to him.

Dated: March 12, 2014                    Respectfully Submitted,

The SIEGEL Law Group

By: /s/ Jack L. Siegel
Jack Siegel
Texas Bar No. 24070621
Jack@Siegellawgroup.biz
2728 Welborn, Suite 106
Dallas, TX 75219
Tel. 469.249.2889
Fac. 469.339.0204
www.siegellawgroup.biz

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "notice of Electronic filing" to the attorneys of Record who have consented to accept this Notice as service of this document by electronic means.

<u>/s/ Jack Siegel</u>
Jack Siegel