IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and** | § | |
| **all others similarly situated** | § | |
| **under 29 U.S.C. 216(b),** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause No. 3:12-cv-00094-D-BK** |
| | § | |
| **JESS ENTERPRISES, LLC,** | § | |
| **SEJ PROPERTIES, L.P,** | § | |
| **CALIFCO, LLC, and ELIAS SHOKRIAN** | § | |
| *also known as* | § | |
| **ELIAS SHAKRIAN,** | § | |
| *Defendants.* | § | |

## NOTICE OF DISASSOCIATION WITH FIRM

**COMES NOW,** Niki W. Zhou, Counsel of Record for the Plaintiff(s), and files her Notice of Disassociation with her current law firm J.H. Zidell P.C., and in support thereof, would respectfully show the court as follows:

Counsel Niki W. Zhou is no longer associated with J.H. Zidell P.C. Therefore, Counsel Niki W. Zhou requests that she be removed as counsel of record in this case, and no longer be notified by the Northern District of Texas ECF System in regards to the above case.

Respectfully submitted,

by: /s/ Niki W. Zhou
Niki W. Zhou
Texas Bar No. 24085680
J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address:  nzhou78@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 13th Day of March, 2014.

/s/ Niki W. Zhou
Niki W. Zhou