# OFFICER'S RETURN

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

MAR 1 2 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

CAUSE #: _312 CV 00094 D BK_

STYLED: _Pedro Garcia Arriaga_
                    Vs
_Jess Enterprises LLC_
                _Ral CT Corp_

**ON INDIVIDUALS:**

CAME TO HAND on this the ___6___ day of ___March_____, 20 _14_,

at _8.29_ o'clock _A_ m and delivered to the defendant, _JP Morgan Chase bank_
located at _____
in the County of Dallas, State of Texas, on the _6_ day of _March_____, 20 _14_
service _MMM Email_____ at _____ o'clock _6_ m.

~~By delivering to its Registered Agent for Service C. T. Corporation System, by delivering to its Registered Agent for service at 1999 Bryan Ste. 900, Dallas, Texas 75201~~

**ON CORPORATIONS**

CAME TO HAND on this the _____ day of _____ 20_____, at ____
_____ o'clock _____m, and delivered to the defendant,_____
_____ a Corporation by delivering to _____
_____ President, Vice-President, Registered Agent, in person,
located at _____ in the County
of Dallas, State of Texas, on the _____ day of _____ 20____, at _____
o'clockm.

**ON BUSINESS & COMPANIES:**

CAME TO HAND on this the _____ day of _____, 20____,
at _____ o'clock_____m, and delivered to the defendant, _____
_____ doing business as _____
_____in person, located at _____
_____in the County of Dallas, State of Texas, on the _____ day of
_____ 20_____, at _____ o'clock _____m.

**BEN ADAMCIK**
**CONSTABLE PCT.3,**
**DALLAS COUNTY**

**CONSTABLE BEN ADAMCIK**
Precinct 3, Dallas County, Texas

_____ Badge# _3741_
Signature: Deputy Constable

Fee for Service: $___140___

SWORN TO BEFORE ME THE UNDERSIGNED AUTHORITY, this the _____ day
of _____, 20_____.

_____
Notary Public – Dallas County

2014 MAR -6 AM 9:29
DALLAS COUNTY
CONSTABLE PCT. 3

**$PAID** 37/ 6/1

Case 3:12-cv-00094-BK   Document 70   Filed 03/12/14   Page 2 of 3   PageID 646
Case 3:12-cv-00094-D   Document 67   Filed 03/03/14   Page 1 of 1   PageID 640

002798  3/3

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br>*Plaintiff,*<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P,<br>CALIFCO, LLC and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 3:12-cv-00094-D-BK |

THE STATE OF TEXAS
TO EACH SHERIFF OF THE STATE:

### WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, JPMorgan Chase Bank, National Association with Texas registered agent, C T Corporation, 350 N. St. Paul St., Ste. 2900, Dallas, TX 75201, to serve an answer to this writ on J.H. Zidell, Esq., Plaintiff's Attorney, whose address is 6310 LBJ Freeway, Ste. 112, Dallas, Texas 75240, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC, and Elias Shokrian a/k/a Elias Shakrian (S.S.N. XXX-XX-7417), who upon information and belief, maintain a bank account with Garnishee, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC, and Elias Shokrian a/k/a Elias Shakrian the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiff's motion is for $$118,382.42.

Dated on _____March 03_, 2014.

KAREN MITCHELL
As Clerk of the Court

By: _____   as Deputy Clerk.



CONSTABLE, PRECINCT 3
BEN ADAMCIK
10056 Marsh Ln., Rm. 230
Dallas, Texas 75229-6067

RETURN SERVICE REQUESTED

FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 01.61⁰
02 1R
0002010651    MAR 10 2014
MAILED FROM ZIP CODE 75202

MAR 2 2014

US Northern District Court
1100 Commerce St
#1452
Dallas  TX  75242

752428131O C001