**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b), | § § § | |
| Plaintiff, | § | |
| v. | § § | 3:12-cv-00094-D-BK |
| JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN also known as ELIAS SHAKRIAN, | § § § § | |
| Defendants. | | |

## ORDER DISSOLVING WRIT OF GARNISHMENT

This Court, having Considered Defendants' Motion to Dissolve the March 3, 2014 Writ of Garnishment, and arguments of counsel, is of the opinion that the Motion should be Granted. It is, therefore,

ORDERED that the Writ of Garnishment issued on March 3, 2014 is DISSOLVED.

SIGNED this _____ day of _____, 2014.

_____
Judge Presiding