IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under 29 U.S.C. 216(b),<br>*Plaintiff,*<br><br>v.<br><br>JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN *also known as* ELIAS SHAKRIAN,<br>*Defendants.* | § § § § § § § § § § § § | Civil Action No. 3:12-cv-00094-D-BK |

**JPMORGAN CHASE BANK'S
ORIGINAL ANSWER TO WRIT OF GARNISHMENT
AND ORIGINAL COUNTERCLAIM**

JPMorgan Chase Bank, N.A., Garnishee in the above-captioned cause, files this Original Answer to the Post-Judgment Writ of Garnishment issued on March 3, 2014, and its Original Counterclaim, and would respectfully show the Court as follows:

**ORIGINAL ANSWER**

1. The Writ was served on Garnishee on March 6, 2014, by service upon Garnishee's registered agent, CT Corporation, in Dallas, Texas.

2. At the time the Writ was served on it, Garnishee was indebted to SEJ Properties, LP ("SEJ") in the amount of EIGHT THOUSAND, TWENTY-TWO AND 14/100 DOLLARS ($8,022.14). Garnishee was also indebted to Califco, LLC ("Califco") in the amount of ONE HUNDRED FIFTY-FOUR THOUSAND, NINE HUNDRED THIRTY-FIVE AND 10/100 DOLLARS ($154,935.10). Garnishee was not indebted to Jess Enterprises, LLC or Elias Shokrian a/k/a Elias Shakrian.

3.    At the time the Writ was served on it, Garnishee was not in possession of any other effects belonging to Defendants.

4.    As of the date of this Original Answer to Writ of Garnishment, Garnishee is indebted to SEJ in the sum of EIGHT THOUSAND, FIFTY-FOUR AND 31/100 DOLLARS ($8,054.31). Garnishee is also indebted to Califco in the sum of ONE HUNDRED FIFTY-FOUR THOUSAND, NINE HUNDRED THIRTY-FIVE AND 10/100 DOLLARS ($154,935.10). Garnishee is not indebted to Jess Enterprises, LLC or Elias Shokrian a/k/a Elias Shakrian.

5.    As of the date of this Original Answer to Writ of Garnishment, Garnishee is not in possession of any other effects belonging to Defendants.

6.    Garnishee does not have any knowledge of any other person who is indebted to or has possession of any other effects belonging to Defendants.

**ORIGINAL COUNTERCLAIM**

7.    As a result of the service of the Writ of Garnishment, it has been necessary for Garnishee to employ the undersigned attorney to answer the Writ herein and to otherwise represent it. Thus, under Texas law, Garnishee is entitled to recover its costs and a reasonable attorney's fee, and submits that $600.00 would be a reasonable attorney's fee. In the event of an appeal to the court of appeals, Garnishee would be further entitled to $2,500.00 as a reasonable attorney's fee. In the event of an appeal to the Supreme Court, Garnishee would be entitled to an additional $1,500.00.

WHEREFORE, JPMorgan Chase Bank holds the sum of ONE HUNDRED SIXTY-TWO THOUSAND, NINE HUNDRED EIGHTY-NINE AND 41/100 DOLLARS ($162,989.41), pending the disposition of this cause, and respectfully requests that, on final hearing of this cause, the following relief:

(1)    That all claims to such sum be determined and adjudicated, and that Garnishee be discharged from all liability to Plaintiff and Defendants respecting this fund.

(2)    That Garnishee recover against Plaintiff or Defendants its costs and expenses, including a reasonable attorney's fee in a total amount of at least Six Hundred and 00/100 Dollars ($600.00).

(3)    For such other and further relief, general or special, at law or equity, to which Garnishee may show itself justly entitled.

Respectfully submitted,

Truman E. Spring, Jr.
Texas Bar No. 18966550
Federal Bar No. 16419
SPRING LAW FIRM
1412 Main Street, Suite 400
Dallas, Texas 75202
(214) 752-3113
(214) 752-3434 Facsimile
tspring@springlawfirm.com
ATTORNEY FOR JPMORGAN CHASE BANK, N.A.

## CERTIFICATE OF SERVICE

I certify that on March 26, 2014, I served a true and correct copy of the foregoing pleading as shown below on the following counsel of record:

Niki W. Zhou
J.H. ZIDELL, PC
6310 LBJ Freeway, Suite 112
Dallas, Texas 75240
Via telephonic document transfer to (972) 386-7610

Truman E. Spring, Jr.

JPMORGAN CHASE BANK'S ORIGINAL ANSWER TO WRIT OF GARNISHMENT AND ORIGINAL COUNTERCLAIM - Page 3

## VERIFICATION

STATE OF OHIO                          §
                                       §
COUNTY OF FRANKLIN                     §

My name is Travis McCauley. I am an authorized representative for JPMorgan Chase Bank, N.A., herein named Garnishee. I have read the foregoing Original Answer to Writ of Garnishment and Original Counterclaim, as such representative of the Bank. Based upon the Bank's records concerning this matter, I have personal knowledge of all factual statements therein contained, and such statements are true and correct.

DOCUMENT REVIEW SPECIALIST

Travis McCauley, Authorized Representative
JPMorgan Chase Bank, N.A.

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, on this the 24 day of March, 2014, to certify which witness my hand and official seal.

Notary Public in and for the State of Ohio

JOANN A. CAW
Notary Public, State of Ohio
My Comm. Expires May 2, 2016

Disclaimer:
These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

**JPMORGAN CHASE BANK'S ORIGINAL ANSWER TO WRIT OF GARNISHMENT AND ORIGINAL COUNTERCLAIM - Page 4**