# TRUMAN E. SPRING, JR.
## ATTORNEY AT LAW

WWW.SPRINGLAWFIRM.COM

1412 MAIN STREET, SUITE 400
THE ADOLPHUS TOWER
DALLAS, TEXAS 75202.4083

PHONE: 214.752.3113
FAX: 214.752.3434
TSpring@SpringLawFirm.com

March 26, 2014

**Via E-Filing**
Clerk, United States District Court
Northern District of Texas
1100 Commerce St. Room 1452
Dallas, TX 75242

Re: Cause No. 3:12-cv-00094-D-BK, in the U.S. Dist. Court, N.D. Tex., Dallas Div.; *Pedro Garcia Arriaga and all others similarly situated under 29 U.S.C. 216(b) vs. JESS Enterprises, LLC, SEJ Properties, LP, CALIFCO, LLC and Elias Shokrian a/k/a Elias Shakrian*

Please:

___ For your information

_X_ File

___ Self-addressed, stamped envelope enclosed

___ Filing fee enclosed

_X_ Return file-stamped copy

___ Per your request

Sincerely yours,

Angela Spring
Assistant to Truman E. Spring, Jr.

Encls: **JPMorgan Chase Bank, N.A.'s Original Answer to Writ of Garnishment and Original Counterclaim**

cc:    Niki W. Zhou, Esq. [**via fax (972) 386-7610 w/encl. – 5 pages**]