**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b), | § § § | |
| Plaintiff, | § § | |
| v. | § § | 3:12-cv-00094-D-BK |
| JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN also known as ELIAS SHAKRIAN, | § § § § § | |
| Defendants. | | |

## ORDER

This Court, having Considered Defendants' Motion to Stay Garnishment Proceedings and Request for Emergency Hearing is of the opinion that the Motion should be Granted. It is, therefore,

**ORDERED** that the Garnishment Proceedings are stayed pending hearing on Defendants' Motion to Dissolve Writ of Garnishment (Doc. 71); and

**ORDERED** that the Motion to Dissolve Writ of Garnishment be scheduled for hearing on _____ Central time at the United States District Court for the Northern District of Texas.

SIGNED this _____ day of March, 2014.

_____
Judge Presiding