**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and** | § | |
| **all others similarly situated** | § | |
| **under 29 U.S.C. 216(b),** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause No. 3:12-cv-00094-D-BK** |
| | § | |
| **JESS ENTERPRISES, LLC,** | § | |
| **SEJ PROPERTIES, L.P.,** | § | |
| **CALIFCO, LLC and ELIAS SHOKRIAN** | § | |
| *also known as* | § | |
| **ELIAS SHAKRIAN,** | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY GARNISHMENT**
**PROCEEDINGS AND REQUEST FOR EMERGENCY HEARING**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Pedro Garcia Arriaga ("Plaintiff") files this Response to Defendants' Motion to

Stay Garnishment Proceedings and Request for Emergency Hearing (Doc. 74) ("Motion"). The

Plaintiff requests that this Motion be DENIED and, in support, shows as follows:

1. Plaintiff Pedro Garcia Arriaga obtained a final judgment in favor of Plaintiff and against Jess

   Enterprises, LLC, SEJ Properties, L.P., Califco, LLC, and Elias Shokrian a/k/a Elias

   Shakrian, jointly and severally in the amount of $29,000.62 on August 19, 2013. (Doc 48,

   Para. 2).

2. Plaintiff's Counsel obtained a judgment against Jess Enterprises, LLC, SEJ Properties, L.P.,

   Califco, LLC, and Elias Shokrian a/k/a Elias Shakrian, jointly and severally in the amount of

   $89,381.80 as attorney's fees and costs on November 5, 2013. (Doc 52, P. 5; Doc. 58).

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY GARNISHMENT**
**PROCEEDINGS AND REQUEST FOR EMERGENCY HEARING     Page 1 of 3**

3. The combined amount of the judgment is for $118,382.42. (Doc. 48; Doc. 52).

4. The judgment is in all things final, valid, and subsisting, and it is wholly unsatisfied and unpaid.

5. Defendants filed a Notice of Appeal with the District Court on December 4, 2013, appealing the Memorandum Opinion and Order for Attorneys' Fees and failed to post a Superseades Bond in order to effectuate a stay on the judgment. (Doc. 62).

6. Plaintiff was issued a Writ of Garnishment in order to garnish Defendants' bank account and protect its final, valid, and subsisting judgment against Defendants on March 3, 2014. (Doc. 67).

7. The Writ was served on Garnishee JPMorgan Chase Bank, N.A., by the Constable on March 6, 2014. The Constable filed Return of Service on March 12, 2014. (Doc. 70).

8. Defendants filed a Motion to Dissolve Writ of Garnishment on March 21, 2014, without Conferencing the Attorneys of Record. (Doc. 71).

9. The Plaintiff filed a Notice of Garnishment on the Defendants, complying with Tex. R. Civ. P. 663a, on March 24, 2014. (Doc 72).

10. Defendants filed the Motion being responded to herein on March 26, 2014. (Doc. 74).

11. Plaintiff filed a Response to Defendants' Motion to Dissolve Writ of Garnishment on March 27, 2014. (Doc. 75).

12. The Defendants filed the Motion to Dissolve Writ of Garnishment without conferencing with attorneys of record. The law firm representing the Plaintiff has only one attorney available to make an appearance, and that attorney has limited availability due to conflicts involving other cases. For these reasons, the Plaintiff requests that the Court provide a schedule of the

available times for the hearing so Counsel may confer and find a mutually agreeable time for the hearing.

WHEREFORE, the Plaintiff hereby requests that the Court provide Counsel with a schedule of the available times for a hearing so the Counsel may confer and determine a mutually agreeable time.

Respectfully submitted,

By: /s/ Robert L. Manteuffel
Robert L. Manteuffel
Email: rlmanteuffel@sbcglobal.net
State Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
J.H. ZIDELL, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 27th day of March, 2014.

/s/ Robert L. Manteuffel
Robert L. Manteuffel

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY GARNISHMENT PROCEEDINGS AND REQUEST FOR EMERGENCY HEARING    Page 3 of 3**