**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b), | § § § | |
| Plaintiff, | § § | |
| v. | § § | 3:12-cv-00094-D-BK |
| JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN also known as ELIAS SHAKRIAN, | § § § § | |
| Defendants. | | |

## ORDER

This Court, having Considered Defendants' Opposed Motion for Permission to File Irrevocable Letter of Credit in Lieu of Supersedeas Bond and Stay of Garnishment Proceedings is of the opinion that the Motion should be GRANTED. It is, therefore,

**ORDERED** that the Defendants may file an irrevocable letter of credit, in lieu of a supersedeas bond, in the amount of $142,308.90 to stay execution of the garnishment proceedings pending appeal;

**ORDERED** that the Garnishment Proceedings are stayed for ten days while Defendants procure and file an irrevocable letter of credit with the Court; and

**ORDERED** that Defendants must file the irrevocable credit with the court in the following manner:

_____

_____

_____

SIGNED this _____ day of _____, 2014.

_____
Judge Presiding