## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and** | § | |
| **all others similarly situated** | § | |
| **under 29 U.S.C. 216(b),** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause No. 3:12-cv-00094-D-BK** |
| | § | |
| **JESS ENTERPRISES, LLC,** | § | |
| **SEJ PROPERTIES, L.P.,** | § | |
| **CALIFCO, LLC and ELIAS SHOKRIAN** | § | |
| *also known as* | § | |
| **ELIAS SHAKRIAN,** | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S MOTION TO DISBURSE GARNISHED FUNDS

Comes Now Plaintiff, Pedro Garcia Arriaga ("Plaintiff" or "Arriaga"), by and through undersigned counsel and hereby files Plaintiff's Motion to Disburse Garnished Funds held by JPMorgan Chase Bank, N.A., and in support thereof states as follows:

### A. INTRODUCTION

1. On March 3, 2014 Plaintiff filed Plaintiff's Motion for Issuance of Writ of Garnishment after Judgment.

2. On March 3, 2014, the Deputy Clerk issued the Writ of Garnishment as to JPMorgan in the amount of $118,382.42. (DE 67).

3. On March 26, 2014, Garnishee JPMorgan Bank, N.A., ("Garnishee" or "JPMorgan") filed its Answer to the Writ of Garnishment reflecting that JPMorgan was indebted to Defendant SEJ Properties, LP, in the amount of EIGHT THOUSAND, TWENTY-TWO AND 14/100 DOLLARS ($8,022.14). Garnishee was also indebted to Defendant Califco, LLC

---

("Califco") in the amount of ONE HUNDRED FIFTY-FOUR THOUSAND, NINE HUNDRED THIRTY-FIVE AND 10/100 DOLLARS ($154,935.10). Garnishee was not indebted to Defendants Jess Enterprises, LLC or Elias Shokrian a/k/a Elias Shokrian. JPMorgan was indebted to the Defendants in the amount of ONE HUNDRED SIXTY-TWO THOUSAND, NINE HUNDRED EIGHTY-NINE AND 41/100 ($162,989.41). (DE 73 at pp. 1-2).

4.  Defendants have not claimed that any of the funds held by JPMorgan are exempt from garnishment.

## B. ARGUMENT AND AUTHORITIES

5.  Plaintiff has complied with the provisions of Tex. Civ. Prac. & Rem. Code § 63.001 *et seq*. and Tex. R Civ. Proc. 657 *et seq*.

6.  The amount held by JPMorgan exceeds the amount set forth in the Writ of Garnishment. Pursuant to Tex. R Civ. Proc. 668, the Plaintiff requests that judgment be rendered against the Garnishee for the full amount of the judgment already rendered against the Defendants, together with interest and costs of the suit in the original case and also in the garnishment proceedings.

7.   The Defendants have not claimed that any of the funds held by JPMorgan are exempt from garnishment.

8.  As the $118,382.42 held by JPMorgan is not subject to any claim for exemption, Plaintiff respectfully requests that the Court issue an Order requiring Garnishee to issue said $118,382.42 to the Client Trust Account J.H. Zidell, P.C. within five days of the Court's Order.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court issue an Order requiring Garnishee to issue said $118,382.42 to the Client Trust Account J.H. Zidell, P.C. within five days of the Court's Order, and award Plaintiff all such other relief, at law or in equity, to which Plaintiff may be entitled.

Respectfully submitted,

By:    /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address:  rlmanteuffel@sbcglobal.net

## CERTIFICATE OF CONFERENCE

I hereby certify that undersigned counsel conferred with Counsel for the Defendants, Jack Lewis Siegel, Truman E. Spring, Jr., Lloyd Ward, via e-mail on March 28, 2014 concerning the relief sought in this Motion and Defendants oppose the Motion. Garnishee would prefer that the other Parties agree to the entry of an agreed judgment.
.

/s/ Robert L. Manteuffel
Robert L. Manteuffel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 31st day of March, 2014.

/s/ Robert L. Manteuffel
Robert L. Manteuffel
Counsel for the Plaintiff