IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA, and all others similarly situated under 29 U.S.C. § 216(B), | § § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:12-CV-0094-D |
| VS. | § § | |
| JESS ENTERPRISES, LLC, et al., | § § | |
| Defendants. | § § | |

**ORDER**

Following the entry of a final judgment in this case, plaintiff undertook post-judgment collection efforts. One of the entities from whom he seeks to collect through post-judgment writ of garnishment is JPMorgan Chase Bank, N.A. ("JPMorgan Chase Bank"). Based on my spouse's stock ownership in JPMorgan Chase & Co., I uniformly recuse when JPMorgan Chase Bank is a party to a lawsuit unless it is merely a formal or nominal party, i.e., not a real party in interest in the litigation. On March 26, 2014, however, JPMorgan Chase Bank not only answered the writ of garnishment but filed a counterclaim against plaintiff. I have therefore determined that I should recuse myself from all post-judgment proceedings involving JPMorgan Chase Bank. And because it appears to be both unmanageable and inadvisable to attempt to preside over some, but not all, aspects of the post-judgment proceedings, I hereby recuse from further involvement in this case.

The clerk of court is requested to reassign the case according to the usual procedure.

**SO ORDERED**.

March 31, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE