## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA** and all others similarly situated under 29 U.S.C. 216(B),<br><br>Plaintiff,<br><br>v.<br><br>**JESS ENTERPRISES, LLC; SEJ PROPERTIES, L.P.; CALIFCO, LLC; and ELIAS SHOKRIAN** a/k/a Elias Shakrian,<br><br>Defendants,<br><br>v.<br><br>**JPMORGAN CHASE BANK, N.A.,**<br><br>Garnishee. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. **3:12-CV-94-L** |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), Defendants' Motion to Dissolve Writ of Garnishment, filed March 21, 2014; Motion to Stay Garnishment Proceedings and Request for Emergency Hearing, filed March 26, 2014; Amended Opposed Motion for Permission to File Irrevocable Letter of Credit in Lieu of Supersedeas Bond and Stay of Garnishment Proceedings, filed March 28, 2014; and Plaintiff's Motion to Disburse Garnished Funds, filed March 31, 2014, are hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and for the United States Magistrate Judge to submit to the court proposed findings and recommendations for disposition of the motion.  This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution.  All

**Order of Reference – Page 1**

future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

**It is so ordered** this 1st day of April, 2014.

Sam A. Lindsay
United States District Judge

**Order of Reference – Page 2**