IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under 29 U.S.C. 216(b), | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Cause No. 3:12-cv-0094-L |
| JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN *also known as* ELIAS SHAKRIAN, | § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD

COMES NOW the undersigned counsel for the Plaintiff, pursuant to the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of Texas and the Judge Specific Requirements of the Court to which this case has been assigned and files this Notice of Appearance of Counsel of Record as set forth below.

The undersigned hereby gives notice of appearance in this case as counsel of record for the Plaintiff and requests that he be provided with notice by electronic means of any and all documents filed in this case.

Respectfully submitted,

by: _____
Steven M. Levesque
Texas Bar No. 24085434

---

NOTICE OF APPEARANCE AS COUNSEL OF RECORD –
STEVEN M. LEVESQUE

PAGE 1 OF 2

J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address:  slevesquelaw@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 8th day of April, 2014.

_____
Steven M. Levesque
COUNSEL FOR THE PLAINTIFF(S)