## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| v. | § | Cause No. 3:12-cv-00094-L |
| JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## PLAINTIFF AND COUNTER DEFENDANTS' ORIGINAL ANSWER TO JPMORGAN CHASE BANK, N.A., GARNISHEE'S ORIGINAL COUNTERCLAIM

COMES NOW Plaintiff / Counter Defendant Pedro Garcia Arriaga ("Plaintiff" or "Counter Defendant") by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure and hereby files this, Plaintiff's Original Answer to the Original Counterclaim filed by JPMorgan Chase Bank, N.A., Garnishee ("Counter Plaintiff" or "JPMorgan") in Counter Defendant's Original Answer to Writ of Garnishment and Original Counterclaim (**DE 73**) (the "Counterclaim") and would show as follows:

1. Counter Defendant admits the allegation made by JPMorgan in paragraph 7 of the Counterclaim that JPMorgan was served with the Writ of Garnishment issued March 3, 2013, but denies the remaining allegations made in paragraph 7 of the Counterclaim.

2. Counter Defendant denies that JPMorgan is entitled to any of the relief referenced in subparagraphs (1), (2) or (3) of the prayer in Defendant's Original Answer to Writ of Garnishment and Original Counterclaim.

## PRAYER

For these reasons, as set out hereinabove, Counter Defendant asks the Court to enter judgment that Counter Plaintiff take nothing from Counter Defendant by its Counter Claim or otherwise, dismiss Counter Plaintiff's Counter Claim with prejudice, assess costs against Counter Plaintiff or Defendants, Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian *also known as* Elias Shakrian Defendants, and award Counter Defendant all other relief that the Court deems appropriate.

Respectfully submitted,

By:   /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell, Esq.
Texas Bar No. 24071840
J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address: rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 13th day of April, 2014.

/s/ Robert L. Manteuffel
Robert L. Manteuffel
Counsel for the Plaintiff(s)

**PLAINTIFF AND COUNTER DEFENDANTS'**
**ORIGINAL ANSWER TO JPMORGAN CHASE BANK, N.A.,**
**GARNISHEE'S ORIGINAL COUNTERCLAIM**                              **2 OF 2**