IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br>Plaintiff,<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 3:12-cv-00094-L |

## PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PERSONS

**COMES NOW** Pedro Garcia Arriaga**,** ("Plaintiff"), by and through his attorneys of record and files this certificate of interested persons pursuant to Fed. R. Civ. P. 7.1, Local Rule 3.2(e), Local Rule 7.4, Local Rule 81.1(a) (3) (D), and Local Rule 81.2 listing all persons who may have a financial interest in the outcome of this lawsuit.

1. Plaintiff Pedro Garcia Arriaga, c/o J.H. Zidell, P.C.;

2. Garnishee, JPMorgan Chase Bank, N.A.;

3. Counsel for JPMorgan Chase Bank, N.A., Garnishee;

4. Defendant, Jess Enterprises, LLC;

5. Defendant, SEJ Properties, L.P;

6. Defendant, Califco, LLC;

7. Defendant, Elias Shokrian also known as Elias Shakrian;

8. Plaintiff's counsel J.H. Zidell and the law firm of J.H. Zidell, P.C.;

9. Counsel for the Defendants;

**PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PERSONS          1 OF 2**

10. Any person(s) or entities listed in Defendants' or Garnishee's Certificate of Interested

Persons.

Respectfully submitted,

By:  /s/ Robert L. Manteuffel
Robert L. Manteuffel
Texas Bar No. 12957529
J.H. Zidell, Esq.
Texas Bar No. 24071840
J.H. Zidell, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610
E-mail address: rlmanteuffel@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 13th day of April, 2014.

/s/ Robert L. Manteuffel
Robert L. Manteuffel
Counsel for the Plaintiff(s)

**PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PERSONS        2 OF 2**