## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under 29 U.S.C. 216(b),<br><br> *Plaintiff,*<br><br>v.<br><br>JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN *also known as* ELIAS SHAKRIAN,<br><br> *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 3:12-cv-0094-L |

### NOTICE OF DISASSOCIATION WITH FIRM

COMES NOW Steven Levesque, Counsel of Record for the Plaintiff(s), and files his Notice of Disassociation with his current law firm, J.H. Zidell, P.C., and, in support thereof, would respectfully show the Court as follows:

Counsel Steven M. Levesque is no longer associated with J.H. Zidell, P.C.. Therefore, Counsel Steven M. Levesque requests that he be removed as counsel of record in this case, and no longer be notified by the Northern District of Texas ECF System in regards to the above case. The firm J.H. Zidell P.C.—located at 6310 LBJ Freeway, Ste. 112, Dallas, TX 75240—and counsels J.H. Zidell and Robert L. Manteuffel will continue to represent the Plaintiff(s).

Respectfully submitted,

by:   /s/ Steven M. Levesque
      Steven M. Levesque
      Texas Bar No. 24085434
      J.H. Zidell, P.C.
      6310 LBJ Freeway, Ste. 112
      Dallas, Texas 75240
      Tel:    972-233-2264
      Fax:    972-386-7610
      E-mail address:  slevesquelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 27th day of April, 2014.

/s/ Steven M. Levesque
Steven M. Levesque
COUNSEL FOR THE PLAINTIFF(S)