IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **PEDRO GARCIA ARRIAGA,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:12-CV-94-L** |
| § | |
| **JESS ENTERPRISES; SEJ** § | |
| **PROPERTIES, L.P.; CALIFCO, LLC**; § | |
| **AND ELIAS SHOKRIAN,** § | |
| § | |
| Defendants. § | |

# ORDER

Before the court is Defendants' Motion to Dissolve Writ of Garnishment (Doc. 71), filed March 21, 2014; Defendants' Motion to Stay Garnishment Proceedings and Request for Emergency Hearing (Doc. 74), filed March 26, 2014; Defendants' Amended Opposed Motion for Permission to File Irrevocable Letter of Credit in Lieu of Supersedeas Bond and Stay of Garnishment Proceedings (Doc. 78), filed March 28, 2014; and Plaintiff's Motion to Disburse Garnished Funds (Doc. 79), filed March 31, 2014. The postjudgment motions were referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on April 10, 2014, recommending that the court: grant Defendants' Motion to Dissolve Writ of Garnishment (Doc. 71); deny Defendants' Motion to Stay Garnishment Proceedings and Request for Emergency Hearing (Doc. 74); deny Defendants' Amended Opposed Motion for Permission to File Irrevocable Letter of Credit in Lieu of Supersedeas Bond and Stay of Garnishment Proceedings (Doc. 78); and deny Plaintiff's Motion to Disburse Garnished Funds (Doc. 79). Plaintiff filed objections to the Report on April 24, 2014, to which Defendants responded.

Having reviewed the motions, file, record in this case, Report, Plaintiff's objections to the Report, and Defendants' response in opposition to Plaintiff's objections, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **overrules** Plaintiff's objections. Accordingly, the court **grants** Defendants' Motion to Dissolve Writ of Garnishment (Doc. 71); **denies** Defendants' Motion to Stay Garnishment Proceedings and Request for Emergency Hearing (Doc. 74); **denies** Defendants' Amended Opposed Motion for Permission to File Irrevocable Letter of Credit in Lieu of Supersedeas Bond and Stay of Garnishment Proceedings (Doc. 78); and **denies** Plaintiff's Motion to Disburse Garnished Funds (Doc. 79).

**It is so ordered** this 2nd day of May, 2014.

Sam A. Lindsay
United States District Judge