IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b),<br><br>    Plaintiff,<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC and ELIAS SHOKRIAN also known as<br>ELIAS SHAKRIAN,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:12-cv-00094-D-BK |

**JOINT STIPULATION IN RE: SECURITY BOND FOR ORDERS ON APPEAL**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Pedro Garcia Arriaga and Defendants Jess Enterpises, LLC, SEJ Properties, L.P., Califco, LLC ("Corporate Defendants") and Elias Shokrian file this joint stipulation, ("Stipulation") and stipulate to the following:

A.    **BACKGROUND**

1.    Defendants agree to deposit a sum of $133,382.42 (bonded amount) into the IOLTA account of Siegel Law Group PLLC by no later than May 7, 2014 at 1 PM central standard time. This amount consists of $29,000.62 [DE 48]; $85,245.00 [DE 52]; and $4,136.80 [DE 58] plus an additional $15,000 to cover interest on these final orders and costs associated with the appeal. The attorney's fees associated with collection efforts on these final orders and those associated with the pending appeal will be applied for separately and at a future date and are not part of this stipulation.

2.     Jack Siegel, on behalf of the Siegel Law Group PLLC, will confirm receipt of the total bonded amount by email to Plaintiff's Counsel at zabogado@aol.com by 1PM on May 7, 2014.

3.     Jack Siegel, Esq. and Siegel Law Group PLLC  unconditionally agree to hold this total bonded amount in their IOLTA account and agree not disburse any of the "bonded amount" absent Court order.  In the event Plaintiff Appellee prevails, the "bonded amount" will be disbursed by Jack Siegel from the Siegel Law Group PLLC's IOLTA account to the Client Trust Account of JH Zidell PC within 5 days following the issuance of the appellate mandate or an order of dismissal of any of the orders appealed.

4.     The Parties agree to file a joint consent to Magistrate Judge jurisdiction for all remaining matters in this case simultaneously with this stipulation.

5.     In recognition of the foregoing, Plaintiff/Appellee will not engage in collection efforts related to the orders appealed until the expiration of the time period in paragraph 3 above has lapsed and any orders appealed have not been fully satisfied.

6.     The Court will retain jurisdiction to enforce this stipulation. Any motion for sanctions filed by Defendants' Counsel in conjunction with the motion to dissolve writ of garnishment or the other matters referenced in [DE 93] is hereby withdrawn by Counsel for Defendants.

Dated: May 6, 2014                          Respectfully Submitted,

                                            The SIEGEL Law Group

                                                By: /s/ Jack L. Siegel
                                                Jack Siegel
                                                Texas Bar No. 24070621
                                                Jack@Siegellawgroup.biz



2728 Welborn, Suite 106
Dallas, TX 75219
Tel. 469.249.2889
Fac. 469.339.0204
www.siegellawgroup.biz

## ATTORNEYS FOR DEFENDANTS

/S/ JH ZIDELL_____
J.H. Zidell, Esq.
Robert Manteuffel, Esq.
J.H. Zidell P.C.
6310 LBJ FREEWAY #112
DALLAS, TX. 75240
972-233-2264
TEX. BAR # 24071840

## VERIFICATIONS

The following parties agree to be legally bound by the above Stipulation and legally responsible for any material violation and/or default arising from this Stipulation agreed to between the parties on this the 6th day of May 2014:

| | |
|---|---|
| Jack Siegel, Esq., individually | Elias Shokrian, individually |
| Jack Siegel, on behalf of Siegel Law Group PLLC | Elias Shokrian, on behalf of ALL Corporate Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "notice of Electronic filing" to the attorneys of Record who have consented to accept this Notice as service of this document by electronic means.

/s/ Jack Siegel
Jack Siegel