DIVISIONAL OFFICE:        Dallas Division

PLAINTIFF:                Pedro Garcia Arriaga

DEFENDANT:                Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian
                          also known as Elias Shakrian

DOCKET NO:                3:12-cv-00094-L


### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE


   In accordance with the provisions of 28 U.S.C. 636(c), the party(ies) to the above captioned civil matter hereby waive their right to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the above styled case (including the trial) and order entry of a final judgment.


| PARTY OR COUNSEL OF RECORD: | s/ Robert Lee Manteuffel |
|---|---|
| PARTY OR COUNSEL OF RECORD: | s/ Jack Lewis Siegel |
| PARTY OR COUNSEL OF RECORD: | s / |
| PARTY OR COUNSEL OF RECORD: | s / |
| PARTY OR COUNSEL OF RECORD: | s / |