## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and all others similarly situated under 29 U.S.C. 216(B),** | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:12-CV-94-L** |
| **JESS ENTERPRISES, LLC,** *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

According to the clerk's docket sheet, the parties on May 6, 2014, agreed and consented in writing to proceed in this action before a United States Magistrate Judge in accordance with 28 U.S.C. § 636(c). The court hereby **reassigns** this action from the docket of the Honorable Sam A. Lindsay to the docket of the Honorable Magistrate Judge **Renee Harris Toliver** for him/her to conduct all further proceedings and to enter judgment pursuant to 28 U.S.C. § 636(c). Further, any appeal of such judgment shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. 636(c)(3).

**It is so ordered** this 8th day of May, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order - Solo Page**