# EXHIBIT B

## AFFIDAVIT OF ELIAS SHOKRIAN

**STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

Personally came and appeared before me, the undersigned Notary, Elias Shorrian, who is a resident of Los Angeles, CA and this statement and General Affidavit upon oath and personal knowledge that the following facts and matters are true and correct to the best of his knowledge:

1. My name is Elias Shokrian and I am a named individual defendant in the lawsuit pending in the U.S. District Court for the Northern District of Texas, Cause No. 3:12-cv-94-D-BK. ("Case") I am the owner and corporate officer of defendants of Califco, LLC and Jess Enterprises, LLC, which is the General Partner of defendant SEJ Enterprises, L.P.

2. I cannot recall ever meeting or working with Plaintiff. Based on my non-existent relationship with Plaintiff, I repeatedly asked my attorney to obtain my dismissal as an individual defendant from the Case.

3. On August 18, 2013, I had a disagreement with my attorney in the Case on his failure to obtain my dismissal from the Case at anytime prior to trial. I only found out that he had not sought to dismiss me individually from the case during the week preceding trial.

4. During the August 18, 2013 dispute, I never terminated my attorney as counsel. My intention was to keep him as counsel until I could find another attorney. I did, however, ask him to obtain a trial continuance to seek new counsel. I believed that I had a right to obtain a continuance based on his poor performance. I am currently engaged in a legal malpractice suit against him for his representation in the Case

5. In regards to the trial scheduled for the Case, I obtained communications from my attorney making me believe that the trial had been postponed until August 20, 2013. My attorney indicated that the Court had been excused me from the first day of trial on August 19, 2013, based on my prior commitment to attend a court proceeding in another matter.

6. On August 19, 2013, I obtained communication from a maintenance supervisor working for one of the corporate defendants in this case. He indicated that the

court had entered default judgment against Jess Enterprises, SEJ Properties, L.P. and Califco, LLC. He at not time ever explained that the court would conduct a trial against me without counsel or that I needed to show up to court to protect my our my companies' interests.

7.    I am currently engaged in a legal malpractice suit against my former attorney for his representation in the Case. His claim in court that I "terminated" him as counsel came as a surprise and is false.

Dated this the ___15ᵗʰ___ day of May, 2014.

_Elias Shri_

**Affiant, Elias Shokrian**

Sworn to subscribed before me, this ___15ᵗʰ___ Day, May 2014.

**Notary Public**

My Commission Expires: ___9/21/17___



AARON DANIEL AFTERGOOD
COMM. #2042334
Notary Public - California
Los Angeles County
My Comm. Expires Sep. 21, 2017