**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b), | § § § | |
| Plaintiff, | § | |
| v. | § § | 3:12-cv-00094-D-BK |
| JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN also known as ELIAS SHAKRIAN, | § § § § § | |
| Defendants. | | |

**<u>ORDER</u>**

Having considered Defendants' Motion for Relief from Judgment pursuant to Federal Rules of Civil Procedure 60(b) and Request for Expedited Indicative Ruling Pursuant to Rule 62.1, the Court hereby indicates that it would GRANT the Motion if the Fifth Circuit Court of Appeals remands for that purpose on the following grounds:

_____  Judgment should be vacated pursuant to Rule 60(b)(6)

_____  Judgment should be vacated pursuant to Rule 60(b)(1)

_____  Judgment should be vacated pursuant to Rule 60(b)(6)

The Defendants are hereby ORDERED to notify the circuit clerk of this decision pursuant to Appellate Rule of Civil Procedure 12.1.

SIGNED this _____ day of May, 2014.

_____
U.S. Magistrate Judge