## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

PEDRO GARCIA ARRIAGA and all others §
similarly situated under U.S.C. 216(b), §
§
**Plaintiff,** §
v. §
§  No. 3:12-CV-00094-BK
JESS ENTERPRISES, LLC, §
SEJ PROPERTIES, L.P., §
CALIFCO, LLC and ELIAS SHOKRIAN §
also known as §
ELIAS SHAKRIAN, §
§
**Defendants.** §

## AGREED ORDER ADOPTING PARTIES' STIPULATION AS TO SECURITY BOND

Having reviewed the Defendants and Plaintiff's Joint Stipulation Re Security Bond for Orders on Appeal, the Court ratifies and adopts the Parties Stipulation.

THEREFORE IT IS ORDERED that: (1) Defendants are required to keep the $133,382.42 in Defendants Attorney Siegel Law Group PLLC's IOLTA bank account pending appeal and will not release these funds absent a Court order; (2) Defendants will release these funds to Plaintiff c/o the Client Trust Account of JH Zidell P.C. within five days of the issuance of the appellate mandate or the dismissal of the Orders appealed; and (3) the Plaintiff will not engage in any collection efforts related to the orders appealed until after the expiration of such time period described in (2).

SIGNED May 16, 2014.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE