IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b), | §<br>§<br>§<br>§ | |
| *Plaintiff,* | §<br>§ | |
| v. | §<br>§ | **Cause No. 3:12-cv-00094-BK** |
| JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN, | §<br>§<br>§<br>§<br>§<br>§ | |
| *Defendants.* | § | |

**PLAINTIFF'S NOTICE OF FILING ORDER ISSUED BY FIFTH CIRCUIT COURT OF APPEALS**

COMES NOW, Plaintiff Pedro Garcia Arriaga, through undersigned counsel, and files this Notice of Filing Order Issued by Fifth Circuit Court of Appeals, and would respectfully show as follows:

On June 30, 2014, the Fifth Circuit Court of Appeals issued an Order (Document number 00512680728 in case number 13-11327) regarding the following motions pending before it related to the ongoing appeal of this case:

1.  Appellee's opposed motion to dismiss appeal for lack of jurisdiction;

2.  Appellee's opposed alternative motion for partial dismissal in relation to Merits Judgment;

3.  Appellants' motion to remand the case to the district court for the Northern District of Texas, Dallas.

PLAINTIFF'S NOTICE OF FILING ORDER ISSUED
BY FIFTH CIRCUIT COURT OF APPEALS                                                    PAGE 1 OF 2

A copy of the Order issued by the Fifth Circuit Court of Appeals is attached hereto as

**Exhibit A.**  Plaintiff respectfully requests that this Court take notice of the filing of that Order.

Respectfully submitted,

By: /s/ Joshua A. Petersen
Joshua A. Petersen
Email: josh.a.petersen@gmail.com
Texas Bar No. 24085524
Robert L. Manteuffel
Email: rlmanteuffel@sbcglobal.net
State Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
J.H. ZIDELL, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 7th day of July, 2014.

/s/ Joshua A. Petersen
Joshua A. Petersen