## Plaintiff's Notice of Filing Order Issued

## by Fifth Circuit Court of Appeals

# EXHIBIT A

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 13-11327

_____

PEDRO GARCIA ARRIAGA, and all Others Similarly Situated Under 29
U.S.C. 216(B),

       Plaintiff - Appellee

v.

JESS ENTERPRISES, L.L.C.; SEJ PROPERTIES, L.P.; CALIFCO, L.L.C.;
ELIAS SHOKRIAN, also known as Elias Shakrian,

       Defendants - Appellants

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
_____

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:

      IT IS ORDERED that appellee's opposed motion to dismiss appeal for
lack of jurisdiction is carried with the case.

      IT IS FURTHER ORDERED that appellee's opposed alternative motion
for partial dismissal in relation to Merits Judgment is Denied as moot.

IT IS FURTHER ORDERED that appellants' motion to remand the case to the district court for the Northern District of Texas, Dallas, is Denied.