**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**PEDRO GARCIA ARRIAGA,**
          **Plaintiff,**

**v.**                                                                     **Civil Action No. 3:12-CV-0094-BK**

**JESS ENTERPRISES, SEJ
PROPERTIES, L.P., CALIFCO,
LLC, and ELIAS SHOKRIAN,**
          **Defendants.**

**ORDER**

Pursuant to the parties' consent to proceed before the undersigned, Doc. 95, this cause is before the Court on Defendants' *Motion for Relief from Judgment Pursuant to Rule 60(b) and Request for Expedited Indicative Ruling Pursuant to Rule 62.1*, Doc. 97.   Following a bench trial, the District Court entered a default judgment against Defendants.  Doc. 48.  Defendants appealed, Doc. 62, and then filed this motion.  They request post-judgment relief from the default judgment and ask this Court to notify the appellate court that the undersigned intends to grant such relief.  Doc. 97.  The Court of Appeals for the Fifth Circuit has since rendered its opinion and ruled adversely to Defendants.  *See Arriaga v. Jess Enterprises, LLC*, Case No. 13-11327, 2014 WL 6790786 (5th Cir. Dec. 3, 2014).  Accordingly, the relief that Defendants seek is not available.  As such, Defendants' *Motion for Relief from Judgment Pursuant to Rule 60(b) and Request for Expedited Indicative Ruling Pursuant to Rule 62.1*, Doc. 97, is **DENIED AS MOOT.**

SO ORDERED on December 5, 2014.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE