## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and** | § | |
| **all others similarly situated** | § | |
| **under 29 U.S.C. 216(b),** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause No. 3:12-cv-00094-BK** |
| | § | |
| **JESS ENTERPRISES, LLC,** | § | |
| **SEJ PROPERTIES, L.P.,** | § | |
| **CALIFCO, LLC and ELIAS SHOKRIAN** | § | |
| *also known as* | § | |
| **ELIAS SHAKRIAN,** | § | |
| | § | |
| *Defendants.* | § | |

### PLAINTIFF'S NOTICE OF FILING OPINION AND MANDATE ISSUED BY FIFTH CIRCUIT COURT OF APPEALS

COMES NOW, Plaintiff Pedro Garcia Arriaga ("Plaintiff"), by and through undersigned counsel, and files this Notice of Filing Opinion and Mandate Issued by Fifth Circuit Court of Appeals, and would respectfully show as follows:

On December 3, 2014, the Fifth Circuit Court of Appeals issued the following documents related to the ongoing appeal of this case:

1. Opinion (Document number 00512856538 in case number 13-11327);

2. Mandate (Document number 00512856624 in case number 13-11327) and accompanying transmittal letter (Document number 00512856625 in case number 13-11327).

A copy of the Opinion issued by the Fifth Circuit Court of Appeals is attached hereto as

**Exhibit A.**  A copy of the Mandate issued by the Fifth Circuit Court of Appeals and the

accompanying transmittal letter from the Fifth Circuit Clerk's Office is attached hereto as

**Exhibit B.**  Plaintiff respectfully requests that this Court take notice of the filing of the Opinion

and Mandate.

Respectfully submitted,

By: /s/ Joshua A. Petersen
Joshua A. Petersen
Email: josh.a.petersen@gmail.com
Texas Bar No. 24085524
Robert L. Manteuffel
Email: rlmanteuffel@sbcglobal.net
State Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
J.H. ZIDELL, P.C.
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:    972-386-7610

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 5th day of December, 2014.

/s/ Joshua A. Petersen
Joshua A. Petersen