# Plaintiff's Notice of Filing Opinion and Mandate Issued by Fifth Circuit Court of Appeals

# EXHIBIT B

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 03, 2014

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

        No. 13-11327    Pedro Arriaga v. Jess Enterprises, L.L.C.,
                        et al
                        USDC No. 3:12-CV-94

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Melissa Mattingly*

                            By: _____
                            Melissa V. Mattingly, Deputy Clerk
                            504-310-7719

cc w/encl:
        Honorable Sidney A. Fitzwater
        Mr. Robert Lee Manteuffel
        Mr. Jack Lewis Siegel
        Mr. Lloyd Eugene Ward
        Ms. Weina Zhou
        Mr. Jamie Harrison Zidell

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 3, 2014

Lyle W. Cayce
Clerk

No. 13-11327

D.C. Docket No. 3:12-CV-94

PEDRO GARCIA ARRIAGA, and all Others Similarly Situated Under 29 U.S.C. 216(B),

      Plaintiff - Appellee

v.

JESS ENTERPRISES, L.L.C.; SEJ PROPERTIES, L.P.; CALIFCO, L.L.C.; ELIAS SHOKRIAN, also known as Elias Shakrian,

      Defendants - Appellants

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before DAVIS, WIENER, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.

**IT IS FURTHER ORDERED** that defendants-appellants pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest

ISSUED AS MANDATE:  12/03/2014

Clerk, U.S. Court of Appeals, Fifth Circuit

By: /s/ Melissa V. Mattingly
Deputy

New Orleans, Louisiana 12/03/2014