IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br><br>    *Plaintiff,*<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 3:12-cv-00094-BK |

**PLAINTIFF'S NOTICE OF FILING MOTION FOR FINDING OF ENTITLEMENT TO ATTORNEYS' FEES AND COSTS IN FIFTH CIRCUIT COURT OF APPEALS**

COMES NOW, Plaintiff Pedro Garcia Arriaga, through undersigned counsel, and files this Notice of Filing Motion for Finding of Entitlement to Attorneys' Fees in Fifth Circuit Court of Appeals, and would respectfully show as follows:

On December 3, 2014, the Fifth Circuit Court of Appeals issued an Opinion in the ongoing appeal of this case. A copy of that Opinion was previously filed as Exhibit A to Plaintiff's Notice of Filing Opinion and Mandate Issued by Fifth Circuit Court of Appeals. *See* (**DE 104-1**).

On December 9, 2014, Plaintiff filed a Motion for Finding of Entitlement to Attorneys' Fees and Costs in the Fifth Circuit Court of Appeals requesting that the Court of Appeals find that Plaintiff is entitled to recover reasonable attorneys' fees related to the appeal as a prevailing

plaintiff under 29 U.S.C. § 216(b) and that the case be remanded to this Court for a

determination of the amount of Plaintiff's reasonable attorneys' fees.  Plaintiff respectfully

requests that this Court take notice of the filing of Plaintiff's Motion for Finding of Entitlement

to Attorneys' Fees and Costs in the Fifth Circuit Court of Appeals.


Respectfully submitted,

By:    /s/ Joshua A. Petersen
       Joshua A. Petersen
       Email: josh.a.petersen@gmail.com
       Texas Bar No. 24085524
       Robert L. Manteuffel
       Email: rlmanteuffel@sbcglobal.net
       State Bar No. 12957529
       J.H. Zidell
       Texas Bar No. 24071840
       J.H. ZIDELL, P.C.
       6310 LBJ Freeway, Ste. 112
       Dallas, Texas 75240
       Tel:    972-233-2264
       Fax:    972-386-7610


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 9th day of December, 2014.


/s/ Joshua A. Petersen
Joshua A. Petersen