**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b),<br><br>Plaintiff,<br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC and ELIAS SHOKRIAN<br>also known as<br>ELIAS SHAKRIAN, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:12-cv-00094-D-BK |

Defendants.

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Jack Siegel of the Siegel Law Group asks this honorable court to allow him to withdraw as attorney of record for Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian ("Defendants") in this matter.

1. Good cause exists for this court to grant this motion because of an irreconcilable breakdown in the attorney-client relationship between the Defendants and Mr. Siegel.

2. Moreover, the above-named Defendants agree to Mr. Siegel's Withdrawal from this matter.

3. Defendants have retained Myron Mims as substitute counsel of record. Mr. Mims' contact information is as follows:

> Myron E. Mims, Esq.
> State Bar. No. 24008611
> 2633 McKinney Ave. #130-400
> Dallas, TX 75204
> P: 214-882-2740
> E: Myron@calitexllc.com

For these reasons, Mr. Siegel asks the court to grant this motion to withdraw and substitute Myron Mims as counsel of record.

Dated: December 9, 2014                          Respectfully Submitted,

                                   The SIEGEL Law Group

                          By: /s/ Jack L. Siegel
                          Jack Siegel
                          Texas Bar No. 24070621
                          Jack@Siegellawgroup.biz
                          2728 Welborn, Suite 106
                          Dallas, TX 75219
                          Tel. 469.249.2889
                          Fac. 469.339.0204
                          www.siegellawgroup.biz

                          **ATTORNEYS FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 9, 2014 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "notice of Electronic filing" to the attorneys of Record who have consented to accept this Notice as service of this document by electronic means. Plaintiff is also simultaneously serving this document upon Defendants and new counsel of record Myron Mims.

                          /s/ Jack Siegel
                          Jack Siegel