## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others<br>similarly situated under U.S.C. 216(b),<br><br>Plaintiff,<br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC and ELIAS SHOKRIAN<br>also known as<br>ELIAS SHAKRIAN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:12-cv-00094-D-BK |

### ORDER

After considering Jack Siegel's Motion to Withdraw as Counsel of Record for Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian, the Court GRANTS Jack Siegel's Motion to Withdraw as Attorney in Charge and ORDERS that Myron Mims be substituted as counsel of record.

Dated: _____, 2014

_____
U.S. District Court Judge