IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and<br>all others similarly situated<br>under 29 U.S.C. 216(b),<br><br>    *Plaintiff,*<br><br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC and ELIAS SHOKRIAN<br>*also known as*<br>ELIAS SHAKRIAN,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Cause No. 3:12-cv-00094-BK** |

## PLAINTIFF'S MOTION TO SET DEADLINE TO FILE SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES

COMES NOW Plaintiff Pedro Garcia Arriaga ("Plaintiff" or "Arriaga"), by and through

undersigned counsel, and files this Motion to Set Deadline to File Supplemental Motion For

Attorneys' Fees and would respectfully show as follows:

### BACKGROUND

1.  On August 19, 2013, judgment was entered in favor of Plaintiff in the underlying action.

    (**DE 48**).

2.  On November 5, 2013, Plaintiff was awarded $85,245.00 in attorneys' fees for the work done

    by Plaintiff's counsel up to that date.  (**DE 52**).

3.  Plaintiff has incurred additional attorneys' fees since the entry of the award on November 5,

    2013.  There has been significant post-trial motion practice related to the collection of the

judgment and Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco LLC, and Elias Shokrian (collectively, "Defendants") (together with Plaintiff, the "Parties") filed an appeal. *See generally*, docket activity after November 5, 2013 and NOTICE OF APPEAL FOR DEFENDANTS JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO LLC, AND ELIAS SHOKRIAN (**DE 62**).

4. Following appellate motion practice and full briefing of the case on appeal, the Defendants' appeal was dismissed for lack of jurisdiction. *See* EXHIBIT B TO PLAINTIFF'S NOTICE OF FILING OPINION AND MANDATE ISSUED BY FIFTH CIRCUIT COURT OF APPEALS (**DE 104-2**).

5. Plaintiff has filed a motion with the Fifth Circuit Court of Appeals requesting that the Fifth Circuit find that Plaintiff is a prevailing Plaintiff on the issues appealed by Defendants under the Fair Labor Standards Act, 29 U.S.C. § 216(b). *See* NOTICE OF FILING MOTION FOR FINDING OF ENTITLEMENT TO ATTORNEYS' FEES AND COSTS IN FIFTH CIRCUIT COURT OF APPEALS (**DE 105**). In that motion, Plaintiff also requested that the cause be remanded to this Court for a determination of the reasonable amount of attorneys' fees to be awarded to Plaintiff for work done on the appeal. Id.

6. In order to conserve both judicial resources and the resources of the Parties, Plaintiff requests that the Court enter an order setting the deadline for Plaintiff to file a supplemental motion for attorneys' fees at fourteen (14) days after the Fifth Circuit Court of Appeals rules on Plaintiff's motion for finding of entitlement to fees currently pending before that court. This will allow Plaintiff to bring all of his outstanding attorneys' fees before this Court at the same time in a single motion so that the issue need only be addressed one time.

## **PRAYER**

Wherefore, for all the above stated reasons, Plaintiff respectfully requests that the Court enter an order setting the deadline for Plaintiff to file his supplemental motion for attorneys' fees at fourteen (14) days after the Fifth Circuit Court of Appeals rules on Plaintiff's motion for finding of entitlement to attorneys' fees currently pending before that court.

Respectfully submitted,

By:    /s/ Joshua A. Petersen
       Joshua A. Petersen
       Email: josh.a.petersen@gmail.com
       Texas Bar No. 24085524
       Robert L. Manteuffel
       Email: rlmanteuffel@sbcglobal.net
       State Bar No. 12957529
       J.H. Zidell
       Texas Bar No. 24071840
       J.H. ZIDELL, P.C.
       6310 LBJ Freeway, Ste. 112
       Dallas, Texas 75240
       Tel:  972-233-2264
       Fax:  972-386-7610

## CERTIFICATE OF CONFERENCE

I hereby certify that undersigned counsel contacted and conferred with Counsel for the Defendants, Jack Siegel, in person on December 9, 2014.  As of the filing of this Motion, agreement has not been reached.  Consequently, the Motion is presented to the Court for determination. In the event that the Defendants are unopposed or agree to the relief sought, undersigned counsel will so inform the Court as soon as possible.

/s/ Robert L. Manteuffel
Robert L. Manteuffel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 10th day of December, 2014.

/s/ Joshua A. Petersen
Joshua A. Petersen