# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 3, 2014

Lyle W. Cayce
Clerk

No. 13-11327

D.C. Docket No. 3:12-CV-94

PEDRO GARCIA ARRIAGA, and all Others Similarly Situated, Under 29 U.S.C. 216(B),

Plaintiff - Appellee

v.

JESS ENTERPRISES, L.L.C.; SEJ PROPERTIES, L.P.; CALIFCO, L.L.C.; ELIAS SHOKRIAN, also known as Elias Shakrian,

Defendants - Appellants

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before DAVIS, WIENER, and HAYNES, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

A True Copy
Attest

ISSUED AS MANDATE: 12/03/2014

Clerk, U.S. Court of Appeals, Fifth Circuit

By: /s/ Melissa V. Mattingly
Deputy

New Orleans, Louisiana 12/03/2014

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC -9 2014

CLERK, U.S. DISTRICT COURT
By
Deputy

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 03, 2014

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242



RECEIVED
DEC 9 2014
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

No. 13-11327    Pedro Arriaga v. Jess Enterprises, L.L.C.,
et al
USDC No. 3:12-CV-94

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc w/encl:
      Honorable Sidney A. Fitzwater
      Mr. Robert Lee Manteuffel
      Mr. Jack Lewis Siegel
      Mr. Lloyd Eugene Ward
      Ms. Weina Zhou
      Mr. Jamie Harrison Zidell