**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b), | § § § | |
| Plaintiff, | § § | |
| v. | § § | 3:12-cv-00094-D-BK |
| JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN also known as ELIAS SHAKRIAN, | § § § § | |
| Defendants. | | |

**NOTICE OF EXHIBIT RETURN TO PLAINTIFF'S ATTORNEY**

Defendants' counsel Jack Siegel has complied with the Docket Entry requesting that he return exhibits to Plaintiff's Counsel. Because Jack Siegel  has complied with all of his obligations, he now prays that the court will act and grant his request to withdraw as counsel for the named Defendants in this matter.

Dated: December 11, 2014                    Respectfully Submitted,

The SIEGEL Law Group

By: /s/ Jack L. Siegel
Jack Siegel
Texas Bar No. 24070621
Jack@Siegellawgroup.biz
2728 Welborn, Suite 106
Dallas, TX 75219
Tel. 469.249.2889
Fac. 469.339.0204
www.siegellawgroup.biz

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 11, 2014 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "notice of Electronic filing" to the attorneys of Record who have consented to accept this Notice as service of this document by electronic means. Plaintiff is also simultaneously serving this document upon Defendants and new counsel of record Myron Mims.

<u>/s/ Jack Siegel</u>
Jack Siegel