**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b), | § § § | |
| Plaintiff, | § § | |
| v. | § § | 3:12-cv-00094-D-BK |
| JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN also known as ELIAS SHAKRIAN, | § § § § | |
| Defendants. | | |

**<u>AMENDED MOTION TO WITHDRAW AS ATTORNEY IN CHARGE</u>**

Jack Siegel of the Siegel Law Group files this Amended Motion to Withdraw as Attorney to Withdraw as Attorney in Charge ("Amended Motion to Withdraw") and asks this honorable court to allow him to withdraw as attorney of record for Jess Enterprises, LLC, SEJ Properties, L.P., Califco, LLC and Elias Shokrian ("Defendants") in this matter.

1.   Defendants' Counsel files this Amended Motion to Withdraw because of his omission of a certificate of conference in his previously filed Motion to Withdraw.

2.   Good cause exists for this court to grant this motion because of an irreconcilable breakdown in the attorney-client relationship between the Defendants and Mr. Siegel.

3.   Moreover, the above-named Defendants agree to Mr. Siegel's Withdrawal from this matter.

4.   Defendants have retained Myron Mims as substitute counsel of record. Mr. Mims' contact information is as follows:

>   Myron E. Mims, Esq.
>   State Bar. No. 24008611

2633 McKinney Ave. #130-400
Dallas, TX 75204
P: 214-882-2740
E: Myron@calitexllc.com

For these reasons, Mr. Siegel asks the court to grant this motion to withdraw and substitute

Myron Mims as counsel of record.

Dated: December 12, 2014                    Respectfully Submitted,

The SIEGEL Law Group

By: /s/ Jack L. Siegel
Jack Siegel
Texas Bar No. 24070621
Jack@Siegellawgroup.biz
2728 Welborn, Suite 106
Dallas, TX 75219
Tel. 469.249.2889
Fac. 469.339.0204
www.siegellawgroup.biz

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2014 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "notice of Electronic filing" to the attorneys of Record who have consented to accept this Notice as service of this document by electronic means. Plaintiff is also simultaneously serving this document upon Defendants and new counsel of record Myron Mims.

/s/ Jack Siegel
Jack Siegel

**CERTIFICATE OF CONFERENCE**

I hereby certify that on December 9, 2014 I corresponded with Defendants who agreed to my withdrawal in this matter. During that correspondence, Defendants informed me that Myron

Mims would substitute as counsel in this case. On the same date, I also corresponded directly with Myron Mims who confirmed and promised me that he would make his appearance upon my filing of my Motion to Withdraw.

<u>/s/ Jack Siegel</u>
Jack Siegel