## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under U.S.C. 216(b),<br><br>Plaintiff,<br>v.<br><br>JESS ENTERPRISES, LLC,<br>SEJ PROPERTIES, L.P.,<br>CALIFCO, LLC and ELIAS SHOKRIAN<br>also known as ELIAS SHAKRIAN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 3:12-cv-00094-D-BK |

## NOTICE OF APPEARANCE

Myron E. Mims, Esq. hereby enters his appearance on behalf of Defendants Jess Enterprises, LLC, SEJ Properties, L.P., Califco LLC, and Elias Shokrian in all further proceedings in this cause of action, and requests that all pleadings, notices and documents filed or served in this case be sent to him.

Dated: December 12, 2014

Respectfully Submitted,

By: /s/ *M.E. Mims*
　　Myron E. Mims
　　Texas Bar No. 24008611
　　myron@memims.com
　　2633 McKinney Ave. #130-400
　　Dallas, TX 75204
　　Tel. 214.882.2740
　　Fax. 800.526.6710

　　**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "notice of Electronic filing" to the attorneys of Record who have consented to accept this Notice as service of this document by electronic means.

/s/ *M. E. Mims*
Myron E. Mims