IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO GARCIA ARRIAGA and all others similarly situated under 29 U.S.C. 216(b),<br><br>  *Plaintiff,*<br><br>v.<br><br>JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN *also known as* ELIAS SHAKRIAN,<br><br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 3:12-cv-00094-BK |

**PLAINTIFF'S ADDENDUM TO PLAINTIFF'S SUPPLEMENTAL MOTION FOR ATTORNEY FEES PURSUANT TO 29 U.S.C. § 216(b)**

COMES NOW, Plaintiff Pedro Garcia Arriaga ("Plaintiff"), through undersigned counsel, and files this Addendum to Plaintiff's Supplemental Motion for Attorney Fees Pursuant to 29 U.S.C. § 216(b), and would respectfully show as follows:

## INTRODUCTION

1. Currently before the Court are Plaintiff's Supplemental Motion for Attorney Fees Pursuant to 29 U.S.C. § 216(b) (**DE 116**) (hereinafter the "Supplemental Fee Motion"), Defendants' Response and Objection to Plaintiff's Motion for Attorneys' Fees (**DE 117**) (hereinafter the "Response"), and Plaintiff's Reply Regarding Plaintiff's Supplemental Motion for Attorney's Fees Pursuant to 29 U.S.C. § 216(b) (**DE 118**).

2. Plaintiff has incurred additional fees drafting Plaintiff's Reply Regarding Plaintiff's Supplemental Motion for Attorney's Fees Pursuant to 29 U.S.C. § 216(b) totaling $1,655.00. Those fees are based on 7.9 hours of work done by the following attorneys:

| Attorney | Initials On Billing Records | Hourly Rates | Total Hours Worked On The Case | Total Fees |
|---|---|---|---|---|
| Robert Manteuffel, Esq. | RM | $350.00/hr. | 0.5 | $175 |
| Joshua Petersen, Esq. | JAP | $200.00/hr.[1] | 7.4 | $1,480 |

3.  In the interest of judicial economy, rather than file another supplemental fee motion which would result in the filing of an additional response and reply and creating a loop of motions, responses, and replies that could continue *ad infinitum*, Plaintiff is filing this Addendum and asks the Court to take notice of the additional hours worked and fees incurred by Plaintiff's counsel during the briefing of the Supplemental Fee Motion.

### PRAYER

WHEREFORE, the Plaintiff respectfully requests that the Court take account of these hours when preparing the final order on the Supplemental Fee Motion.

---

1) Mr. Petersen's hourly rate changed to $230 per hour late in this case as noted in the attached ledger, but all of Mr. Petersen's time is being billed at $200 per hour for the purposes of the Supplemental Fee Motion.

Respectfully submitted,

By:   /s/ Joshua A. Petersen
      J.H. Zidell
      State Bar No. 24071840
      Email: zabogado@aol.com
      Robert L. Manteuffel
      State Bar No. 12957529
      Email: rlmanteuffel@sbcglobal.net
      Joshua A. Petersen
      State Bar No. 24085524
      Email: josh.a.petersen@gmail.com

**J.H. ZIDELL, P.C.**
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:   972-233-2264
Fax:   972-386-7610

**ATTORNEYS FOR PLAINTIFF**

## VERIFICATION

On *March 11, 2015* appeared Robert L. Manteuffel who is personally known to me and affirmed that the contents and attachments to this addendum are correct.

_____
Robert L. Manteuffel

_____
NOTARY PUBLIC/STAMP

ROSA OWENS
Notary Public, State of Texas
My Commission Expires
December 09, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 11th day of March, 2015.

/s/ Joshua A. Petersen
Joshua A. Petersen
COUNSEL FOR THE PLAINTIFF(S)