# PLAINTIFF'S ADDENDUM TO PLAINTIFF'S SUPPLEMENTAL MOTION FOR ATTORNEY FEES PURSUANT TO 29 U.S.C. § 216(b)

## EXHIBIT A

**J. H. Zidell, P.A.**
Client Ledger
From Feb/25/2015

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | \|----- General -----\| Disbs | Fees |
|------|-----------------------------------|------|------------|------------|------|

**675   Arriaga, Pedro G.**

**12-00094     Pedro Garcia Arriaga v. Califco LLC**        **Resp Lawyer: JZ**

| Date | Explanation | Fees |
|------|-------------|------|
| Feb 25/2015 | Lawyer: RM 0.30 Hrs X 350.00 Receipt and review of Defendant's Response to Plaintiffs' Supplemental Fee Motion | 105.00 |
| Feb 25/2015 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to Mr Petersen to Defendant's Response to Plaintiffs' Supplemental Fee Motion and things to do | 35.00 |
| Feb 25/2015 | Lawyer: RM 0.10 Hrs X 350.00 Correspondence to Ms Owens to calendar deadlines | 35.00 |
| Feb 25/2015 | Lawyer: JAP 0.10 Hrs X 230.00 Correspondence from Mr. Zidell re: Defendants' Response to Supplemental Fee Motion | 23.00 |
| Feb 25/2015 | Lawyer: JAP 0.10 Hrs X 230.00 Correspondence from Mr. Manteuffel re: Defendants' Response to Supplemental Fee motion | 23.00 |
| Feb 26/2015 | Lawyer: JAP 0.20 Hrs X 230.00 Review of Defendants' Response to Supplemental Fee Motion | 46.00 |
| Mar 8/2015 | Lawyer: JAP 0.10 Hrs X 230.00 Correspondence from Mr. Zidell re: Reply to Supplemental Fee Motion | 23.00 |
| Mar 9/2015 | Lawyer: JAP 3.30 Hrs X 230.00 Drafting Reply re: Supplemental Fee Motion | 759.00 |
| Mar 9/2015 | Lawyer: JAP 1.10 Hrs X 230.00 research - Reviewing cases cited by Defendants in Response to Supplemental Fee Motion and related cases | 253.00 |
| Mar 10/2015 | Lawyer: JAP 2.50 Hrs X 230.00 Drafting Reply re: Supplemental Fee Motion | 575.00 |

| | \|——— UNBILLED ———\| | \|——— BILLED ———\| | \|— ALANCE —\| | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE - RECOV + FEES = TOTAL | DISBS + FEES + TAX ECEIPTS | = A/R   TRUST | | | | | | |
| PERIOI | 0.00    0.00   1877.00   1877.00 | 0.00    0.00    0.00    0.00 | 0.00     0.00 | | | | | | |

Client Ledger

From  Feb/25/2015

| Date | Received From/Paid To Explanation | | | | Chq# Rec# | Rcpts | \|----- General -----\| Disbs | Fees | | |
|---|---|---|---|---|---|---|---|---|---|---|
| END D. | 0.00 | 0.00 | 158104.01 | 158104.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| FIRM TC | \|———— UNBILLED ————\| CHE - RECOV | + FEES | = TOTAL | \|———— BILLED ————\| DISBS | + FEES | + TAX | ECEIPTS | \|— ALANCE —\| = A/R | TRUST |
|---|---|---|---|---|---|---|---|---|---|
| PERIOI | 0.00    0.00 | 1877.00 | 1877.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END D. | 0.00    0.00 | 158104.01 | 158104.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Default larger |
| Advanced Search Filter | None |
| Requested by | JAP |
| Finished | Tuesday, March 10, 2015 at 01:14:29 PM |
| Ver | 14.0 (14.0.20140923) |
| Matters | 12-00094 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec/31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | Yes |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Trust | Yes |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |
| Working Lawyer | All |
| Include Corrected Entries | No |
| Show Check # on Paid Payables | No |
| Show Client Address | No |
| Consolidate Payments | No |
| Show Trust Summary by Account | No |
| Show Interest | No |

Case 3:12-cv-00094-BK   Document 119-1   Filed 03/11/15   Page 4 of 4   PageID 954

J. H. Zidell P.A.
Client Ledger
From  Feb/25/2015

| Date | Received From/Paid To Explanation | Rec# | Chq# Rcpts | |----- General -----| Disbs | Fees |
|------|------|------|------|------|------|

Interest Up To                     Mar/10/2015
Show Invoices that Payments Were Applied to  No
Display Entries in                 Date Order