## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and** | § | |
| **all others similarly situated** | § | |
| **under 29 U.S.C. 216(b),** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause No. 3:12-cv-00094-BK** |
| | § | |
| **JESS ENTERPRISES, LLC,** | § | |
| **SEJ PROPERTIES, L.P.,** | § | |
| **CALIFCO, LLC and ELIAS SHOKRIAN** | § | |
| *also known as* | § | |
| **ELIAS SHAKRIAN,** | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S NOTICE OF FILING ORDER GRANTING MOTION TO REMAND FOR DETERMINATION OF ATTORNEY'S FEES ISSUED BY FIFTH CIRCUIT COURT OF APPEALS

COMES NOW, Plaintiff Pedro Garcia Arriaga ("Plaintiff"), by and through undersigned counsel, and files this Notice of Filing Order Granting Motion to Remand For Determination of Attorney's Fees Issued by Fifth Circuit Court of Appeals (hereinafter, the "Notice"), and would respectfully show as follows:

On December 23, 2014, the Fifth Circuit Court of Appeals issued the following documents related to the appeal of this case:

1. Order granting appellee's opposed motion to remand the determination of the amount of attorney's fees to the district court (Document number 00512880347 in case number 13-11327) (hereinafter, the "Order");[1]

---

1) Plaintiff previously filed a notice to inform this Court that the referenced motion regarding attorney's fees had been filed in the Fifth Circuit Court of Appeals. *See* PLAINTIFF'S NOTICE OF FILING MOTION FOR FINDING OF ENTITLEMENT TO ATTORNEYS' FEES AND COSTS IN FIFTH CIRCUIT COURT OF APPEALS (**DE 105**).

A copy of the Order issued by the Fifth Circuit Court of Appeals is attached hereto as

**Exhibit A.**  Plaintiff does not have a record of receiving notice of the entry of the Order until

April 1, 2015, the date that this Notice is filed.  Plaintiff respectfully requests that this Court take

notice of the filing of the Order.

Respectfully submitted,

By:    /s/ Joshua A. Petersen
       J.H. Zidell
       State Bar No. 24071840
       Email: zabogado@aol.com
       Robert L. Manteuffel
       State Bar No. 12957529
       Email: rlmanteuffel@sbcglobal.net
       Joshua A. Petersen
       State Bar No. 24085524
       Email: josh.a.petersen@gmail.com

       **J.H. ZIDELL, P.C.**
       6310 LBJ Freeway, Ste. 112
       Dallas, Texas 75240
       Tel:    972-233-2264
       Fax:    972-386-7610

       **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 1st day of April, 2015.

/s/ Joshua A. Petersen
Joshua A. Petersen

---