# PLAINTIFF'S NOTICE OF FILING ORDER GRANTING MOTION TO REMAND FOR DETERMINATION OF ATTORNEY'S FEES ISSUED BY FIFTH CIRCUIT COURT OF APPEALS

# EXHIBIT A

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————

No. 13-11327

————————————

PEDRO GARCIA ARRIAGA, and all Others Similarly Situated Under 29 U.S.C. 216(B),

       Plaintiff - Appellee

v.

JESS ENTERPRISES, L.L.C.; SEJ PROPERTIES, L.P.; CALIFCO, L.L.C.; ELIAS SHOKRIAN, also known as Elias Shakrian,

       Defendants - Appellants

————————————

Appeal from the United States District Court for the
Northern District of Texas, Dallas

————————————

Before DAVIS, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's opposed motion to remand the determination of the amount of attorney's fees to the district court is GRANTED.

IT IS FURTHER ORDERED that appellee's opposed alternative motion for an extension of 14 days, from the denial of the motion to remand, to file

requisite documents for determination of the amount of reasonable attorney's fees by this court is DENIED as moot.