IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 13-11327

_____

PEDRO GARCIA ARRIAGA, and all Others Similarly Situated Under 29 U.S.C. 216(B),

Plaintiff - Appellee

v.

JESS ENTERPRISES, L.L.C.; SEJ PROPERTIES, L.P.; CALIFCO, L.L.C.; ELIAS SHOKRIAN, also known as Elias Shakrian,

Defendants - Appellants

_____

Appeal from the United States District Court for the Northern District of Texas, Dallas

_____

Before DAVIS, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's opposed motion to remand the determination of the amount of attorney's fees to the district court is GRANTED.

IT IS FURTHER ORDERED that appellee's opposed alternative motion for an extension of 14 days, from the denial of the motion to remand, to file

requisite documents for determination of the amount of reasonable attorney's fees by this court is DENIED as moot.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 23, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-11327   Pedro Arriaga v. Jess Enterprises, L.L.C., et al
                      USDC No. 3:12-CV-94

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

Mr. Robert Lee Manteuffel
Ms. Karen S. Mitchell
Mr. Jack Lewis Siegel
Mr. Lloyd Eugene Ward
Ms. Weina Zhou
Mr. Jamie Harrison Zidell