## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **PEDRO GARCIA ARRIAGA and** | § | |
| **all others similarly situated** | § | |
| **under 29 U.S.C. 216(b),** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Cause No. 3:12-cv-00094-BK** |
| | § | |
| **JESS ENTERPRISES, LLC,** | § | |
| **SEJ PROPERTIES, L.P.,** | § | |
| **CALIFCO, LLC and ELIAS SHOKRIAN** | § | |
| *also known as* | § | |
| **ELIAS SHAKRIAN,** | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S NOTICE OF FILING PROPOSED JUDGMENT AWARDING POST-JUDGMENT ATTORNEYS' FEES AND COSTS

COMES NOW, Plaintiff Pedro Garcia Arriaga, through undersigned counsel, and files this Notice of Filing Proposed Judgment Awarding Post-Judgment Attorney Fees and Costs, and would respectfully show as follows:

Plaintiff filed his Supplemental Motion for Attorney Fees Pursuant to 29 U.S.C. § 216(b) (hereinafter, "Supplemental Fee Motion") on February 4, 2015.  (**DE 116**).

On June 9, 2015, this Court entered an Order granting Plaintiff's Supplemental Fee Motion to the extent that Plaintiff is entitled to recover post-judgment attorneys' fees in the amount of $61,132.00 and post-judgment costs in the amount of $140.00.  *See* (**DE 122**).

Attached hereto as **Exhibit A** is a proposed final judgment incorporating the award of post-judgment attorneys' fees and costs set out in the Court's Order of June 9, 2015 (**DE 122**).

Respectfully submitted,

By:    /s/ Joshua A. Petersen
       J.H. Zidell
       State Bar No. 24071840
       Email: zabogado@aol.com
       Robert L. Manteuffel
       State Bar No. 12957529
       Email: rlmanteuffel@sbcglobal.net
       Joshua A. Petersen
       State Bar No. 24085524
       Email: josh.a.petersen@gmail.com

       **J.H. ZIDELL, P.C.**
       6310 LBJ Freeway, Ste. 112
       Dallas, Texas 75240
       Tel:    972-233-2264
       Fax:    972-386-7610

       **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 10th day of June, 2015.

/s/ Joshua A. Petersen
Joshua A. Petersen