**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**PEDRO GARCIA ARRIAGA,**
    **Plaintiff,**

**v.**                                    **Civil Action No. 3:12-CV-0094-BK**

**JESS ENTERPRISES, SEJ**
**PROPERTIES, L.P., CALIFCO,**
**LLC, and ELIAS SHOKRIAN,**
    **Defendants.**

### FINAL JUDGMENT PURSUANT TO 29 U.S.C. § 216(b) AS TO DEFENDANTS FOR POST-JUDGMENT ATTORNEYS' FEES AND COSTS

Pursuant to the Fair Labor Standards Act and the Court's Order of June 9, 2015, Doc. 122, Plaintiff's counsel J.H. Zidell, Esq. c/o J.H. Zidell, PC shall take the sum of:

1) **$61,132.00** as post-judgment attorneys' fees; and

2) **$140.00** as post-judgment costs

for a total of **$61,272.00** from Defendants JESS ENTERPRISES, LLC, SEJ PROPERTIES, L.P., CALIFCO, LLC and ELIAS SHOKRIAN A/K/A ELIAS SHAKRIAN, jointly and severally, which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue.  Further, Plaintiff's counsel shall be entitled to recover reasonable attorneys' fees in collection of the judgment to be determined by the Court upon collection.

    **SO ORDERED** on July 13, 2015.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE